# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
YEVGENIY KABAN, individually and derivatively
as a member of FOOTBIK JV, LLC; FOOTBIK SI,
LLC (NY); FOOTBIK SI LLC (NJ); FOOTBIK USA,
LLC, FUTURE STARS, LLC,

                         Plaintiff,

-against-                                 Case No. 1:21-cv-2950 (BMC)

ALEXANDER BERKOVSKY and FOOTBIK USA,
LLC,

                         Defendants.
-----------------------------------------------------------------x

**DECLARATION OF ALEXANDER BERKOVSKY**
**IN SUPPORT OF**
**DEFENDANTS' MOTION TO COMPEL MANDATORY MEDIATION /**
**ARBITRATION OR, ALTERNATIVELY, TO DISMISS COMPLAINT**

I, Alexander Berkovsky ("Berkovsky"), hereby certify and state by declaration as follows:

1.      I am a Defendant in this action. I am familiar with the subject matter of this declaration.

2.      The members of Footbik USA, LLC ("Footbik USA"), Footbik JV, LLC and Footbik SI, LLC (collectively, "Footbik Entities") are as follows: Plaintiff Yevgeniy Kaban ("Plaintiff"), Berkovsky and non-party Alexey Vitashkevich ("Vitashkevich") (collectively, "Footbik Members").

3.      The voting membership interests of the Footbik Entities are owned by the Footbik Members as follows: 46.25% by Plaintiff, 46.25% by Berkovsky and 7.5% by Vitashkevich.

4.      On or about October 1, 2018, the Footbik Members executed and entered into Operating Agreements for the Footbik Entities, all of which are substantially identical in form and substance.  A true and correct copy of the Operating Agreement for Footbik USA, Footbik JV,

LLC and Footbik SI, LLC is attached hereto as Exhibit A, B and C, respectively (collectively, "Footbik Entities Operating Agreements").

5.      The Footbik Entities Operating Agreements provide for New Jersey choice of law, New Jersey venue, and attorney's fees provisions.

6.      The Footbik Entities Operating Agreements further provide for mandatory dispute resolution, mandatory mediation and mandatory arbitration at Article X (Article 10).

7.      The Footbik Entities Operating Agreements further provide that New Jersey shall be the exclusive venue and jurisdiction for any dispute or controversy arising out of or relating to or in any way connected with such operating agreements, which applies to all claims asserted in this action.

8.      The Footbik Entities Operating Agreements were negotiated at arms-length between the respective parties to such agreements.

9.      On or about August 30-31, 2017, the Plaintiff and Footbik USA executed and entered into a Trademark License Agreement, which provided for the arbitration of all disputes and claims asserted in this action through the American Arbitration Association in New York, under New York law. A true and correct copy of the Trademark License Agreement is attached hereto as Exhibit D.

10.     The Trademark License Agreement was negotiated at arms-length between the parties.

11.     Plaintiff selected his own counsel, Zinkovestky Law Firm, to prepare the Trademark License Agreement and Operating Agreements for the Footbik Entities.

12.     Upon information and belief, Plaintiff paid the Zinkovestky Law Firm for the work related to the preparation of the Trademark License Agreement.

13.     Plaintiff was aware that the Operating Agreements and Trademark License Agreement contain dispute resolution provisions which required mandatory mediation and/or mandatory arbitration in New Jersey or New York as set forth in such agreements.

14.     I declare that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 28, 2021                    _____

                                        Alexander Berkovsky

# EXHIBIT A

# FOOTBIK USA, LLC

**Entity Id # 0450181287**

**LIMITED LIABILITY COMPANY OPERATING AGREEMENT**

This Operating Agreement (the "Agreement") is made effective as of October 1st, 2018, by and among and those Persons (the "Members") identified in Exhibit A.  In consideration of the mutual covenants and conditions herein, the Members agree as follows:

## ARTICLE I
## ORGANIZATION

1.1 _Formation and Qualification_. The Members have formed a limited liability company (the "Company") under the New Jersey Revised Uniform Limited Liability Company Act by filing Articles of Organization with the New Jersey Department of Treasury, Division of Revenue, on or about July 4, 2017.

1.2 _Governing Law_. This Agreement shall be governed by and construed and interpreted in accordance with the laws of the State of New Jersey, including the New Jersey Revised Uniform Limited Liability Company Act, (the "Act") as amended from time to time, without regard to New Jersey's conflicts of laws principles. The rights and liabilities of the Members shall be determined pursuant to the Act and this Agreement. To the extent that any provision of this Agreement is inconsistent with any provision of the Act, this Agreement shall govern to the extent permitted by the Act.

1.3 _Name_. The name of the Company shall be "Footbik USA, LLC." The business of the Company may be conducted under that name or, on compliance with applicable laws, any other name that the Voting Members deem appropriate or advisable. The Voting Members on behalf of the Company shall file any certificates, articles, fictitious business name

statements and the like, and any amendments and supplements thereto, as the voting Members consider appropriate or advisable.

1.4 *Term*. The term of the Company commenced on the filing of the Articles of Organization and shall be perpetual unless dissolved as provided in this Agreement.

1.5 *Office and Agent*. The principal office of the Company shall be at such place or places of business within or without the State of New Jersey as the Voting Members may determine. The Company shall continuously maintain a registered agent in the State of New Jersey as required by the Act. The registered agent shall be as stated in the Certificate or as otherwise determined by the Voting Members.

1.6 *Purpose of Company*. The purpose of the Company is to engage in all lawful activities, including, but not limited to soccer lessons and development and sale of soccer school franchises.

## ARTICLE II
## MEMBERSHIP INTERESTS, VOTING, MANAGEMENT AND RESPONSIBILITIES

2.1 Initial Members. The initial Members of the Company are the Members who are identified in Exhibit A.

2.2 *Percentage Ownership and Voting Interests*. The Members shall have the initial Percentage Ownership and Percentage Voting Rights in the Company that are identified in Exhibit A, immediately following the making of the capital contributions set forth therein.

2.3 *Management by Voting Members*. The Voting Members shall manage the Company and shall have the right to vote, in their capacity as Managers, upon all matters upon which Managers have the right to vote under the Act or under this Agreement, in proportion to their respective Percentage Voting Rights in the Company. Voting Members need not identify whether they are acting in their capacity as Members or Managers when they act.

The Nonvoting Members shall have no right to vote or otherwise participate in the management of the Company. No Nonvoting Member shall, without the prior written consent of all of the Voting Members, take any action on behalf of, or in the name of, the Company, or enter into any contract, agreement, commitment or obligation binding upon the Company, or perform any act in any way relating to the Company or the Company's assets.

2.4 _Voting_. Except as otherwise provided or permitted by this Agreement, Voting Members shall in all cases, in their capacity as Members or Managers of the Company, act collectively, and, unless otherwise specified or permitted by this Agreement, shall be decided by the vote of the Voting Members with a majority of the Voting Rights. Except as otherwise provided or permitted by this Agreement, no Voting Member acting individually, in his capacity as a Member or Manager of the Company, shall have any power or authority to sign for, bind or act on behalf of the Company in any way, to pledge the Company's credit, or to render the Company liable for any purpose. Unless the context requires otherwise, in this Agreement, the terms "Member" or "Members," without the qualifiers "Voting" or "Nonvoting," refer to the Voting and Nonvoting Members collectively; and the terms "Manager" or "Managers" refers to the Voting Members.

2.5 _Unanimous Decisions_. The following decisions made by the Voting Members must be by unanimous vote only:

- Any capital allocation or expense greater than $25,000;
- Expense of $25,000 or more within any 30 day period;
- Return of the Capital Contribution;
- Any sale, lease, disposition, mortgage grant, deed of trust, on or related to any of the Company's property or real estate assets, including the granting of options and rights of first refusal or incurring indebtedness for borrowed money and refinancing existing indebtedness, whether secured or unsecured, for borrowed money, except in the ordinary course of business;

- Any loan or guarantee of debts or other obligations of any Member or any other person;
- Any loans taken out on behalf of the Company;
- Any lease entered into on behalf of the Company;
- Any acquisition of real property, whether improved or unimproved, or any interest therein;
- Any issue of additional Membership Interests or sale of existing Membership Interests in the Company;
- Any change in the ownership percentage of any Member;
- Any bankruptcy filing, appointment of a receiver or trustee or transfer for the benefit of creditors;
- Any amendment to the Agreement or the Articles of the Company.

2.6  *Liability of Members*. All debts, obligations and liabilities of the Company, whether arising in contract, tort or otherwise, shall be solely the debts, obligations and liabilities of the Company, and no Member shall be obligated personally for any such debt, obligation or liability of the Company solely by reason of being a Member.

2.7  *New Members*. The Voting Members may agree to redistribute the Percentage Voting Rights and thereby admit a new Voting Member or Members, to the Company, only if such new Member (i) is approved unanimously by the Voting Members; (ii) delivers to the Company his required capital contribution; (iii) agrees in writing to be bound by the terms of this Agreement by becoming a party hereto; and (iv) delivers such additional documentation as the Voting Members shall reasonably require to so admit such new Member to the Company.

Upon the admission of a new Member or Members, as the case may be, to the Company, the Ownership of Members and the Percentage Voting Rights of Members shall be adjusted appropriately.

2.8  Responsibilities of Members shall be outlined in Exhibit "B"

## ARTICLE III
## CAPITAL ACCOUNTS

3.1   *Initial Capital Contributions*. Each original Member to this Agreement shall make an initial Capital Contribution to the Company in accordance with Exhibit A, at the time of each Member's execution of this Agreement.

3.2   *Additional Contributions*. If, at any time or times hereafter, the Voting Members shall determine that additional capital is required by the Company, the Voting Members shall determine the amount of such additional capital and the anticipated time such additional capital will be required; whether such additional capital shall be provided by the Members by way of additional Capital Contributions or by way of loans from Members. No Member shall be obligated, at any time, to guarantee or otherwise assume or become liable for any obligations of the Company or to make any additional Capital Contributions advances or loans to the Company, unless such obligations are specifically accepted and agreed to by such Member.

3.3   *Return of Capital Contributions*. Except as expressly provided in this Agreement, (a) no Member shall receive any return or distribution of its Capital Contributions, including, but not limited to, in case of the sale, dissolution, and/or bankruptcy of the Company (b) no Member shall receive any interest or other return on or with respect to either its Capital Contributions or its Capital Account and (c) no Member shall be entitled to withdraw any part of its Capital Contributions or its Capital Account.

## ARTICLE IV
## MANNER OF ACTING

4.1   *Officers and Agents of the Company*. The Voting Members may authorize any Member or Members of the Company, or other individuals or entities, whether or not a Member, to take action on behalf of the Company, as the Voting Members deem appropriate. Any Member may lend money to and receive loans from the Company, act as an employee, independent

contractor, lessee, lessor, or surety of the company, and transact any business with the Company that could be carried out by someone who is not a Member; and the Company may receive from or pay to any Member remuneration, in the form of wages, salary, fees, rent, interest, or any form that the Voting Members deem appropriate.

The Voting Members may appoint officers of the Company who, to the extent provided by the Voting Members, may have and may exercise all the powers and authority of the Members or Managers in the conduct of the business and affairs of the Company. The officers of the Company may consist of a President, a Treasurer, a Secretary, or other officers or agents as may be elected or appointed by the Voting Members. The Voting Members may provide rules for the appointment, removal, supervision and compensation of such officers, the scope of their authority, and any other matters relevant to the positions. The officers shall act in the name of the Company and shall supervise its operation, within the scope of their authority, under the direction and management of the Voting Members.

Any action taken by a duly authorized officer, pursuant to authority granted by the Voting Members in accordance with this Agreement, shall constitute the act of and serve to bind the Company, and each Member hereby agrees neither to dispute such action nor the obligation of the Company created thereby.

4.2 *Meetings of Voting Members*. No regular, annual, special or other meetings of Voting Members are required to be held. Any action that may be taken at a meeting of Voting Members may be taken without a meeting by written consent in accordance with the Act. Meetings of the Voting Members, for any purpose or purposes, may be called at any time by a majority of the Voting Members, or by the President of the Company, if any. The Voting Members may designate any place as the place of meeting for any meeting of the Voting Members. If no designation is made, the place of meeting shall be the principal place of business of the Company.

4.3 *Notice of Meetings*. In the event that a meeting of the Voting Members is called, written notice stating the place, day and hour of the meeting and the purpose or purposes for which

the meeting is called shall be delivered not less than five nor more than sixty business days before the date of the meeting unless otherwise provided, either personally, by mail or e-mail, by or at the direction of the Members calling the meeting, to each Voting Member. Notice of a meeting need not be given to any Voting Member who signs a waiver of notice or a consent to holding the meeting or an approval of the minutes thereof, whether before or after the meeting, or who attends the meeting without protesting, prior thereto or at its commencement, the lack of notice to such Voting Member.

4.4   _Record Date_. For the purpose of determining Voting Members entitled to notice of or to vote at any meeting of Voting Members or any adjournment thereof, the date on which notice of the meeting is provided shall be the record date for such determination of the Voting Members. When a determination of Voting Members has been made as provided in this Section, such determination shall apply to any adjournment thereof.

4.5   _Quorum_. Members holding 100% of the Voting Rights in the Company represented in person, by telephonic participation, or by proxy, shall constitute a quorum at any meeting of Voting Members. In the absence of a quorum at any such meeting, a majority of the Voting Members so represented may adjourn the meeting from time to time for a period not to exceed sixty days without further notice.

However, if the adjournment is for more than sixty days, or if after the adjournment a new record date is fixed for another meeting, a notice of the adjourned meeting shall be given to each Voting Member. The Voting Members present at a duly organized meeting may continue to transact business only as previously provided on the agenda until adjournment, notwithstanding the withdrawal during such meeting of that number of Voting Members whose absence would cause less than a quorum.

4.6   _Voting_. If a quorum is present, a unanimous vote of the Voting Members so represented shall be the act of the Members or Managers, unless the vote of a lesser proportion or number is otherwise required by the Act, by the Certificate or by this Agreement.

## ARTICLE V
## ALLOCATIONS AND DISTRIBUTIONS

5.1   *Allocations of Profits and Losses*. Profits and Losses, after deducting Guaranteed Payments, shall be allocated among the Members in proportion to their Percentage Ownership Interests. Any special allocations necessary to comply with the requirements set forth in Internal Revenue Code Section 704 and the corresponding Regulations, including, without limitation, the qualified income offset and minimum gain chargeback provisions contained therein, shall be made if the Voting Members deem these actions to be appropriate.

5.2   *Distributions*. Subject to applicable law and any limitations elsewhere in this Agreement, the Voting Members shall determine the amount and timing of all distributions of cash, or other assets, by the Company. Except as otherwise provided in this Agreement, all distributions at the outset of this Agreement shall be shared equally (1/3) among all Members until all Members have individually each received distributions totaling $200,000. After all Members have individually each received distributions totaling $200,000, all distributions going forward shall be made to all of the Members, in proportion to their Profit Distribution Percentage listed in Exhibit "A". Except as otherwise provided in this Agreement, the decision as to whether to make distributions shall be within the sole discretion of the Voting Members.

All such distributions shall be made only to the Members who, according to the books and records of the Company, are the holders of record on the actual date of distribution. The Voting Members may base a determination that a distribution of cash may be made on a balance sheet, profit and loss statement, cash flow statement of the Company or other relevant information. Neither the Company nor the Members shall incur any liability for making distributions.

5.3   *Form of Distribution*. No Member has the right to demand and receive any distribution from the Company in any form other than money. No Member may be compelled to accept from the Company a distribution of any asset in kind in lieu of a proportionate distribution of

money being made to other Members except on the dissolution and winding up of the Company.

## ARTICLE VI
## TRANSFER AND ASSIGNMENT OF INTERESTS

6.1  _Resignation of Membership and Return of Capital_. For a period of one (1) year after the Articles of Organization for the Company are filed ("the filing"), no Member may voluntarily resign his membership in the Company, and no Member shall be entitled to any return of capital from the company, except upon the written consent of all of the other Voting Members. During the second year after the filing, a Member may voluntarily resign his membership, but such Member shall be entitled to receive from the Company only the book value of his Ownership Interest, adjusted for profits and losses to the date of resignation, unless otherwise agreed by written consent of all of the other Voting Members. Subsequent to the second year after filing, a Member may voluntarily resign his membership and shall be entitled to receive from the Company the fair market value of his Ownership Interest, adjusted for profits and losses to the date of resignation. Fair market value may be determined informally by unanimous agreement of all of the Voting Members, including the resigning Member. In the absence of an informal agreement as to fair market value, the Voting Members shall hire an appraiser to determine fair market value. The cost of any appraisal shall be deducted from the fair market value to which the resigning Member is entitled. The other Voting Members may elect, by written notice that is provided to the resigning Member within thirty (30) days after the resignation date, for the Company to purchase the resigning Member's Interest (whether the interest is being purchased at book value or fair market value) in four (4) equal annual installments, with the first installment being due sixty (60) days after the Member's resignation.

6.2  _Death of a Member_. Upon the death of a Member, the Member's estate or beneficiary or beneficiaries, as the case may be, shall be entitled to receive from the Company, in exchange for all of the deceased Member's Ownership Interest, the fair market value of the deceased Member's Ownership Interest, adjusted for profits and losses to the date of death.

Fair market value may be determined informally by a unanimous good-faith agreement of all of the Voting Members. In the absence of an informal agreement as to fair market value, the Voting Members shall hire an appraiser to determine fair market value. The cost of any appraisal shall be deducted from the fair market value to which the deceased Member's estate or beneficiary or beneficiaries is or are entitled. The Voting Members may elect, by written notice that is provided to the deceased Member's estate or beneficiary or beneficiaries, within thirty (30) days after the Member's death, to purchase the deceased Member's Ownership Interest over a one-year (1 year) period, in four (4) equal installments, with the first installment being due sixty (60) days after the Member's date of death. Unless otherwise agreed unanimously by the Voting Members, prior to the completion of such purchase, the Member's estate or beneficiary or beneficiaries, shall have no right to become a Member or to participate in the management of the business and affairs of the Company as a Member or Manager, and shall only have the rights of an Assignee and be entitled only to receive the share of profits and the return of capital to which the deceased Member would otherwise have been entitled. The Company, or the other Voting Members, in its or their discretion, may purchase insurance on the lives of any of the Members, with the company or the purchasing Member named as the beneficiary, as the purchaser may decide, and use all or any of the proceeds from such insurance as a source of proceeds from which the deceased Member's Membership Ownership Interest may be purchased by the Company.

6.3 _Restrictions on Transfer_. Except (i) as otherwise provided in this Article or (ii) upon the unanimous consent of all of the other Voting Members, no Member shall sell, hypothecate, pledge, assign or otherwise transfer, with or without consideration, any part or all of his Ownership Interest in the Company to any other person or entity (a "Transferee"), without first offering (the "Offer") that portion of his or her Ownership Interest in the Company subject to the contemplated transfer (the "Offered Interest") first to the Company, and secondly, to the other Voting Members, at the purchase price (hereinafter referred to as the "Transfer Purchase Price") and in the manner as prescribed in the Offer.

The Offering Member shall make the Offer first to the Company by written notice (hereinafter referred to as the "Offering Notice"). Within twenty (20) days (the "Company Offer Period") after receipt by the Company of the Offering Notice, the Company shall notify the Offering Member in writing (the "Company Notice"), whether or not the Company shall accept the Offer and shall purchase all but not less than all of the Offered Interest. If the Company accepts the Offer to purchase the Offered Interest, the Company Notice shall fix a closing date not more than twenty-five (25) days (the "Company Closing Date") after the expiration of the Company Offer Period.

In the event the Company decides not to accept the Offer, the Offering Member shall, by written notice (the "Remaining Member Notice") make the Offer of the Offered Interest to the other Voting Members, each of whom shall then have a period of twenty-five (25) days (the "Member Acceptance Period") after the expiration of the Member Offer Period within which to notify in writing the Offering Member whether or not he or she intends to purchase all but not less than all of the Offered Interest. If two (2) or more Voting Members of the Company desire to accept the Offer to purchase the Offered Interest, then, in the absence of an agreement between them, such Voting Members shall have the right to purchase the Offered Interest in proportion to their respective Percentage Voting Rights. If the other Voting Members intend to accept the Offer and to purchase the Offered Interest, the written notice required to be given by them shall fix a closing date not more than sixty (60) days after the expiration of the Member Acceptance Period (hereinafter referred to as the "Member Closing Date").

The aggregate dollar amount of the Transfer Purchase Price shall be payable in cash on the Company Closing Date or on the Member Closing Date, as the case may be, unless the Company or the purchasing Voting Members shall elect by written notice that is delivered to the Offering Member, prior to or on the Company Closing Date or the Member Closing Date, as the case may be, to purchase such Offered Interest in four (4) equal annual installments, with the first installment being due on the Closing Date.

If the Company or the other Voting Members fail to accept the Offer or, if the Offer is accepted by the Company or the other Voting Members and the Company or the other Voting Members fail to purchase all of the Offered Interest at the Transfer Purchase Price within the time and in the manner specified, then the Offering Member shall be free, for a period (hereinafter referred to as the "Free Transfer Period") of sixty (60) days from the occurrence of such failure, to transfer the Offered Interest to a Transferee; provided, however, that if all of the other Voting Members other than the Offering Member do not approve of the proposed transfer by unanimous written consent, the Transferee of the Offered Interest shall have no right to become a Member or to participate in the management of the business and affairs of the Company as a Member or Manager, and shall only have the rights of an Assignee and be entitled to receive the share of profits and the return of capital to which the Offering Member would otherwise have been entitled. A Transferee shall be admitted as a Member of the Company, and as a result of which he or she shall become a substituted Member, with the rights that are consistent with the Membership Interest that was transferred, only if such new Member (i) is approved unanimously by the Voting Members; (ii) delivers to the Company his required capital contribution; (iii) agrees in writing to be bound by the terms of this Agreement by becoming a party hereto.

If the Offering Member shall not transfer the Offered Interest within the Free Transfer Period, his or her right to transfer the Offered Interest free of the foregoing restrictions shall thereupon cease and terminate.

6.4   _Involuntary Transfer of a Membership Interest_. A creditor's charging order or lien on a Member's Membership Interest, bankruptcy of a Member, or other involuntary transfer of Member's Membership Interest, shall constitute a material breach of this Agreement by such Member. The creditor, transferee or other claimant, shall only have the rights of an Assignee, and shall have no right to become a Member, or to participate in the management of the business and affairs of the Company as a Member or Manager under any circumstances, and shall be entitled only to receive the share of profits and losses, and the return of capital, to which the Member would otherwise have been entitled. The Voting

Members, including a Voting Member whose interest is the subject of the charging order, lien, bankruptcy, or involuntary transfer, may unanimously elect, by written notice that is provided to the creditor, transferee or other claimant, at any time, to purchase all or any part of Membership Interest that was the subject of the creditor's charging order, lien, bankruptcy, or other involuntary transfer, at a price that is equal to one-half (1/2) of the book value of such interest, adjusted for profits and losses to the date of purchase. The Members agree that such valuation is a good-faith attempt at fixing the value of the interest, after taking into account that the interest does not include all of the rights of a Member or Manager, and after deducting damages that are due to the material breach of this Agreement.

## ARTICLE VII
## ACCOUNTING, RECORDS AND REPORTING

7.1  *Books and Records*. The Company shall maintain complete and accurate accounts in proper books of all transactions of or on behalf of the Company and shall enter or cause to be entered therein a full and accurate account of all transactions on behalf of the Company. The Company's books and accounting records shall be kept in accordance with such accounting principles (which shall be consistently applied throughout each accounting period) as the Voting Members may determine to be convenient and advisable. The Company shall maintain at its principal office all of the following:

A current list of the full name and last known business or residence address of each Member in the Company set forth in alphabetical order;  Percentage Ownership and Voting Interests; Percentage Profit Distribution Interests; copies of the Company's federal, state and local income tax or information returns and reports, if any, for the six most recent taxable years; a copy of this Agreement and any and all amendments hereto together with executed copies of any powers of attorney pursuant to which this Agreement or any amendments thereto have been executed; copies of the financial statements of the Company, if any, for the six most recent Fiscal Years; the Company's books and records as they relate to the internal affairs of the Company for at least the current and past four Fiscal

Years; true and full information regarding the status of the business and financial condition of the Company; and true and full information regarding the amount of cash and a description and statement of the agreed value of any other property or services contributed by each Member and which each Member has agreed to contribute in the future, and the date on which each became a Member.

7.2   *Inspection of Books and Records*. Each Member has the right, on reasonable request for purposes reasonably related to the interest of the person as a Member or a Manager, to: (a) inspect and copy during normal business hours any of the Company's records described in Section 7.1; and (b) obtain from the Company promptly after their becoming available a copy of the Company's federal, state and local income tax or information returns for each Fiscal Year.

7.3   *Accountings*. As soon as is reasonably practicable after the close of each Fiscal Year, the Voting Members shall make or cause to be made a full and accurate accounting of the affairs of the Company as of the close of that Fiscal Year and shall prepare or cause to be prepared a balance sheet as of the end of such Fiscal Year, a profit and loss statement for that Fiscal Year and a statement of Members' equity showing the respective distributions, if any, to Members during such Fiscal Year, and any other statements and information necessary for a complete and fair presentation of the financial condition of the Company, all of which the Manager shall furnish to each Member. In addition, the Company shall furnish to each Member information regarding the Company necessary for such Member to complete such Member's federal and state income tax returns. The Company shall also furnish a copy of the Company's tax returns to any Member requesting the same. On such accounting being made, profits and losses during such Fiscal Year shall be ascertained and credited or debited, as the case may be, in the books of account of the Company to the respective Members as herein provided.

7.4   *Filings*. The Voting Members, at Company expense, shall cause the income tax returns for the Company to be prepared and timely filed with the appropriate authorities. The Voting Members, at Company expense, shall also cause to be prepared and timely filed with

appropriate federal and state regulatory and administrative bodies amendments to, or restatements of, the Certificate and all reports required to be filed by the Company with those entities under the Act or other then current applicable laws, rules, and regulations. If the Company is required by the Act to execute or file any document and fails, after demand, to do so within a reasonable period of time or refuses to do so, any Member may prepare, execute and file that document.

7.5   _Bank Accounts_. The Company shall maintain its funds in one or more separate bank accounts in the name of the Company, and shall not permit the funds of the Company to be co-mingled in any fashion with the funds of any other Person.

7.6   _Tax Matters Partner_. The Voting Members may, in their exclusive discretion, appoint, remove and replace a Tax Matters Partner at any time or times. The Voting Members shall from time to time cause the Company to make such tax elections as they deem to be in the interests of the Company and the Members generally. The Tax Matters Partner, as defined in Internal Revenue Code Section 6231, shall represent the Company (at the Company's expense) in connection with all examinations of the Company's affairs by tax authorities, including resulting judicial and administrative proceedings, and shall expend the Company funds for professional services and costs associated therewith.

## ARTICLE VIII
## DISSOLUTION AND WINDING UP

8.1   _Dissolution_. The Company shall be dissolved, its assets shall be disposed of, and its affairs wound up on the first to occur of: the entry of a decree of judicial dissolution pursuant to the Act; or the unanimous approval of the Voting Members.

8.2   _Winding Up_. On the occurrence of an event specified in Section 8.1, the Company shall continue solely for the purpose of winding up its affairs in an orderly manner, liquidating its assets and satisfying the claims of its creditors. The Voting Members shall be responsible for overseeing the winding up and liquidation of Company, shall take full account of the assets and liabilities of Company, shall cause such assets to be sold or

distributed, and shall cause the proceeds there from, to the extent sufficient therefore, to be applied and distributed as provided in Section 8.4. The Voting Members shall give written notice of the commencement of winding up by mail to all known creditors and claimants whose addresses appear on the records of the Company. The Members shall be entitled to reasonable compensation for such services.

8.3   *Distributions in Kind*. Any noncash assets distributed to the Members shall first be valued at their fair market value to determine the profit or loss that would have resulted if such assets were sold for such value. Such profit or loss shall then be allocated pursuant to this Agreement, and the Members' Capital Accounts shall be adjusted to reflect such allocations. The amount distributed and charged against the Capital Account of each Member receiving an interest in a distributed asset shall be the fair market value of such interest (net of any liability secured by such asset that such Member assumes or takes subject to). The fair market value of such asset shall be determined by the Voting Members, or if any Voting Member objects, by an independent appraiser (and any such appraiser must be recognized as an expert in valuing the type of asset involved) selected by a Majority of the Voting Members.

8.4   *Order of Payment of Liabilities on Dissolution*. After a determination that all known debts and liabilities of the Company in the process of winding up, including, without limitation, debts and liabilities to Members who are creditors of the Company, have been paid or adequately provided for, the remaining assets shall be distributed to the Members in proportion to their positive Capital Account balances, after taking into account profit and loss allocations for the Company's taxable year during which liquidation occurs.

8.5   *Adequacy of Payment*. The payment of a debt or liability, whether the whereabouts of the creditor is known or unknown, shall have been adequately provided for if payment thereof shall have been assumed or guaranteed in good faith by one or more financially responsible Persons or by the United States government or any agency thereof, and the provision, including the financial responsibility of the Person, was determined in good faith and with reasonable care by the Members to be adequate at the time of any distribution of the assets

pursuant to this Section. This Section shall not prescribe the exclusive means of making adequate provision for debts and liabilities.

8.6   *Compliance with Regulations*. All payments to the Members on the winding up and dissolution of Company shall be strictly in accordance with the positive capital account balance limitation and other requirements of Regulations Section 1.704-1(b)(2)(ii)(d), as the voting Members deem appropriate.

8.7   *Limitations on Payments Made in Dissolution*. Except as otherwise specifically provided in this Agreement, each Member shall only be entitled to look solely to the assets of the Company for the return of such Member's positive Capital Account balance and shall have no recourse for such Member's Capital Contribution or share of profits (on dissolution or otherwise) against any other Member.

## ARTICLE IX
## EXCULPATION AND INDEMNIFICATION

9.1   *Exculpation of Members*. No Member shall be liable to the Company or to the other Members for damages or otherwise with respect to any actions taken or not taken in good faith and reasonably believed by such Member to be in or not opposed to the best interests of the Company, except to the extent any related loss results from fraud, gross negligence or willful or wanton misconduct on the part of such Member or the material breach of any obligation under this Agreement or of the fiduciary duties owed to the Company or the other Members by such Member.

9.2   *Indemnification by Company*. The Company shall indemnify, hold harmless and defend the Members, in their capacity as Members, Managers, or Officers, from and against any loss, expense, damage or injury suffered or sustained by them by reason of any acts or omissions arising out of their activities on behalf of the Company or in furtherance of the interests of the Company, including but not limited to any judgment, award, settlement, reasonable attorneys' fees and other costs or expenses incurred in connection with the defense of any

actual or threatened action, proceeding or claim, if the acts or omissions were not performed or omitted fraudulently or as a result of gross negligence or willful misconduct by the indemnified party. Reasonable expenses incurred by the indemnified party in connection with any such proceeding relating to the foregoing matters may be paid or reimbursed by the Company in advance of the final disposition of such proceeding upon receipt by the Company of (i) written affirmation by the Person requesting indemnification of its good-faith belief that it has met the standard of conduct necessary for indemnification by the Company and (ii) a written undertaking by or on behalf of such Person to repay such amount if it shall ultimately be determined by a court of competent jurisdiction that such Person has not met such standard of conduct, which undertaking shall be an unlimited general obligation of the indemnified party but need not be secured.

9.3   _Insurance_. The Company shall have the power to purchase and maintain insurance on behalf of any Person who is or was a Member or an agent of the Company against any liability asserted against such Person and incurred by such Person in any such capacity, or arising out of such Person's status as a Member or an agent of the Company, whether or not the Company would have the power to indemnify such Person against such liability under Section 10.1 or under applicable law.

## ARTICLE X
## DISPUTE RESOLUTION

10.1   _Disputes Among Members_. The Members agree that in the event of any dispute or disagreement solely between or among any of them arising out of, relating to or in connection with this Agreement or the Company or its organization, formation, business or management ("Member Dispute"), the Members shall use their best efforts to resolve any dispute arising out of or in connection with this Agreement by good-faith negotiation and mutual agreement. The Members shall meet at a mutually convenient time and place to attempt to resolve any such dispute.

However, in the event that the Members are unable to resolve any Member Dispute, such parties shall first attempt to settle such dispute through a non-binding mediation proceeding. In the event any party to such mediation proceeding is not satisfied with the results thereof, then any unresolved disputes shall be finally settled in accordance with an arbitration proceeding. In no event shall the results of any mediation proceeding be admissible in any arbitration or judicial proceeding.

10.2 *Mediation*. Mediation proceedings shall be conducted in accordance with the Commercial Mediation Rules of the American Arbitration Association (the "AAA") in effect on the date the notice of mediation was served, other than as specifically modified herein, and shall be non-binding on the parties thereto.

Any Member may commence a mediation proceeding by serving written notice thereof to the other Members, by mail or otherwise, designating the issue(s) to be mediated and the specific provisions of this Agreement under which such issue(s) and dispute arose. The initiating party shall simultaneously file two copies of the notice with the AAA, along with a copy of this Agreement. A Member may withdraw from the Member Dispute by signing an agreement to be bound by the results of the mediation, to the extent the mediation results are accepted by the other Members as provided herein. A Member who withdraws shall have no further right to participate in the Member Dispute.
The Members shall select one neutral third party AAA mediator (the "Mediator") with expertise in the area that is in dispute. If a Mediator has not been selected within five (5) business days thereafter, then a Mediator shall be selected by the AAA in accordance with the Commercial Mediation Rules of the AAA.

The Mediator shall schedule sessions, as necessary, for the presentation by all Members of their respective positions, which, at the option of the Mediator, may be heard by the Mediator jointly or in private, without any other members present. The mediation proceeding shall be held in the city that is the company's principal place of business or such other place as agreed by the Mediator and all of the Members. The Members may

submit to the Mediator, no later than ten (10) business days prior to the first scheduled session, a brief memorandum in support of their position.

The Mediator shall make written recommendations for settlement in respect of the dispute, including apportionment of the mediator's fee, within ten (10) business days of the last scheduled session. If any Member involved is not satisfied with the recommendation for settlement, he may commence an arbitration proceeding.

10.3   Arbitration. Arbitration proceedings shall be conducted under the Rules of Commercial Arbitration of the AAA (the "Rules"). A Member may withdraw from the Member Dispute by signing an agreement to be bound by the results of the arbitration. A Member who withdraws shall have no further right to participate in the Member Dispute.

The arbitration panel shall consist of one arbitrator. The Members shall select one neutral third party AAA arbitrator (the "Arbitrator") with expertise in the area that is in dispute. If an Arbitrator has not been selected within five (5) business days thereafter, then an Arbitrator shall be selected by the AAA in accordance with the Commercial Arbitration Rules of the AAA. The arbitration proceeding shall be held in the city that is the company's principal place of business or such other place as agreed by the Arbitrator and all of the Members. Any arbitrator who is selected shall disclose promptly to the AAA and to both parties any financial or personal interest the arbitrator may have in the result of the arbitration and/or any other prior or current relationship, or expected or discussed future relationship, with the Members or their representatives. The arbitrator shall promptly conduct proceedings to resolve the dispute in question pursuant to the then existing Rules. To the extent any provisions of the Rules conflict with any provision of this Section, the provisions of this Section shall control.

In any final award and/or order, the arbitrator shall apportion all the costs (other than attorney's fees which shall be borne by the party incurring such fees) incurred in conducting the arbitration in accordance with what the arbitrator deems just and equitable under the circumstances.

Discovery shall not be permitted in such arbitration except as allowed by the rules of arbitration, or as otherwise agreed to by all the parties of the Member Dispute. Notwithstanding, the Members agree to make available to one another and to the arbitrator, for inspection and photocopying, all documents, books and records, if determined by the arbitration panel to be relevant to the dispute, and by making available to one another and to the arbitration panel personnel directly or indirectly under their control, for testimony during hearings if determined by the arbitration panel to be relevant to the dispute. The Members agree, unless undue hardship exists, to conduct arbitration hearings to the greatest extent possible on consecutive business days and to strictly observe time periods established by the Rules or by the arbitrator for the submission of evidence and of briefs. Unless otherwise agreed to by the Members, a stenographic record of the arbitration proceedings shall be made and a transcript thereof shall be ordered for each Member, with each party paying an equal portion of the total cost of such recording and transcription.

The arbitrator shall have all powers of law and equity, which it can lawfully assume, necessary to resolve the issues in dispute including, without limiting the generality of the foregoing, making awards of compensatory damages, issuing both prohibitory and mandatory orders in the nature of injunctions and compelling the production of documents and witnesses for presentation at the arbitration hearings on the merits of the case. The arbitration panel shall neither have nor exercise any power to act as amicable compositeur or ex aequo et bono; or to award special, indirect, consequential or punitive damages. The decision of the arbitration panel shall be in written form and state the reasons upon which it is based. The statutory, case law and common law of the State of New Jersey shall govern in interpreting their respective rights, obligations and liabilities arising out of or related to the transactions provided for or contemplated by this Agreement, including without limitation, the validity, construction and performance of all or any portion of this Agreement, and the applicable remedy for any liability established thereunder, and the amount or method of computation of damages which may be awarded, but such governing law shall not include the law pertaining to conflicts or

choice of laws of New Jersey; provided however, that should the parties refer a dispute arising out of or in connection with an ancillary agreement or an agreement between some or all of the Members which specifically references this Article, then the statutory, case law and common law of the State whose law governs such agreement (except the law pertaining to conflicts or choice of law) shall govern in interpreting the respective rights, obligations and liabilities of the parties arising out of or related to the transactions provided for or contemplated by such agreement, including, without limitation, the validity, construction and performance of all or any portion of such agreement, and the applicable remedy for any liability established thereunder, and the amount or method of computation of damages which may be awarded.

Any action or proceeding subsequent to any Award rendered by the arbitrator in the Member Dispute, including, but not limited to, any action to confirm, vacate, modify, challenge or enforce the arbitrator's decision or award shall be filed in a court of competent jurisdiction in the same county where the arbitration of the Member Dispute was conducted, and New Jersey law shall apply in any such subsequent action or proceeding.

## ARTICLE XI
## MISCELLANEOUS

11.1   *Authority*. This Agreement constitutes a legal, valid and binding agreement of the Member, enforceable against the Member in accordance with its terms. The Member is empowered and duly authorized to enter into this Agreement (including the power of attorney herein) under every applicable governing document, partnership agreement, trust instrument, pension plan, charter, certificate of incorporation, bylaw provision or the like. The Person, if any, signing this Agreement on behalf of the Member is empowered and duly authorized to do so by the governing document or trust instrument, pension plan, charter, certificate of incorporation, bylaw provision, board of directors or stockholder resolution or the like.

11.2    *Indemnification by the Members*. Each Member hereby agrees to indemnify and defend the Company, the other Members and each of their respective employees, agents, partners, members, shareholders, officers and directors and hold them harmless from and against any and all claims, liabilities, damages, costs and expenses (including, without limitation, court costs and attorneys' fees and expenses) suffered or incurred on account of or arising out of any breach of this Agreement by that Member.

11.3    *Notices*. Except as otherwise expressly provided herein, any notice, consent, authorization or other communication to be given hereunder shall be in writing and shall be deemed duly given and received when delivered personally, when transmitted by facsimile if receipt is acknowledged by the addressee, one business day after being deposited for next-day delivery with a nationally recognized overnight delivery service, or three business days after being mailed by first class mail, charges and postage prepaid, properly addressed to the party to receive such notice at the address set forth in the Company's records.

11.4    *Severability*. If any provision of this Agreement, or the application of such provision to any Person or circumstance, shall be held by a court of competent jurisdiction to be invalid or unenforceable, the remainder of this Agreement, or the application of such provision to Persons or circumstances other than those to which it is held to be invalid or unenforceable, shall not be affected thereby.

11.5    *Binding Effect*. This Agreement shall bind and inure to the benefit of the parties and their respective Successors.

11.6    *Counterparts*. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

11.7    *Entire Agreement*. This Agreement contains the entire agreement of the parties and supersedes all prior or contemporaneous written or oral negotiations, correspondence, understandings and agreements between or among the parties, regarding the subject matter hereof.

11.8   *Further Assurances*. Each Member shall provide such further information with respect to the Member as the Company may reasonably request, and shall execute such other and further certificates, instruments and other documents, as may be necessary and proper to implement, complete and perfect the transactions contemplated by this Agreement.

11.9   *Headings; Gender; Number; References*. The headings of the Sections hereof are solely for convenience of reference and are not part of this Agreement. As used herein, each gender includes each other gender, the singular includes the plural and vice versa, as the context may require. All references to Sections and subsections are intended to refer to Sections and subsections of this Agreement, except as otherwise indicated.

11.10   *Parties in Interest*. Except as expressly provided in the Act, nothing in this Agreement shall confer any rights or remedies under or by reason of this Agreement on any Persons other than the Members and their respective Successors nor shall anything in this Agreement relieve or discharge the obligation or liability of any third Person to any party to this Agreement, nor shall any provision give any third Person any right of subrogation or action over or against any party to this Agreement.

11.11   *Restrictive Covenant:*   Members agree that for as long as they own interest in the Company and for a period of eighteen (18) months from the date that Members either voluntary or involuntary transfer their Membership Interest in the Company, they shall not engage in any business similar to or competitive with the business of the Company, either as an owner, principal, proprietor, partner, shareholder, director, officer, consultant, independent contractor or consultant; shall not solicit or accept business or compensation from, deal with in any manner whatsoever or represent, any accounts of the Company. As used herein, "accounts of the Company" shall mean any person or entity to whom or to which the Company licensed the right to operate under Company's name, any of the Company's franchisees, Accounts of the Company shall also include any prospective account of the Company, to whom the Company has made a written proposal or correspondence seeking to provide services, or any person or entity with which the Company is negotiating to perform services, form partnerships, license its name, sell a

franchise, etc.  Members also agree that for as long as they own interest in the Company and for a period of eighteen (18) months from the date that Members either voluntary or involuntary transfer their Membership Interest in the Company, Member shall not solicit, hire or otherwise engage or contact any employees of the Company for the purpose of hiring or retaining the services of such employees as an employee, consultant, partner, independent contractor or otherwise.  Nothing contained herein shall preclude Yevgeniy Kaban from operating any soccer school or related business outside the US or to license the trademarks, including but not limited to "Footbik" to any other company or individual in any country, excluding the US.

11.12   _Amendments_. All amendments to this Agreement shall be in writing and signed by all of the Members to the agreement at the time of the amendment.

11.13   _Attorneys' Fees_. In any dispute between or among the Company and one or more of the Members, including, but not limited to, any Member Dispute, the prevailing party or parties in such dispute shall be entitled to recover from the non-prevailing party or parties all reasonable fees, costs and expenses including, without limitation, attorneys' fees, costs and expenses, all of which shall be deemed to have accrued on the commencement of such action, proceeding or arbitration. Attorneys' fees shall include, without limitation, fees incurred in any post-award or post-judgment motions or proceedings, contempt proceedings, garnishment, levy, and debtor and third party examinations, discovery, and bankruptcy litigation, and prevailing party shall mean the party that is determined in the arbitration, action or proceeding to have prevailed or who prevails by dismissal, default or otherwise.

11.14   _Remedies Cumulative_. Subject to relative provisions of this Agreement, remedies under this Agreement are cumulative and shall not exclude any other remedies to which any Member may be lawfully entitled.

11.15   _Jurisdiction and Venue/Equitable Remedies_. The Company and each Member hereby expressly agrees that if, under any circumstances, any dispute or controversy arising out of or relating to or in any way connected with this Agreement shall, notwithstanding

Article X, be the subject of any court action at law or in equity, such action shall be filed exclusively in the courts of the State of New Jersey.  Each Member agrees irrevocably and unconditionally consents and submits to the personal and exclusive jurisdiction of such courts for the purposes of litigating any such action, and hereby grants jurisdiction to such courts and to any appellate courts having jurisdiction over appeals from such courts or review of such proceedings. Because the breach of the provisions of this Section would cause irreparable harm and significant injury to the Company and the other Members, which would be difficult to ascertain and which may not be compensable by damages alone, each Member agrees that the Company and the other Members will have the right to enforce the provisions of this Section by injunction, specific performance or other equitable relief in addition to any and all other remedies available to such party or parties without showing or proving any actual damage to such parties. Members will be entitled to recover all reasonable costs and expenses, including but not limited to all reasonable attorneys' fees, expert and consultants' fees, incurred in connection with the enforcement of this Section.

**IN WITNESS WHEREOF, this Limited Liability Company Operating Agreement has been duly executed by or on behalf of the parties hereto as of the date first above written.**

Alexander Berkovsky

_____    **10** / **01** / **2018**

Alexey Vitashkevich

_____    10/01/18

Yevgeniy Kaban

_____    ___/___/_____

Page **26** of **28**

**EXHIBIT "A"**

**LLC MEMBERS, OWNERSHIP**

| NAME | OWNERSHIP | VOTING RIGHTS | PROFIT DISTRIBUTION | INITIAL CAPITAL CONTRIBUTION |
|------|-----------|---------------|---------------------|------------------------------|
| Alexander Berkovsky | 46.25% | 46.25% | 46.25% | |
| Alexey Vitashkevich | 7.5% | 7.5% | 7.5% | |
| Yevgeniy Kaban | 46.25% | 46.25% | 46.25% | |

Alexander Berkovsky

_____   **10** / **01** / **2018**

Alexey Vitashkevich

_____   10/01/18

Yevgeniy Kaban

i    _____   ___/___/____

**EXHIBIT "B"**

**RESPONSIBILITIES OF MEMBERS**

**Alexander Berkovsky**

- Manage all day to day operations of the Company
- Promote and market the Company and its services
- Develop a franchise system for the Company
- Promote the franchise, including opening new locations
- Adapt all the educational and promotional materials that will be used by the Company to US market

**Yevgeniy Kaban**
- Subject to a separate Licensing Agreement between the Company and Yevgeniy Kaban to license to the Company the rights to use "Footbik" trademark and other intellectual property
- Develop management strategies
- Develop marketing strategies

# EXHIBIT B

# FOOTBIK JV, LLC

**Entity Id # 5416598**

**LIMITED LIABILITY COMPANY
OPERATING AGREEMENT**

This Operating Agreement (the "Agreement") is made effective as of October  1ˢᵗ, 2018, by and among and those Persons (the "Members") identified in Exhibit A.  In consideration of the mutual covenants and conditions herein, the Members agree as follows:

## ARTICLE I
## ORGANIZATION

1.1 _Formation and Qualification_. The Members have formed a limited liability company (the "Company") under the ~~New Jersey~~ **New York** Revised Uniform Limited Liability Company Act by filing Articles of Organization with the ~~New Jersey~~ **New York** Department of Treasury, Division of Revenue, on or about July 4, 2017.

1.2 _Governing Law_. This Agreement shall be governed by and construed and interpreted in

# «ФУТБИК Джей, Ви ЭлЭлСи»

**Идентификационный номер 5416598**

**УЧРЕДИТЕЛЬНЫЙ ДОГОВОР
КОМПАНИИ С ОГРАНИЧЕННОЙ
ОТВЕТСТВЕННОСТЬЮ**

Настоящий Учредительный договор (далее – «Договор») заключен 1 Октября 2018 года между Лицами, указанными в Приложении А (далее – «Участники»). С учетом взаимных обязательств и условий, изложенных в настоящем Договоре, Участники договорились о нижеследующем:

## СТАТЬЯ I
## УЧРЕЖДЕНИЕ

1.1 _Учреждение_. Участники учредили компанию с ограниченной ответственностью (далее – «Компания») в соответствии с пересмотренным единым Законом о компаниях с ограниченной ответственностью штата Нью-Джерси, предоставив Устав Компании в Налоговое управление Департамента казначейства штата Нью-Джерси 4 июля 2017 года.

1.2 _Применимое право_. Настоящий Договор регулируется, толкуется и

accordance with the laws of the State of ~~New~~ **New York** ~~Jersey,~~ including the ~~New Jersey~~ **New York** Revised Uniform Limited Liability Company Act, (the "Act") as amended from time to time, without regard to ~~New Jersey's~~ **New York's** conflicts of laws principles. The rights and liabilities of the Members shall be determined pursuant to the Act and this Agreement. To the extent that any provision of this Agreement is inconsistent with any provision of the Act, this Agreement shall govern to the extent permitted by the Act.

интерпретируется в соответствии с законодательством штата Нью-Джерси, включая пересмотренный единый Закон о компаниях с ограниченной ответственностью штата Нью-Джерси (далее – «Закон»), с поправками, которые вносятся время от времени, независимо от принципов коллизионного права штата Нью-Джерси. Права и обязанности Участников определяются в соответствии с Законом, и настоящим Договором. В случае если какое-либо положение настоящего Договора противоречит какому-либо положению Закона, настоящий Договор применяется в той мере, насколько это разрешено Законом.

1.3 _Name_. The name of the Company shall be "Footbik JV, LLC." The business of the Company may be conducted under that name or, on compliance with applicable laws, any other name that the Voting Members deem appropriate or advisable. The Voting Members on behalf of the Company shall file any certificates, articles, fictitious business name statements and the like, and any amendments and supplements thereto, as the voting Members consider appropriate or advisable.

1.3 _Наименование_. Наименование Компании – «Футбик Джей Ви, ЭлЭлСи». Деятельность Компании может осуществляться под таким наименованием или же, согласно действующему законодательству, под любым другим наименованием, которое Участники с правом голоса считают соответствующим или целесообразным. Участники с правом голоса должны подавать от имени Компании любые свидетельства, уставы, заявления о вымышленном наименовании компании и аналогичные документы, с какими-либо поправками и дополнениями

к ним, которые Участники с правом голоса считают соответствующими или целесообразными.

1.4 *Term*. The term of the Company commenced on the filing of the Articles of Organization and shall be perpetual unless dissolved as provided in this Agreement.

1.4 *Срок действия*. Срок действия Компании начался с момента подачи Устава и является бессрочным, если не будет расторгнут в соответствии с условиями настоящего Договора.



1.5 *Office and Agent*. The principal office of the Company shall be at such place or places of business within or without the State of ~~New Jersey~~ **New York** as the Voting Members may determine. The Company shall continuously maintain a registered agent in the State of ~~New Jersey~~ **New York** as required by the Act. The registered agent shall be as stated in the Certificate or as otherwise determined by the Voting Members.

1.5 *Головной офис и зарегистрированный агент*. Головной офис Компании должен находиться по такому местонахождению или местонахождениям Компании в штате или за пределами штата Нью-Джерси, которое или которые могут определять Участники с правом голоса. Компания должна иметь постоянного зарегистрированного агента в штате Нью-Джерси в соответствии с требованиями Закона. Зарегистрированный агент должен быть указан в Свидетельстве или иным образом определен Участниками с правом голоса.

1.6 *Purpose of Company*. The purpose of the Company is to engage in all lawful activities, including, but not limited to soccer lessons to preschool children.

1.6 *Цель Компании*. Целью Компании является участие в какой-либо законной деятельности, включая, но не ограничиваясь только этим, уроки футбола для детей дошкольного возраста.

ARTICLE II
MEMBERSHIP INTERESTS, VOTING, MANAGEMENT AND RESPONSIBILITIES

2.1 <u>Initial Members</u>. The Members of the Company are the Members who are identified in Exhibit A.

2.2 *Percentage Ownership and Voting Interests*. The Members shall have the initial Percentage Ownership and Percentage Voting Rights in the Company that are identified in Exhibit A, immediately following the making of the capital contributions set forth therein.

2.3 *Management by Voting Members*. The Voting Members shall manage the Company and shall have the right to vote, in their capacity as Managers, upon all matters upon which Managers have the right to vote under the Act or under this Agreement, in proportion to their respective Percentage Voting Rights in the Company. Voting Members need not identify whether they are acting in their capacity as Members or Managers when they act.

СТАТЬЯ II
ДОЛЯ УЧАСТИЯ, ГОЛОСОВАНИЕ, УПРАВЛЕНИЕ КОМПАНИЕЙ И ОБЯЗАТЕЛЬСТВА

2.1 <u>Первоначальные Участники</u>. Участниками Компании являются Участники, указанные в Приложении А.

2.2 *Доля участия и права голоса*. Участникам назначается их первоначальная Доля участия и Права голоса в процентном содержании, указанные в Приложении А, непосредственно после осуществления ими взноса в уставный капитал в соответствии с положениями настоящего Договора.

2.3 *Управление Компанией Участниками с правом голоса*. Участники с правом голоса управляют Компанией и имеют право голосовать в качестве Директоров по всем вопросам, по которым имеют право голосовать Директоры согласно Закону или настоящему Договору, пропорционально их Правам голоса в процентном содержании, которыми они владеют в Компании. Участники с правом голоса в своих действиях не обязаны указывать, действуют ли они в качестве Участников или Директоров.

The Nonvoting Members shall have no right to vote or otherwise participate in the management of the Company. No Nonvoting Member shall, without the prior written consent of all of the Voting Members, take any action on behalf of, or in the name of, the Company, or enter into any contract, agreement, commitment or obligation binding upon the Company, or perform any act in any way relating to the Company or the Company's assets.

2.4 <u>Voting</u>. Except as otherwise provided or permitted by this Agreement, Voting Members shall in all cases, in their capacity as Members or Managers of the Company, act collectively, and, unless otherwise specified or permitted by this Agreement, unanimously. Except as otherwise provided or permitted by this Agreement, no Voting Member acting individually, in his capacity as a Member or Manager of the Company, shall have any power or authority to sign for, bind or act on behalf of the Company in any way, to pledge the Company's credit, or to render the Company liable for any purpose. Unless the context requires otherwise, in this Agreement, the terms "Member" or "Members," without the qualifiers "Voting"

Участники без права голоса не имеют права голосовать или иным образом участвовать в управлении Компанией. Ни один Участник без права голоса не должен без предварительного письменного согласия всех Участников с правом голоса предпринимать какие-либо действия от имени Компании, или заключать какие-либо договора, соглашения, а также брать на себя обязательства, обязательные для Компании, либо совершать какие-либо действия в отношении Компании или активов Компании.

2.4 <u>Голосование</u>. Кроме случаев, когда в настоящем Договоре предусмотрено или разрешено иное, Участники с правом голоса, действуя в качестве Участников или Директоров Компании, в любом случае действуют коллективно и, если настоящим Договором не предусмотрено, или не разрешено иное, единогласно. Кроме случаев, когда в настоящем Договоре предусмотрено или разрешено иное, ни один Участник с правом голоса, действующий индивидуально в качестве Участника, или Директора Компании, не имеет прав, или полномочий подписывать, связывать обязательствами, или действовать от имени Компании каким-либо образом, обременять

or "Nonvoting," refer to the Voting and Nonvoting Members collectively; and the terms "Manager" or "Managers" refers to the Voting Members.

имущественными обязательствами Компанию, или возлагать на Компанию ответственность для каких-либо целей. Если контекстом не предусмотрено иное, в настоящем Договоре термины «Участник» или «Участники», используемые без таких определяющих слов, как «с правом голоса» или «без права голоса», относятся к Участникам с правом голоса и Участникам без права голоса коллективно; а термины «Директор», или «Директора» относятся к Участникам с правом голоса.

2.5 _Liability of Members_. All debts, obligations and liabilities of the Company, whether arising in contract, tort or otherwise, shall be solely the debts, obligations and liabilities of the Company, and no Member shall be obligated personally for any such debt, obligation or liability of the Company solely by reason of being a Member.

2.5 _Ответственность Участников_. Все задолженности и обязательства Компании, возникающие по договору, деликту или иным образом, являются исключительно задолженностью и обязательствами Компании, и ни один Участник не несет личной ответственности за какую-либо такую задолженность или обязательства Компании только в силу того, что он является Участником.

_New Members_. The Voting Members may agree to redistribute the Percentage Voting Rights and thereby admit a new Voting Member or Members, to the Company, only if such new Member (i) is approved unanimously by the Voting Members; (ii) delivers to the Company his required capital contribution; (iii) agrees in writing to be bound by

_Новые Участники_. Участники с правом голоса могут соглашаться на перераспределение Прав голоса в процентном содержании и тем самым принять в Компанию нового Участника или Участников с правом голоса, только если такой новый Участник (i) будет единогласно одобрен Участниками с правом голоса; (ii) предоставит

the terms of this Agreement by becoming a party hereto; and (iv) delivers such additional documentation as the Voting Members shall reasonably require to so admit such new Member to the Company.

Компании необходимый взнос в уставный капитал; (iii) даст письменное согласие соблюдать условия настоящего Договора, став его стороной; и (iv) предоставит такую дополнительную документацию, которую обоснованно требуют Участники с правом голоса для принятия такого нового Участника в Компанию.

Upon the admission of a new Member or Members, as the case may be, to the Company, the Ownership of Members and the Percentage Voting Rights of Members shall be adjusted appropriately.

После принятия в Компанию нового Участника или Участников, в зависимости от случая, Доля участия и Права голоса Участников в процентном содержании корректируются соответствующим образом.

2.6 Responsibilities of Members shall be outlined in Exhibit "B"

2.6 Обязанности Участников изложены в Приложении В.

### ARTICLE III
### CAPITAL ACCOUNTS

### СТАТЬЯ III
### СЧЕТА КАПИТАЛА

3.1 *Initial Capital Contributions*. Each original Member to this Agreement shall make an initial Capital Contribution to the Company in accordance with Exhibit A, at the time of each Member's execution of this Agreement.

3.1 *Первоначальные взносы в уставный капитал*. Каждый первоначальный Участник настоящего Договора осуществляет первоначальный взнос в уставный капитал Компании в соответствии с Приложением А на момент подписания им настоящего Договора.

3.2 *Additional Contributions*. If, at any time or times hereafter, the Voting Members shall determine that additional capital is required

3.2 *Дополнительные взносы*. Если в какое-либо время или в дальнейшем Участники с правом голоса решат, что Компании

by the Company, the Voting Members shall determine the amount of such additional capital and the anticipated time such additional capital will be required; whether such additional capital shall be provided by the Members by way of additional Capital Contributions or by way of loans from Members. No Member shall be obligated, at any time, to guarantee or otherwise assume or become liable for any obligations of the Company or to make any additional Capital Contributions advances or loans to the Company, unless such obligations are specifically accepted and agreed to by such Member.

нужен дополнительный капитал, Участники с правом голоса должны определить размер такого дополнительного капитала и приблизительный срок его обеспечения, независимо от того, будет ли такой дополнительный капитал предоставлен Участниками в виде дополнительных Взносов в уставный капитал или в виде предоставленных Участниками займов. Ни один Участник не обязан когда-либо гарантировать или иным образом брать на себя обязательства либо возлагать на себя ответственность за какие-либо обязательства Компании, или вносить какие-либо дополнительные авансовые платежи, или займы в качестве Взноса в уставный капитал Компании, если такие обязательства не были специально приняты и согласованы таким Участником.

## ARTICLE IV
## MANNER OF ACTING

## СТАТЬЯ IV
## СПОСОБ ДЕЙСТВИЙ

4.1 _Officers and Agents of the Company_. The Voting Members may authorize any Member or Members of the Company, or other individuals or entities, whether or not a Member, to take action on behalf of the Company, as the Voting Members deem

4.1 _Должностные лица и агенты Компании_. Участники с правом голоса могут уполномочивать какого-либо Участника или Участников Компании либо других физических или юридических лиц, независимо от того, являются ли они

appropriate. Any Member may lend money to and receive loans from the Company, act as an employee, independent contractor, lessee, lessor, or surety of the company, and transact any business with the Company that could be carried out by someone who is not a Member; and the Company may receive from or pay to any Member remuneration, in the form of wages, salary, fees, rent, interest, or any form that the Voting Members deem appropriate.

Участниками или нет, действовать от имени Компании, если, по мнению Участников с правом голоса, это является целесообразным. Какой-либо Участник может предоставлять денежные средства в долг и получать займы от Компании, выступать в качестве служащего, независимого подрядчика, лицензиата, лицензиара или поручителя Компании, и заключать какие-либо сделки с Компанией, которые могут заключать лица, не являющиеся Участниками; и Компания может получать или выплачивать какому-либо Участнику вознаграждение в виде заработной платы, оклада, гонорара, арендой платы, процентов, или в какой-либо другой форме, которая, по мнению Участников с правом голоса, является целесообразной.

The Voting Members may appoint officers of the Company who, to the extent provided by the Voting Members, may have and may exercise all the powers and authority of the Members or Managers in the conduct of the business and affairs of the Company. The officers of the Company may consist of a President, a Treasurer, a Secretary, or other officers or agents as may be elected or appointed by the Voting Members. The Voting Members may provide rules for the appointment, removal, supervision and

Участники с правом голоса могут назначать должностных лиц Компании, которые в предусмотренных Участниками с правом голоса пределах могут иметь и осуществлять все права и полномочия Участников или Директоров при ведении дел и осуществлении деятельности Компании. Должностными лицами Компании могут быть Президент, Казначей, Секретарь или другие должностные лица или агенты, которые могут избираться или назначаться Участниками с правом голоса.

compensation of such officers, the scope of their authority, and any other matters relevant to the positions. The officers shall act in the name of the Company and shall supervise its operation, within the scope of their authority, under the direction and management of the Voting Members.

Участники с правом голоса могут устанавливать правила назначения, устранения, контроля и вознаграждения таких должностных лиц, сферу их полномочий и любые другие вопросы, касающиеся занимаемой ими должности. Должностные лица действуют от имени Компании и контролируют ее деятельность в пределах своих полномочий под руководством Участников с правом голоса.

Any action taken by a duly authorized officer, pursuant to authority granted by the Voting Members in accordance with this Agreement, shall constitute the act of and serve to bind the Company, and each Member hereby agrees neither to dispute such action nor the obligation of the Company created thereby.

Какие-либо действия, предпринятые должным образом уполномоченным должностным лицом в соответствии с полномочиями, предоставленными Участниками с правом голоса согласно настоящему Договору, представляют собой акт и связывают Компанию обязательствами, и каждый Участник настоящим обязуется не оспаривать возникшие таким образом акты или обязательства Компании.

4.2 _Meetings of Voting Members_. No regular, annual, special or other meetings of Voting Members are required to be held. Any action that may be taken at a meeting of Voting Members may be taken without a meeting by written consent in accordance with the Act. Meetings of the Voting Members, for any purpose or purposes, may be called at any time by a majority of the Voting Members, or

4.2 _Собрания Участников с правом голоса_. Не требуется проведение каких-либо очередных, ежегодных, внеочередных или прочих собраний Участников с правом голоса. Какие-либо акты, которые могут быть приняты на собрании Участников с правом голоса, могут быть приняты без его проведения по письменному согласию в соответствии с требованиями Закона.

by the President of the Company, if any. The Voting Members may designate any place as the place of meeting for any meeting of the Voting Members. If no designation is made, the place of meeting shall be the principal place of business of the Company.

Собрания Участников с правом голоса для какой-либо цели или целей могут созываться в любое время большинством Участников с правом голоса или Президентом Компании, если таковой имеется. Участники с правом голоса могут назначать любое место в качестве места проведения какого-либо собрания Участников с правом голоса. Если такое место не будет назначено, тогда местом проведения собрания является основное место деятельности Компании.

4.3 *Notice of Meetings*. In the event that a meeting of the Voting Members is called, written notice stating the place, day and hour of the meeting and the purpose or purposes for which the meeting is called shall be delivered not less than five nor more than sixty business days before the date of the meeting unless otherwise provided, either personally, by mail or e-mail, by or at the direction of the Members calling the meeting, to each Voting Member. Notice of a meeting need not be given to any Voting Member who signs a waiver of notice or a consent to holding the meeting or an approval of the minutes thereof, whether before or after the meeting, or who attends the meeting without protesting, prior thereto or at its commencement, the lack of notice to such

4.3 *Уведомление о проведении собраний*. В случае созыва собрания Участников с правом голоса, письменное уведомление с указанием места, даты и времени проведения собрания, а также цели или целей, для которой или которых оно созывается, предоставляется не менее чем за пять и не более чем за шестьдесят рабочих дней до даты проведения собрания, если не предусмотрено иное, лично в руки, почтовым сообщением, по электронной почте, по указанию Участников, созывающих собрание, каждому Участнику с правом голоса. Уведомление о проведении собрании не предоставляется какому-либо Участнику с правом голоса, который подписывает отказ от получения уведомлений, согласие

Voting Member.

на проведение собраний или утверждение протоколов таких собраний, будь то до или после проведения таких собраний, или который присутствует на собрании, не протестуя, будь то до проведения такого собрания или в начале его проведения, против непредоставления уведомления такому Участнику с правом голоса.

4.4 _Record Date_. For the purpose of determining Voting Members entitled to notice of or to vote at any meeting of Voting Members or any adjournment thereof, the date on which notice of the meeting is provided shall be the record date for such determination of the Voting Members. When a determination of Voting Members has been made as provided in this Section, such determination shall apply to any adjournment thereof.

4.4 _Дата регистрации_. В целях определения Участников с правом голоса, имеющих право на получение уведомления о проведении какого-либо собрания Участников с правом голоса или на голосование на таком собрании либо на какие-либо отсрочки проведения такого собрания, датой уведомления о проведении собрании является дата регистрации определенных таким образом Участников с правом голоса. Если Участники с правом голоса были определены в соответствии с положениями настоящего пункта, это является действительным и для каких-либо перенесенных собраний.

4.5 _Quorum_. Members holding 100% of the Voting Rights in the Company represented in person, by telephonic participation, or by proxy, shall constitute a quorum at any meeting of Voting Members. In the absence

4.5 _Кворум_. Кворум составляют Участники, владеющие 100 % Прав голоса в Компании, присутствующие на каком-либо собрании Участников с правом голоса лично, посредством телефонной

of a quorum at any such meeting, a majority of the Voting Members so represented may adjourn the meeting from time to time for a period not to exceed sixty days without further notice.

However, if the adjournment is for more than sixty days, or if after the adjournment a new record date is fixed for another meeting, a notice of the adjourned meeting shall be given to each Voting Member. The Voting Members present at a duly organized meeting may continue to transact business only as previously provided on the agenda until adjournment, notwithstanding the withdrawal during such meeting of that number of Voting Members whose absence would cause less than a quorum.

4.6  *Voting*. If a quorum is present, a unanimous vote of the Voting Members so represented shall be the act of the Members or Managers, unless the vote of a lesser proportion or number is otherwise required by the Act, by the Certificate or by this Agreement.

---

связи или через доверенное лицо. В случае отсутствии кворума на каком-либо таком собрании, большинство представленных таким образом Участников с правом голоса могут перенести собрание на период, не превышающий шестьдесят дней, без предоставления дополнительного уведомления об этом.

Однако, если собрание переносится на более чем шестьдесят дней, или если после отсрочки будет установлена новая дата регистрации для другого собрания, уведомление о перенесении собрания предоставляется каждому Участнику с правом голоса. Участники с правом голоса, присутствующие на должным образом организованном собрании, могут продолжать заключать сделки, только если это было ранее предусмотрено в повестке дня до перенесения собрания, несмотря на отказ в ходе такого собрания такого количества Участников с правом голоса, отсутствие которых приведет к отсутствию кворума.

4.6  *Голосование*. Если кворум присутствует, единодушное голосование представленных таким образом Участников с правом голоса является актом Участников или Директоров, если Законом, Свидетельством или настоящим Договором не требуется меньшее

| | |
|---|---|
| | количество голосов. |
| **ARTICLE V** | **СТАТЬЯ V** |
| **ALLOCATIONS AND DISTRIBUTIONS** | **РАСПРЕДЕЛЕНИЕ ПРИБЫЛИ И УБЫТКОВ** |

5.1  *Allocations of Profits and Losses*. Profits and Losses, after deducting Guaranteed Payments, shall be allocated among the Members in proportion to their Percentage Profits indicated in Exhibit «A». Any special allocations necessary to comply with the requirements set forth in Internal Revenue Code Section 704 and the corresponding Regulations, including, without limitation, the qualified income offset and minimum gain chargeback provisions contained therein, shall be made if the Voting Members deem these actions to be appropriate.

5.1  *Распределение прибыли и убытков*. Прибыль и убытки после вычета Гарантированных платежей распределяются между Участниками пропорционально их Долям прибыли в соответствии с Приложением «А». Какие-либо специальные ассигнования, необходимые для соблюдения требований, изложенных в Разделе 704 Налогового кодекса, и соответствующих Регламентах, включая, помимо прочего, предусмотренные в нем положения о зачете условного дохода и возмещении минимальной прибыли, осуществляются, если Участники с правом голоса считают эти действия целесообразными.

5.2  *Distributions*. Subject to applicable law and any limitations elsewhere in this Agreement, the Voting Members shall determine the amount and timing of all distributions of cash, or other assets, by the Company. Except as otherwise provided in this Agreement, all distributions shall be made to all of the Members, in proportion to their

5.2  *Распределения.* В соответствии с применимым правом и с учетом каких-либо ограничений, предусмотренных другими положениями настоящего Договора, Участники с правом голоса определяют сумму и сроки всех распределений денежных средств или других активов Компанией. За

Profit Distribution Percentage listed in Exhibit "A". Except as otherwise provided in this Agreement, the decision as to whether to make distributions shall be within the sole discretion of the Voting Members.

исключением случаев, предусмотренных в настоящем Договоре, все распределения осуществляются всем Участникам пропорционально их Доле участия в распределении прибыли, указанной в Приложении А. Если в настоящем Договоре не предусмотрено иное, решение об осуществлении распределения принимают только Участники с правом голоса.

All such distributions shall be made only to the Members who, according to the books and records of the Company, are the holders of record on the actual date of distribution. The Voting Members may base a determination that a distribution of cash may be made on a balance sheet, profit and loss statement, cash flow statement of the Company or other relevant information. Neither the Company nor the Members shall incur any liability for making distributions.

Все такие распределения осуществляться только в пользу Участников, которые в соответствии с бухгалтерскими книгами и документами Компании являются зарегистрированными владельцами акций Компании по состоянию на фактическую дату распределения. Участники с правом голоса могут принять решение о том, что распределение денежных средств может быть произведено в балансе, отчете о прибылях и убытках, отчете о движении денежных средств Компании или другом соответствующем документе. Ни Компания, ни Участники не несут ответственности за осуществление распределения.

5.3 _Form of Distribution_. No Member has the right to demand and receive any distribution from the Company in any form other than money. No Member may be compelled to

5.3 _Форма распределения_. Ни один Участник не имеет права требовать или получать какие-либо распределения средств от Компании в какой-либо иной форме,

accept from the Company a distribution of any asset in kind in lieu of a proportionate distribution of money being made to other Members except on the dissolution and winding up of the Company.

кроме денежной. Ни один Участник не может быть принужден принимать от Компании распределение каких-либо активов в натуральной форме вместо пропорционального распределения денежных средств, осуществляемого другим Участникам, за исключением случаев роспуска и ликвидации Компании.

**ARTICLE VI**
**TRANSFER AND ASSIGNMENT OF INTERESTS**

**СТАТЬЯ VI**
**ПЕРЕДАЧА И ПЕРЕХОД ДОЛИ УЧАСТИЯ**

6.1 _Resignation of Membership and Return of Capital_. For a period of one (1) year after the Articles of Organization for the Company are filed ("the filing"), no Member may voluntarily resign his membership in the Company, and no Member shall be entitled to any return of capital from the company, except upon the written consent of all of the other Voting Members. During the second year after the filing, a Member may voluntarily resign his membership, but such Member shall be entitled to receive from the Company only the book value of his Ownership Interest, adjusted for profits and losses to the date of resignation, unless otherwise agreed by written consent of all of the other Voting Members. Subsequent to the second year

6.1 _Выход из Компании и возврат капитала._ В течение 1 (одного) года после подачи Устава Компании (далее – «подача») ни один из Участников не может добровольно отказаться от своего членства в Компании, и ни один Участник не имеет права на возврат капитала от Компании, если не будет предоставлено письменное согласие всех других Участников с правом голоса. В течение второго года после подачи Участник может добровольно отказаться от своего членства, но такой Участник имеет право получить от Компании только балансовую стоимость своей Доли участия, скорректированную на прибыль и убытки до даты выхода из членства, если не согласовано иное по

after filing, a Member may voluntarily resign his membership and shall be entitled to receive from the Company the fair market value of his Ownership Interest, adjusted for profits and losses to the date of resignation. Fair market value may be determined informally by unanimous agreement of all of the Voting Members, including the resigning Member. In the absence of an informal agreement as to fair market value, the Voting Members shall hire an appraiser to determine fair market value. The cost of any appraisal shall be deducted from the fair market value to which the resigning Member is entitled. The other Voting Members may elect, by written notice that is provided to the resigning Member within thirty (30) days after the resignation date, for the Company to purchase the resigning Member's Interest (whether the interest is being purchased at book value or fair market value) in four (4) equal annual installments, with the first installment being due sixty (60) days after the Member's resignation.

письменному согласию всех других Участников с правом голоса. По истечении второго года после подачи Участник может добровольно отказаться от своего членства и имеет право получить от Компании справедливую рыночную стоимость своей Доли участия, скорректированную на прибыль и убытки до даты выхода из членства. Справедливая рыночная стоимость может быть определена неофициально единогласным согласием всех Участников с правом голоса, включая Участника, который выходит из членства. В случае отсутствия неофициального согласия касательно справедливой рыночной стоимости, Участники с правом голоса должны обратиться к услугам оценщика для определения справедливой рыночной стоимости. Стоимость какой-либо оценки вычитается из справедливой рыночной стоимости, на которую имеет право Участник, который отказывается от членства в Компании. Другие Участники с правом голоса могут путем предоставления письменного уведомления Участнику, который отказывается от членства в Компании, в течение 30 (тридцати) дней с момента выхода из членства принять решение о приобретении Доли участия Участника,

который отказывается от членства в Компании (независимо от того, будет ли такая Доля участия приобретена по балансовой стоимости или по справедливой рыночной стоимости), посредством 4 (четырех) равных годовых платежей, причем первый платеж должен быть осуществлен не позднее 60 (шестидесяти) дней после выхода Участника из Компании.

6.2  *Death of a Member*. Upon the death of a Member, the Member's estate or beneficiary or beneficiaries, as the case may be, shall be entitled to receive from the Company, in exchange for all of the deceased Member's Ownership Interest, the fair market value of the deceased Member's Ownership Interest, adjusted for profits and losses to the date of death. Fair market value may be determined informally by a unanimous good-faith agreement of all of the Voting Members. In the absence of an informal agreement as to fair market value, the Voting Members shall hire an appraiser to determine fair market value. The cost of any appraisal shall be deducted from the fair market value to which the deceased Member's estate or beneficiary or beneficiaries is or are entitled. The Voting Members may elect, by written notice that is provided to the deceased

6.2  *Смерть Участника.* В случае смерти Участника, наследник Участника либо бенефициарий или бенефициары, в зависимости от случая, имеют право на получение от Компании в обмен на все Доли участия умершего Участника справедливой рыночной стоимости Доли участия умершего Участника, скорректированную на прибыли и убытки до даты смерти. Справедливая рыночная стоимость может быть определена неофициально единогласным согласием всех Участников с правом голоса. В случае отсутствия неофициального согласия касательно справедливой рыночной стоимости, Участники с правом голоса должны обраться к услугам оценщика для определения справедливой рыночной стоимости. Стоимость какой-либо оценки вычитается

Member's estate or beneficiary or beneficiaries, within thirty (30) days after the Member's death, to purchase the deceased Member's Ownership Interest over a one-year (1 year) period, in four (4) equal installments, with the first installment being due sixty (60) days after the Member's date of death. Unless otherwise agreed unanimously by the Voting Members, prior to the completion of such purchase, the Member's estate or beneficiary or beneficiaries, shall have no right to become a Member or to participate in the management of the business and affairs of the Company as a Member or Manager, and shall only have the rights of an Assignee and be entitled only to receive the share of profits and the return of capital to which the deceased Member would otherwise have been entitled. The Company, or the other Voting Members, in its or their discretion, may purchase insurance on the lives of any of the Members, with the company or the purchasing Member named as the beneficiary, as the purchaser may decide, and use all or any of the proceeds from such insurance as a source of proceeds from which the deceased Member's Membership Ownership Interest may be purchased by the Company.

из справедливой рыночной стоимости, на которую имеет право наследник умершего Участника либо бенефициар или бенефициары. Участники с правом голоса могут путем предоставления письменного уведомления наследнику умершего Участника либо бенефициару или бенефициарам в течение 30 (тридцати) дней с момента смерти Участника принять решение о приобретении Доли участия умершего Участника в течение 1 (одного) года посредством 4 (четырех) равных платежей, причем первый платеж должен быть осуществлен не позднее 60 (шестидесяти) дней с момента смерти Участника. Если Участниками с правом голоса единогласно не согласовано иное, до завершения такой покупки наследник Участника либо его бенефициар или бенефициары не имеют права на членство или участие в управлении деятельностью и делами Компании в качестве Участника или Директора и пользуются только правами Цессионария и могут получать только ту долю прибыли и возврата капитала, на которую в противном случае мог бы иметь право умерший Участник. Компания или другие Участники с правом голоса могут, на свое собственное усмотрение, приобрести страховку на

случай смерти какого-либо Участника, в случае чего Компания или Участник, который приобретает такую страховку, указываются в качестве бенефициара, в зависимости от того, как решит покупатель, и получать какие-либо и все доходы от такого страхования в качестве источника прибыли, у которого Компания может приобрести Долю участия умершего Участника.

6.3 _Restrictions on Transfer_. Except (i) as otherwise provided in this Article or (ii) upon the unanimous consent of all of the other Voting Members, no Member shall sell, hypothecate, pledge, assign or otherwise transfer, with or without consideration, any part or all of his Ownership Interest in the Company to any other person or entity (a "Transferee"), without first offering (the "Offer") that portion of his or her Ownership Interest in the Company subject to the contemplated transfer (the "Offered Interest") first to the Company, and secondly, to the other Voting Members, at the purchase price (hereinafter referred to as the "Transfer Purchase Price") and in the manner as prescribed in the Offer.

6.3 _Ограничения на передачу_. Если (i) в настоящем Договоре не предусмотрено иное, или (ii) не будет предоставлено единодушного согласия всех других Участников с правом голоса, ни один Участник не должен продавать, передавать в ипотеку, закладывать, переуступать или иным образом передавать за вознаграждение или без какую-либо часть или всю свою Долю участия в Компании какому-либо другому физическому или юридическому лицу (далее – «Получатель») без предварительного предложения (далее – «Предложение») такой части его или ее Доли участия в Компании, подлежащей предполагаемой передаче (далее – «Предлагаемая доля участия») сначала Компании, а потом другим Участникам с правом голоса по цене покупки (далее –

«Цена покупки в случае передачи») и в порядке, предусмотренном в Предложении.

The Offering Member shall make the Offer first to the Company by written notice (hereinafter referred to as the "Offering Notice"). Within twenty (20) days (the "Company Offer Period") after receipt by the Company of the Offering Notice, the Company shall notify the Offering Member in writing (the "Company Notice"), whether or not the Company shall accept the Offer and shall purchase all but not less than all of the Offered Interest. If the Company accepts the Offer to purchase the Offered Interest, the Company Notice shall fix a closing date not more than twenty-five (25) days (the "Company Closing Date") after the expiration of the Company Offer Period.

Участник, предлагающий свою Долю участия, делает Предложение сначала Компании путем предоставления письменного уведомления (далее – «Уведомление о предложении»). В течение 20 (двадцати) дней (далее – «Период действия предложения для Компании») после получения Компанией Уведомления о предложении Компания должна уведомить Участника, предлагающего свою Долю участия, в письменной форме (далее – «Уведомление Компании») о том, принимает ли Компания данное Предложение и приобретает ли всю, однако не менее чем всю, Предлагаемую долю участия. Если Компания принимает Предложение о приобретении Предлагаемой доли участия, в Уведомлении Компании должен быть указан конечный срок, не превышающий 25 (двадцати пяти) дней (далее – «Конечный срок для Компании») по истечении Периода действия предложения для Компании.

In the event the Company decides not to accept the Offer, the Offering Member shall, by written notice (the "Remaining Member Notice") make the Offer of the Offered Interest to the other Voting Members, each of whom shall then have a

В случае если Компания решит не принимать Предложение, Участник, предлагающий свою Долю участия, должен посредством предоставления письменного уведомления (далее – «Уведомление для остальных

period of twenty-five (25) days (the "Member Acceptance Period") after the expiration of the Member Offer Period within which to notify in writing the Offering Member whether or not he or she intends to purchase all but not less than all of the Offered Interest. If two (2) or more Voting Members of the Company desire to accept the Offer to purchase the Offered Interest, then, in the absence of an agreement between them, such Voting Members shall have the right to purchase the Offered Interest in proportion to their respective Percentage Voting Rights. If the other Voting Members intend to accept the Offer and to purchase the Offered Interest, the written notice required to be given by them shall fix a closing date not more than sixty (60) days after the expiration of the Member Acceptance Period (hereinafter referred to as the "Member Closing Date").

The aggregate dollar amount of the Transfer Purchase Price shall be payable in cash on the

Участников») сделать Предложение о приобретении Предлагаемой доли участии другим Участникам с правом голоса, которые должны в течение 25 (двадцати пяти) дней (далее – «Период принятия предложения для Участников») по истечении Периода действия предложения для Участников в письменной форме уведомить Участника, предлагающего свою Долю участия, о том, намерен ли он или она приобрести всю, но не менее чем всю, Предлагаемую долю участия. Если 2 (два) или более Участника с правом голоса изъявляют желание принять Предложение о приобретении Предлагаемой доли участия, тогда в случае отсутствия согласия между ними такие Участники с правом голоса имеют право приобрести Предлагаемую долю участия пропорционально своим соответствующим Правам голоса в процентном содержании. Если другие Участники с правом голоса намерены принять Предложение и приобрести Предлагаемую долю участия, они должны предоставить письменное уведомление, в котором указать конечный срок, не превышающий 60 (шестидесяти) дней после истечения Периода принятия предложения для Участников (далее – «Конечный срок для Участников»).

Совокупная сумма в долларовом эквиваленте Цены покупки в случае передачи

Company Closing Date or on the Member Closing Date, as the case may be, unless the Company or the purchasing Voting Members shall elect by written notice that is delivered to the Offering Member, prior to or on the Company Closing Date or the Member Closing Date, as the case may be, to purchase such Offered Interest in four (4) equal annual installments, with the first installment being due on the Closing Date.

выплачивается в денежной форме после наступления Конечного срока для Компании или Конечного срока для Участников, в зависимости от случая, если Компания или Участники с правом голоса, которые приобретают Предлагаемую долю участия, не примут решения посредством предоставления письменного уведомления Участнику, предлагающему свою Долю участия, до наступления Конечного срока для Компании или Конечного срока для Участников, в зависимости от случая, приобрести такую Предлагаемую долю участия посредством 4 (четырех) равных годовых платежей, при этом первый платеж должен быть осуществлен в день наступления Конечного срока.

If the Company or the other Voting Members fail to accept the Offer or, if the Offer is accepted by the Company or the other Voting Members and the Company or the other Voting Members fail to purchase all of the Offered Interest at the Transfer Purchase Price within the time and in the manner specified, then the Offering Member shall be free, for a period (hereinafter referred to as the "Free Transfer Period") of sixty (60) days from the occurrence of such failure, to transfer the Offered Interest to a Transferee; provided, however, that if all of the other Voting Members other than the Offering Member do not approve of the proposed transfer by unanimous written consent, the

Если Компания или другие Участники с правом голоса не принимают Предложение, или Предложение принимается Компанией или другими Участниками с правом голоса, однако Компания или другие Участники с правом голоса не приобретают всю Предлагаемую долю участия по Цене покупки в случае передачи в течение указанного периода и в соответствии с указанным порядком, Участник, предлагающий свою Долю участия, может в течение 60 (шестидесяти) дней с момента такого неприобретения (далее – «Период свободной передачи») передать Предлагаемую долю участия Получателю;

Transferee of the Offered Interest shall have no right to become a Member or to participate in the management of the business and affairs of the Company as a Member or Manager, and shall only have the rights of an Assignee and be entitled to receive the share of profits and the return of capital to which the Offering Member would otherwise have been entitled. A Transferee shall be admitted as a Member of the Company, and as a result of which he or she shall become a substituted Member, with the rights that are consistent with the Membership Interest that was transferred, only if such new Member (i) is approved unanimously by the Voting Members; (ii) delivers to the Company his required capital contribution; (iii) agrees in writing to be bound by the terms of this Agreement by becoming a party hereto.

однако, если все остальные Участники с правом голоса, кроме Участника, предлагающего свою Долю участия, не одобряют предлагаемую передачу единогласным письменным решением, Получатель Предлагаемой доли участия не имеет права на членство или участие в управлении деятельностью и делами Компании в качестве Участника или Директора и имеет только права Цессионария и может получать долю прибыли и возврат капитала, на которые в противном случае имел бы право Участник, предлагающий свою Долю участия. Получатель может быть принят в качестве Участника Компании, в результате чего стать замещенным Участником с правами, согласующимися с Долей участия, которая была передана, только если такой новый Участник (i) будет единогласно одобрен Участниками с правом голоса; (ii) предоставит Компании необходимый взнос в уставный капитал; (iii) предоставит письменное согласие на соблюдение условий настоящего Договора, став его стороной.

If the Offering Member shall not transfer the Offered Interest within the Free Transfer Period, his or her right to transfer the Offered Interest free of the foregoing restrictions shall thereupon cease and terminate.

Если Участник, предлагающий свою Долю участия, не передаст Предлагаемой доли участия в течение Периода свободной передачи, он или она теряет свое право на передачу Предлагаемой доли участия без вышеуказанных ограничений.

6.4 _Involuntary Transfer of a Membership Interest_. A creditor's charging order or lien on a Member's Membership Interest, bankruptcy of a Member, or other involuntary transfer of Member's Membership Interest, shall constitute a material breach of this Agreement by such Member. The creditor, transferee or other claimant, shall only have the rights of an Assignee, and shall have no right to become a Member, or to participate in the management of the business and affairs of the Company as a Member or Manager under any circumstances, and shall be entitled only to receive the share of profits and losses, and the return of capital, to which the Member would otherwise have been entitled. The Voting Members, including a Voting Member whose interest is the subject of the charging order, lien, bankruptcy, or involuntary transfer, may unanimously elect, by written notice that is provided to the creditor, transferee or other claimant, at any time, to purchase all or any part of Membership Interest that was the subject of the creditor's charging order, lien, bankruptcy, or other involuntary transfer, at a price that is equal to one-half (1/2) of the book value of such interest, adjusted for profits and losses to the date of purchase.

6.4 _Принудительная передача Доли участия_. Обращение взыскания кредиторами или залоговое право на Долю участия Участника, банкротство Участника или другая принудительная передача Доли участия Участника представляют собой существенное нарушение данного Договора таким Участником. Кредитор, получатель или другой заявитель имеют права только Цессионария и не имеют права на членство или участие в управлении деятельностью и делами Компании в качестве Участника или Директора ни при каких обстоятельствах, и имеет право только на получение доли прибыли и убытков, а также возврат капитала, на которые в противном случае имел бы право такой Участник. Участники с правом голоса, в том числе Участник с правом голоса, чья Доля участия является предметом обращения взыскания, залогового удержания, банкротства или принудительной передачи, могут единогласно путем предоставления письменного уведомления кредитору, получателю или другому заявителю в любое время приобрести всю или любую часть Доли участия, которая была предметом обращения взыскания кредиторами,

The Members agree that such valuation is a good-faith attempt at fixing the value of the interest, after taking into account that the interest does not include all of the rights of a Member or Manager, and after deducting damages that are due to the material breach of this Agreement.

залогового удержания, банкротства или другой принудительной передачи, по цене, равной ½ (половине) балансовой стоимости такой доли участия, скорректированной на прибыль и убытки до даты приобретения. Участники согласны с тем, что такая оценка является добросовестной попыткой установить стоимость Доли участия с учетом того, что Доля участия не включает в себя все права Участника или Директора, и после вычета убытков, связанных с существенным нарушением настоящего Договора.

## ARTICLE VII
### ACCOUNTING, RECORDS AND REPORTING

## СТАТЬЯ VII
### БУХГАЛТЕРСКИЙ УЧЕТ И ОТЧЕТНОСТЬ

7.1 _Books and Records_. The Company shall maintain complete and accurate accounts in proper books of all transactions of or on behalf of the Company and shall enter or cause to be entered therein a full and accurate account of all transactions on behalf of the Company. The Company's books and accounting records shall be kept in accordance with such accounting principles (which shall be consistently applied throughout each accounting period) as the Voting Members may determine to be

7.1 _Бухгалтерские книги и записи_. Компания должна вести полный и точный учет в надлежащих бухгалтерских книгах касательно всех операций, осуществляемых Компанией и от ее имени, а также вносить или распоряжаться о внесении в такие бухгалтерские книги полных и точных записей обо всех операциях от имени Компании. Бухгалтерские книги и учетные записи Компании должны храниться в соответствии с такими

convenient and advisable. The Company shall maintain at its principal office all of the following:

принципами бухгалтерского учета (которые должны согласованно применяться в течение каждого отчетного периода), которые, по мнению Участников с правом голоса, являются удобными и целесообразными. Компания в своем головном офисе должна хранить всю нижеуказанную информацию:

A current list of the full name and last known business or residence address of each Member in the Company set forth in alphabetical order; Percentage Ownership and Voting Interests; Percentage Profit Distribution Interests; copies of the Company's federal, state and local income tax or information returns and reports, if any, for the six most recent taxable years; a copy of this Agreement and any and all amendments hereto together with executed copies of any powers of attorney pursuant to which this Agreement or any amendments thereto have been executed; copies of the financial statements of the Company, if any, for the six most recent Fiscal Years; the Company's books and records as they relate to the internal affairs of the Company for at least the current and past four Fiscal Years; true and full information regarding the status of the business and financial condition of the Company; and true and full information regarding the amount of cash and a description and statement of the agreed value of any other property or services

Текущий список полного наименования и последнего известного служебного адреса или адреса фактического проживания каждого Участника Компании, указанного в алфавитном порядке; Доля участия и Права голоса в процентном содержании; Доля распределения прибыли в процентном содержании; копии деклараций и отчетов об уплате федерального, государственного и местного подоходного налога Компании, если таковые имеются, за шесть последних налогооблагаемых лет; копия настоящего Договора с какими-либо поправками к нему вместе с подписанными копиями каких-либо доверенностей, на основании которых был подписан настоящий Договор с какими-либо поправками к нему; копии финансовой отчетности Компании, если таковая имеется, за шесть последних финансовых лет; бухгалтерские книги и записи Компании касательно внутренних дел Компании, на текущий момент и, по крайней мере, за

contributed by each Member and which each Member has agreed to contribute in the future, and the date on which each became a Member.

последние четыре финансовых года; достоверную и полную информацию о состоянии коммерческой и финансового деятельности Компании; достоверную и полную информацию о сумме наличных средств, а также описание и заявление о согласованной стоимости какого-либо другого имущества или услуг, вносимых каждым Участником, и которые каждый Участник согласился внести в будущем, с указанием даты, на которую каждый из них стал Участником,

7.2 *Inspection of Books and Records*. Each Member has the right, on reasonable request for purposes reasonably related to the interest of the person as a Member or a Manager, to: (a) inspect and copy during normal business hours any of the Company's records described in Section 7.1; and (b) obtain from the Company promptly after their becoming available a copy of the Company's federal, state and local income tax or information returns for each Fiscal Year.

7.2 *Проверка бухгалтерских книг и записей*. Каждый Участник имеет право по обоснованному требованию и в целях, связанных с долей участия лица в качестве Участника или Директора, на: (a) проверку и копирование в течение обычных рабочих часов любой из записей Компании, описанных в пункте 7.1; и (b) получение от Компании немедленно после того, как они станут доступными, копии деклараций об уплате федерального, государственного и местного подоходного налога Компании за каждый финансовый год.

7.3 *Accountings*. As soon as is reasonably practicable after the close of each Fiscal Year, the Voting Members shall make or

7.3 *Отчетность*. Как только станет практически возможным по окончании каждого Финансового года, Участники с

cause to be made a full and accurate accounting of the affairs of the Company as of the close of that Fiscal Year and shall prepare or cause to be prepared a balance sheet as of the end of such Fiscal Year, a profit and loss statement for that Fiscal Year and a statement of Members' equity showing the respective distributions, if any, to Members during such Fiscal Year, and any other statements and information necessary for a complete and fair presentation of the financial condition of the Company, all of which the Manager shall furnish to each Member. In addition, the Company shall furnish to each Member information regarding the Company necessary for such Member to complete such Member's federal and state income tax returns. The Company shall also furnish a copy of the Company's tax returns to any Member requesting the same. On such accounting being made, profits and losses during such Fiscal Year shall be ascertained and credited or debited, as the case may be, in the books of account of the Company to the respective Members as herein provided.

правом голоса должны вести или обеспечить ведение полного и точного учета деятельности Компании по состоянию на конец такого Финансового года и подготовить или распорядиться о подготовке балансового отчета по состоянию на конец такого Финансового года, отчета о прибылях и убытках за такой Финансовый год и отчета об изменениях собственного капитала Участников, отображающего соответствующие распределения, если таковые имеются, в пользу Участников в течение такого Финансового года, а также какие-либо другие отчеты и информацию, необходимые для полного и достоверного представления финансового состояния Компании, которые Директор предоставляет каждому Участнику. Кроме того, Компания предоставляет каждому Участнику информацию о Компании, необходимую такому Участнику для заполнения федеральных и государственных подоходных налоговых деклараций такого Участника. Компания также предоставляет копию налоговых деклараций Компании любому Участнику, запрашивающему их. При ведении такого бухгалтерского учета, прибыль и убытки в течение такого Финансового года должны быть

подтверждены и зачислены в кредит или дебетованы, в зависимости от случая, в бухгалтерских книгах Компании для соответствующих Участников, как предусмотрено в настоящем документе.

7.4 _Filings_. The Voting Members, at Company expense, shall cause the income tax returns for the Company to be prepared and timely filed with the appropriate authorities. The Voting Members, at Company expense, shall also cause to be prepared and timely filed with appropriate federal and state regulatory and administrative bodies amendments to, or restatements of, the Certificate and all reports required to be filed by the Company with those entities under the Act or other then current applicable laws, rules, and regulations. If the Company is required by the Act to execute or file any document and fails, after demand, to do so within a reasonable period of time or refuses to do so, any Member may prepare, execute and file that document.

7.4 _Подача_. Участники с правом голоса должны обеспечить за счет Компании подготовку и своевременную подачу налоговых деклараций в соответствующие органы. Участники с правом голоса также должны обеспечить за счет Компании подготовку и своевременную подачу в соответствующие федеральные и государственные регулятивные и административные органы поправок или пересмотренных редакций Свидетельства и всех отчетов, которые должны подаваться Компанией в такие органы согласно Закону или другим действующим на тот момент законам, нормам и положениям. Если Компания обязана в соответствии с Законом подготовить или подать какой-либо документ и не сможет, по требованию, сделать это в течение разумного периода времени или отказываться подавать такой документ, такой документ может быть подготовлен и подан любым Участником.

7.5 _Bank Accounts_. The Company shall maintain its funds in one or more separate bank accounts in the name of the Company, and shall not permit the funds of the Company to be co-mingled in any fashion with the funds of any other Person.

7.5 _Банковские счета_. Компания хранит свои денежные средства на одном или нескольких отдельных банковских счетах от имени Компании и не допускает совместного использования денежных средств Компании каким-либо образом с денежными средствами любого другого Лица.

7.6 _Tax Matters Partner_. The Voting Members may, in their exclusive discretion, appoint, remove and replace a Tax Matters Partner at any time or times. The Voting Members shall from time to time cause the Company to make such tax elections as they deem to be in the interests of the Company and the Members generally. The Tax Matters Partner, as defined in Internal Revenue Code Section 6231, shall represent the Company (at the Company's expense) in connection with all examinations of the Company's affairs by tax authorities, including resulting judicial and administrative proceedings, and shall expend the Company funds for professional services and costs associated therewith.

7.6 _Налоговый партнер_. Участники с правом голоса могут в любое время, по своему собственному усмотрению, назначать, устранять и заменять Налогового партнера. Участники с правом голоса время от времени просят Компанию проводить такие налоговые выборы, которые, по их мнению, являются в интересах Компании и Участников в целом. Налоговый партнер, определенный в Разделе 6231 Налогового кодекса, представляет Компанию (за счет Компании) в связи с какими-либо проверками состояния дел Компании налоговыми органами, включая судебные и административные процедуры, и расходует денежные средства Компании для оплаты связанных с этим профессиональных услуг и затрат.

## ARTICLE VIII
## DISSOLUTION AND WINDING UP

8.1 *Dissolution*. The Company shall be dissolved, its assets shall be disposed of, and its affairs wound up on the first to occur of: the entry of a decree of judicial dissolution pursuant to the Act; or the unanimous approval of the Voting Members.

8.2 *Winding Up*. On the occurrence of an event specified in Section 8.1, the Company shall continue solely for the purpose of winding up its affairs in an orderly manner, liquidating its assets and satisfying the claims of its creditors. The Voting Members shall be responsible for overseeing the winding up and liquidation of Company, shall take full account of the assets and liabilities of Company, shall cause such assets to be sold or distributed, and shall cause the proceeds there from, to the extent sufficient therefore, to be applied and distributed as provided in Section 8.4. The Voting Members shall give written notice of the commencement of winding up by mail to all known creditors and claimants whose addresses appear on the records of the

## СТАТЬЯ VIII
## ЛИКВИДАЦИЯ И РОСПУСК

8.1 *Ликвидация*. Компания должна быть ликвидирована, ее активы должны быть проданы, а ее деятельность прекращена в случае наступления чего-либо из нижеуказанного: вступление в силу судебного решения о ликвидации в соответствии с Законом; или единогласное решение Участников с правом голоса.

8.2 *Роспуск*. При наступлении события, указанного в пункте 8.1 выше, Компания продолжает деятельность исключительно с целью своего роспуска в соответствии с установленным порядком, ликвидации своих активов и удовлетворения требований своих кредиторов. Участники с правом голоса в пределах своих полномочий несут ответственность за осуществление контроля над процессом роспуска и ликвидации Компании, ведут полный учет активов и обязательств Компании, организовывают продажу или распределение таких активов, а также применение и распределение доходов от такой продажи или распределения, как предусмотрено в пункте 8.4. Участники с правом голоса направляют письменное

Company. The Members shall be entitled to reasonable compensation for such services.

8.3 *Distributions in Kind*. Any noncash assets distributed to the Members shall first be valued at their fair market value to determine the profit or loss that would have resulted if such assets were sold for such value. Such profit or loss shall then be allocated pursuant to this Agreement, and the Members' Capital Accounts shall be adjusted to reflect such allocations. The amount distributed and charged against the Capital Account of each Member receiving an interest in a distributed asset shall be the fair market value of such interest (net of any liability secured by such asset that such Member assumes or takes subject to). The fair market value of such asset shall be determined by the Voting Members, or if any Voting Member objects, by an independent appraiser (and any such appraiser must be recognized as an expert in valuing the type of asset involved) selected by a Majority of the Voting Members.

уведомление о начале роспуска по почте всем известным кредиторам и заявителям, адреса которых указаны в документах Компании. Участники имеют право на получение разумной компенсации за такие услуги.

8.3 *Распределение в натуральном выражении.* Какие-либо неденежные активы, распределенные Участникам, сначала оцениваются по их справедливой рыночной стоимости для определения прибыли или убытка, которые могли бы возникнуть, если бы такие активы были проданы за такую стоимость. После этого такая прибыль или убыток распределяется в соответствии с настоящим Договором, а Счета капитала Участников корректируются с учетом таких ассигнований. Сумма, распределенная и начисленная на Счет капитала каждого Участника, получающего долю участия в распределяемом активе, представляет собой справедливую рыночную стоимость такой доли участия (за вычетом какого-либо обязательства, обеспеченного таким активом, которое берет на себя или несет такой Участник). Справедливая рыночная стоимость такого актива определяется Участниками с

правом голоса, а в случае возражения какого-либо Участника с правом голоса, независимым оценщиком (причем какой-либо такой оценщик должен быть признан экспертом в сфере оценивания данного типа актива), выбранным большинством Участников с правом голоса.

8.4 _Order of Payment of Liabilities on Dissolution_. After a determination that all known debts and liabilities of the Company in the process of winding up, including, without limitation, debts and liabilities to Members who are creditors of the Company, have been paid or adequately provided for, the remaining assets shall be distributed to the Members in proportion to their positive Capital Account balances, after taking into account profit and loss allocations for the Company's taxable year during which liquidation occurs.

8.4 _Порядок оплаты обязательств в случае ликвидации_. После того, как будет установлено, что все известные долги и обязательства Компании, находящейся в процессе роспуска, в том числе, но не ограничиваясь только этим, долги и обязательства перед Участниками, которые являются кредиторами Компании, были погашены или надлежащим образом обеспечены, остальные активы распределяются в пользу Участников пропорционально их положительных сальдо на Счете капитала с учетом распределенной прибыли и убытков за налогооблагаемый год Компании, в котором имеет место ликвидация.

8.5 _Adequacy of Payment_. The payment of a debt or liability, whether the whereabouts of the creditor is known or unknown, shall have been adequately provided for if

8.5 _Достаточность платежа_. Погашение долга или обязательства, независимо от того, известно ли местонахождение кредитора или нет, должно быть

payment thereof shall have been assumed or guaranteed in good faith by one or more financially responsible Persons or by the United States government or any agency thereof, and the provision, including the financial responsibility of the Person, was determined in good faith and with reasonable care by the Members to be adequate at the time of any distribution of the assets pursuant to this Section. This Section shall not prescribe the exclusive means of making adequate provision for debts and liabilities.

надлежащим образом обеспечено, если такое погашение должно быть добросовестно взято на себя или гарантировано одним или несколькими финансово ответственными Лицами или правительством Соединенных Штатов Америки или каким-либо его ведомством, и если такое обеспечение, в том числе финансовая ответственность Лица, было добросовестно и с разумной осторожностью определено Участниками как достаточное на момент какого-либо распределения активов в соответствии с настоящим пунктом. Настоящий пункт не предусматривает исключительных средств для достаточного обеспечения долгов и обязательств.

8.6 *Compliance with Regulations*. All payments to the Members on the winding up and dissolution of Company shall be strictly in accordance with the positive capital account balance limitation and other requirements of Regulations Section 1.704-1(b)(2)(ii)(d), as the voting Members deem appropriate.

8.6 *Соблюдение Регламента*. Все платежи в пользу Участников в случае роспуска и ликвидации Компании должны осуществляться строго в соответствии с ограничением положительного сальдо на счету капитала и другими требованиями, предусмотренными в Разделе 1.704-1(b)(2)(ii)(d) Регламента, которые по мнению Участников с правом голоса являются целесообразными.

8.7 *Limitations on Payments Made in Dissolution*. Except as otherwise specifically

8.7 *Ограничения на платежи, осуществляемые в случае ликвидации*. За

provided in this Agreement, each Member shall only be entitled to look solely to the assets of the Company for the return of such Member's positive Capital Account balance and shall have no recourse for such Member's Capital Contribution or share of profits (on dissolution or otherwise) against any other Member.

исключением случаев, специально предусмотренных настоящим Договором, каждый Участник имеет право только на активы Компании для возврата положительного сальдо на Счете капитала такого Участника и не имеет права регресса на Взнос в уставный капитал или долю участия в прибылях (при ликвидации или в другом случае) такого Участника по отношению к какому-либо другому Участнику.

## ARTICLE IX
## EXCULPATION AND INDEMNIFICATION

## СТАТЬЯ IX
## ОГРАНИЧЕНИЕ ЛИЧНОЙ ОТВЕТСТВЕННОСТИ И ВОЗМЕЩЕНИЕ УЩЕРБА

9.1 *Exculpation of Members*. No Member shall be liable to the Company or to the other Members for damages or otherwise with respect to any actions taken or not taken in good faith and reasonably believed by such Member to be in or not opposed to the best interests of the Company, except to the extent any related loss results from fraud, gross negligence or willful or wanton misconduct on the part of such Member or the material breach of any obligation under this Agreement or of the fiduciary duties owed to the Company or the other Members by such Member.

9.2 *Ограничение личной ответственности Участников*. Ни один Участник не несет ответственности перед Компанией или другими Участниками за ущерб или иным образом в отношении каких-либо действий, предпринятых или не предпринятых добросовестно и разумно, которые по мнению такого Участника являются в интересах или не противоречат интересам Компании, за исключением случаев, когда какие-либо связанные с этим убытки возникли в результате мошенничества, грубой небрежности или умышленных или

бессмысленных неправомерных действий со стороны такого Участника или существенного нарушения таким Участником каких-либо обязательств по настоящему Договору или фидуциарных обязательств перед Компанией или другими Участниками.

9.2 _Indemnification by Company_. The Company shall indemnify, hold harmless and defend the Members, in their capacity as Members, Managers, or Officers, from and against any loss, expense, damage or injury suffered or sustained by them by reason of any acts or omissions arising out of their activities on behalf of the Company or in furtherance of the interests of the Company, including but not limited to any judgment, award, settlement, reasonable attorneys' fees and other costs or expenses incurred in connection with the defense of any actual or threatened action, proceeding or claim, if the acts or omissions were not performed or omitted fraudulently or as a result of gross negligence or willful misconduct by the indemnified party. Reasonable expenses incurred by the indemnified party in connection with any such proceeding relating to the foregoing matters may be paid or reimbursed by the Company in advance of the final disposition of such

9.2 _Возмещение ущерба Компанией_. Компания возмещает и освобождает от ответственности Участников, выступающих в качестве Участников, Директоров или Должностных лиц, от каких-либо убытков, расходов, потерь или ущерба, понесенных ими в результате каких-либо действий или бездействия, возникающих в связи с их деятельностью от имени Компании или в интересах Компании, включая, но не ограничиваясь только этим, какие-либо судебные решения, арбитражные решения, компромиссные соглашения, разумные гонорары адвокатов и прочие расходы или издержки, понесенные в связи с защитой каких-либо фактических или угрожаемых действий, процедур или исков, если такие действия или бездействие не были выполнены или допущены мошенническим путем или в результате грубой небрежности или умышленного неправомерного поведения

proceeding upon receipt by the Company of (i) written affirmation by the Person requesting indemnification of its good-faith belief that it has met the standard of conduct necessary for indemnification by the Company and (ii) a written undertaking by or on behalf of such Person to repay such amount if it shall ultimately be determined by a court of competent jurisdiction that such Person has not met such standard of conduct, which undertaking shall be an unlimited general obligation of the indemnified party but need not be secured.

со стороны ограждаемой от ответственности стороны. Разумные затраты, понесенные ограждаемой от ответственности стороной в связи с какими-либо такими процедурами, связанными с вышеуказанными вопросами, могут быть оплачены или возмещены Компанией до вынесения окончательного решения в такой процедуре после получения Компанией (i) письменного подтверждения Лицом, запрашивающим освобождение от ответственности, своего добросовестного убеждения в том, что оно придерживалось норм поведения, необходимых для освобождения от ответственности Компанией, и (ii) письменного обязательства такого Лица или от его имени касательно погашения такой суммы, если в конечном итоге судом соответствующей юрисдикции будет определено, что такое Лицо не соблюдало таких норм поведения, соблюдение которых является неограниченным общим обязательством ограждаемой от ответственности стороны, но необязательно должно быть обеспечено.

9.3 _Insurance_. The Company shall have the power to purchase and maintain insurance

9.3 _Страхование_. Компания имеет право приобрести и поддерживать в силе

on behalf of any Person who is or was a Member or an agent of the Company against any liability asserted against such Person and incurred by such Person in any such capacity, or arising out of such Person's status as a Member or an agent of the Company, whether or not the Company would have the power to indemnify such Person against such liability under Section 10.1 or under applicable law.

страховку от имени какого-либо Лица, являющегося или являвшегося Участником или агентом Компании, от какой-либо ответственности, предъявленной такому Лицу и понесенной таким Лицом в какой-либо такой роли, или возникающей в связи со статусом такого Лица как Участника или представителя Компании, независимо от того, имеет ли Компания право освободить такое Лицо от такой ответственности в соответствии с положениями пункта 10.1 или применимого права.

## ARTICLE X
## DISPUTE RESOLUTION

## СТАТЬЯ X
## РАЗРЕШЕНИЕ СПОРОВ

10.1 *Disputes Among Members*. The Members agree that in the event of any dispute or disagreement solely between or among any of them arising out of, relating to or in connection with this Agreement or the Company or its organization, formation, business or management ("Member Dispute"), the Members shall use their best efforts to resolve any dispute arising out of or in connection with this Agreement by good-faith negotiation and mutual agreement. The Members shall meet at a mutually convenient time and

10.1 *Споры между Участниками.* Участники обязуются, что в случае возникновения какого-либо спора или разногласия исключительно между кем-либо из них вследствие, касательно или в связи с настоящим Договором или Компанией, а также ее учреждением, формированием, деятельностью или управлением (далее – «Спор между Участниками»), Участники должны приложить все усилия для разрешения какого-либо спора, возникающего вследствие или в связи с настоящим

place to attempt to resolve any such dispute.

Договором, посредством добросовестных переговоров и достижения взаимного согласия. Участники должны встретиться в удобное для них время и месте для урегулирования какого-либо такого спора.

However, in the event that the Members are unable to resolve any Member Dispute, such parties shall first attempt to settle such dispute through a non-binding mediation proceeding. In the event any party to such mediation proceeding is not satisfied with the results thereof, then any unresolved disputes shall be finally settled in accordance with an arbitration proceeding. In no event shall the results of any mediation proceeding be admissible in any arbitration or judicial proceeding.

Однако, в случае если Участники не могут разрешить какой-либо Спор между Участниками, стороны должны сначала попытаться разрешить такой спор посредством процедуры медиации, результат которой не является обязывающим для сторон. В случае если какая-либо сторона такой процедуры медиации не будет удовлетворена ее результатами, тогда любые неразрешенные споры должны быть окончательно урегулированы посредством арбитражного разбирательства. Ни в коем случае результаты какой-либо процедуры медиации не принимаются ни в каких арбитражных или судебных разбирательствах.

10.2 _Mediation_. Mediation proceedings shall be conducted in accordance with the Commercial Mediation Rules of the American Arbitration Association (the "AAA") in effect on the date the notice of mediation was served, other than as specifically modified herein, and shall be

10.2 _Процедура медиации_. Процедура медиации должна осуществляться в соответствии с Регламентом коммерческой медиации Американской арбитражной ассоциации (далее – «ААА»), действующим на дату вручения уведомления о медиации,

non-binding on the parties thereto.

кроме случаев, специально оговоренных в данном Договоре, и не имеет обязательной силы для сторон.

Any Member may commence a mediation proceeding by serving written notice thereof to the other Members, by mail or otherwise, designating the issue(s) to be mediated and the specific provisions of this Agreement under which such issue(s) and dispute arose. The initiating party shall simultaneously file two copies of the notice with the AAA, along with a copy of this Agreement. A Member may withdraw from the Member Dispute by signing an agreement to be bound by the results of the mediation, to the extent the mediation results are accepted by the other Members as provided herein. A Member who withdraws shall have no further right to participate in the Member Dispute.

Любой Участник может начать процедуру медиации посредством предоставления письменного уведомления об этом другим Участникам по почте или иным образом, с указанием вопроса(-ов), подлежащего(-их) медиации, а также конкретных положений настоящего Договора, в соответствии с которыми возник(-ли) такой(-ие) вопрос(-ы) и спор. Инициирующая сторона должна одновременно подать две копии уведомления в ААА вместе с копией настоящего Договора. Участник может отказаться от участия в Споре между Участниками, подписав согласие на то, что он связан результатами процедуры медиации, если результаты процедуры медиации принимаются другими Участниками, как предусмотрено в настоящем документе. Участник, который отказывается от участия в споре, в дальнейшем не имеет права участвовать в данном споре.

The Members shall select one neutral third party AAA mediator (the "Mediator") with expertise in the area that is in dispute. If a Mediator has not been selected within five (5) business days thereafter, then a Mediator shall be selected by the AAA in accordance with the Commercial Mediation Rules of the AAA.

Участники выбирают одного нейтрального стороннего медиатора ААА (далее – «Медиатор») с опытом работы в оспариваемом вопросе. Если Медиатор не будет выбран в течение 5 (пяти) рабочих дней после этого, Медиатора выбирает ААА в соответствии с Регламентом коммерческой медиации ААА.

The Mediator shall schedule sessions, as necessary, for the presentation by all Members of their respective positions, which, at the option of the Mediator, may be heard by the Mediator jointly or in private, without any other members present. The mediation proceeding shall be held in the city that is the company's principal place of business or such other place as agreed by the Mediator and all of the Members. The Members may submit to the Mediator, no later than ten (10) business days prior to the first scheduled session, a brief memorandum in support of their position.

The Mediator shall make written recommendations for settlement in respect of the dispute, including apportionment of the mediator's fee, within ten (10) business days of the last scheduled session. If any Member involved is not satisfied with the recommendation for settlement, he may commence an arbitration proceeding.

10.3 Arbitration. Arbitration proceedings shall be conducted under the Rules of Commercial Arbitration of the AAA (the "Rules"). A Member may withdraw from

По мере необходимости, Медиатор назначает заседания для представления всеми Участниками своих соответствующих позиций, которые, на усмотрение Медиатора, могут быть заслушаны Медиатором коллективно или в частном порядке, без присутствия каких-либо других Участников. Процедура медиации проводится в городе, являющемся основным местом деятельности компании, или в другом месте, согласованном Медиатором и всеми Участниками. Участники могут представить Медиатору не позднее, чем за 10 (десять) рабочих дней до первого запланированного заседания, краткий меморандум в поддержку своей позиции.

Медиатор должен предоставить письменные рекомендации для урегулирования спора, включая распределение вознаграждения Медиатора, в течение 10 (десяти) рабочих дней после последнего запланированного заседания. Если какой-либо участвующий Участник не удовлетворен рекомендацией относительно урегулирования спора, он может инициировать арбитражное разбирательство.

10.3 Арбитраж. Арбитражное разбирательство проводится в соответствии с Регламентом коммерческого арбитража ААА (далее –

the Member Dispute by signing an agreement to be bound by the results of the arbitration. A Member who withdraws shall have no further right to participate in the Member Dispute.

«Регламент»). Участник может отказаться от участия в Споре между Участниками, подписав согласие на то, что он связан результатами арбитражного разбирательства. Участник, который отказывается от участия в Споре между Участниками, в дальнейшем не имеет права участвовать в Споре между Участниками.

The arbitration panel shall consist of one arbitrator. The Members shall select one neutral third party AAA arbitrator (the "Arbitrator") with expertise in the area that is in dispute. If an Arbitrator has not been selected within five (5) business days thereafter, then an Arbitrator shall be selected by the AAA in accordance with the Commercial Arbitration Rules of the AAA. The arbitration proceeding shall be held in the city that is the company's principal place of business or such other place as agreed by the Arbitrator and all of the Members. Any arbitrator who is selected shall disclose promptly to the AAA and to both parties any financial or personal interest the arbitrator may have in the result of the arbitration and/or any other prior or current relationship, or expected or discussed future relationship, with the Members or their representatives. The arbitrator shall promptly conduct proceedings to resolve the dispute in question pursuant to the then existing Rules. To the extent any provisions of the Rules

Арбитражная комиссия состоит из одного арбитра. Участники выбирают одного нейтрального стороннего арбитра ААА (далее – «Арбитр») с опытом урегулирования подобных споров. Если Арбитр не будет выбран в течение 5 (пяти) рабочих дней после этого, тогда Арбитра выбирает ААА в соответствии с Регламентом коммерческого арбитража ААА. Арбитражное разбирательство проводится в городе, являющемся основным местом деятельности компании, или в другом месте, согласованном Арбитром и всеми Участниками. Любой выбранный арбитр должен незамедлительно сообщать ААА и обеим сторонам о какой-либо финансовой или личной заинтересованности, которую такой арбитр может иметь в результате осуществления арбитража, и/или о каких-либо других предыдущих или текущих отношениях либо ожидаемых или обсуждаемых будущих отношениях с

conflict with any provision of this Section, the provisions of this Section shall control.

Участниками или их представителями. Арбитр должен незамедлительно провести разбирательство, чтобы разрешить спор, о котором идет речь, в соответствии с действующим Регламентом. Если какие-либо положения Регламента противоречат какому-либо положению настоящего пункта, преимущественную силу имеют положения настоящего пункта.

In any final award and/or order, the arbitrator shall apportion all the costs (other than attorney's fees which shall be borne by the party incurring such fees) incurred in conducting the arbitration in accordance with what the arbitrator deems just and equitable under the circumstances.

В любом окончательном арбитражном решении и/или приказе арбитр распределяет все расходы (за исключением гонораров адвоката, которые несет сторона, принимающая на себя такие расходы), понесенные при проведении арбитража, в соответствии с тем, что арбитр считает справедливым при данных обстоятельствах.

Discovery shall not be permitted in such arbitration except as allowed by the rules of arbitration, or as otherwise agreed to by all the parties of the Member Dispute. Notwithstanding, the Members agree to make available to one another and to the arbitrator, for inspection and photocopying, all documents, books and records, if determined by the arbitration panel to be relevant to the dispute, and by making available to one another and to the arbitration panel personnel directly or indirectly under their control, for testimony during hearings if determined by the

Разглашение не допускается в таком арбитраже, за исключением случаев, когда это разрешено арбитражным регламентом или иначе согласовано всеми сторонами Спора между Участниками. Несмотря на это, Участники соглашаются предоставлять друг другу и арбитру, в целях проверки и фотокопирования, все документы, бухгалтерские книги и записи, если по мнению арбитражной комиссии они имеют отношение к спору, а также предоставлять такие документы друг другу и членам арбитражной

arbitration panel to be relevant to the dispute. The Members agree, unless undue hardship exists, to conduct arbitration hearings to the greatest extent possible on consecutive business days and to strictly observe time periods established by the Rules or by the arbitrator for the submission of evidence and of briefs. Unless otherwise agreed to by the Members, a stenographic record of the arbitration proceedings shall be made and a transcript thereof shall be ordered for each Member, with each party paying an equal portion of the total cost of such recording and transcription.

комиссии, прямо или косвенно находящимся под их контролем, для показаний в ходе слушаний, если по мнению арбитражной комиссии такие документы имеют отношение к спору. Участники соглашаются, при отсутствии каких-либо чрезмерных трудностей, проводить арбитражные слушания в максимально быстрые строки и в течение последовательных рабочих дней и строго соблюдать сроки, установленные Регламентом или арбитром для представления доказательств и инструкций. Если Участниками не согласовано иное, делается стенографическая запись арбитражного разбирательства, которая заказывается для каждого Участника, причем каждая сторона оплачивает равную часть от общей стоимости такой записи и стенограммы.

The arbitrator shall have all powers of law and equity, which it can lawfully assume, necessary to resolve the issues in dispute including, without limiting the generality of the foregoing, making awards of compensatory damages, issuing both prohibitory and mandatory orders in the nature of injunctions and compelling the production of documents and witnesses for presentation at the arbitration hearings on the merits of the case. The arbitration panel shall neither have nor exercise any power to act as amicable compositeur or ex aequo et bono; or to award special, indirect, consequential or punitive damages. The decision

Арбитр обладает всеми полномочиями по закону и праву справедливости, которыми он может обладать на законных основаниях, необходимые для разрешения спорных вопросов, в том числе, без ограничения общего смысла вышеизложенного, присуждение компенсационных убытков, выдача запретительных и обязательных приказов в виде судебных запретов и принудительное предоставление документов и свидетелей для предоставления на арбитражных слушаниях по существу дела. Арбитражная комиссия не имеет и не может иметь каких-либо

of the arbitration panel shall be in written form and state the reasons upon which it is based. The statutory, case law and common law of the State of New Jersey shall govern in interpreting their respective rights, obligations and liabilities arising out of or related to the transactions provided for or contemplated by this Agreement, including without limitation, the validity, construction and performance of all or any portion of this Agreement, and the applicable remedy for any liability established thereunder, and the amount or method of computation of damages which may be awarded, but such governing law shall not include the law pertaining to conflicts or choice of laws of New Jersey; provided however, that should the parties refer a dispute arising out of or in connection with an ancillary agreement or an agreement between some or all of the Members which specifically references this Article, then the statutory, case law and common law of the State whose law governs such agreement (except the law pertaining to conflicts or choice of law) shall govern in interpreting the respective rights, obligations and liabilities of the parties arising out of or related to the transactions provided for or contemplated by such agreement, including, without limitation, the validity, construction and performance of all or any portion of such agreement, and the applicable remedy for any liability established thereunder, and the amount or method of computation of damages which may be

полномочий действовать в качестве дружеского посредника или по справедливости; а также присуждать специальные, косвенные или штрафные убытки. Решение арбитражной комиссии должно быть оформлено в письменной форме с указанием причин, на которых оно основано. Законодательство, прецедентное право и общее право штата Нью-Джерси регулируют толкование ее соответствующих прав и обязательств, возникающих вследствие или в связи с операциям, предусмотренными настоящим Договором, в том числе, но не ограничиваясь только этим, юридической силой, толкованием и выполнением всего или какой-либо части настоящего Договора, применимыми средствами правовой защиты какого-либо обязательства, установленными в соответствии с ним, а также суммой или способом исчисления убытков, которые могут быть присуждены, однако такое регулирующее законодательство не включает в себя закон, касающийся коллизионного права штата Нью-Джерси, но если стороны направляют спор, возникающий вследствие или в связи с дополнительным соглашением или соглашением между некоторыми или всеми Участниками, в котором есть конкретное указание на данное положение, тогда законодательство, прецедентное право и общее право штата, законодательство которого

awarded.

регулирует такое соглашение (за исключением закона, касающегося коллизионного права), применяются при толковании соответствующих прав и обязательств сторон, возникающих вследствие или в связи с операциями, предусмотренными таким соглашением или связанными с ними, в том числе, но не ограничиваясь только этим, юридической силой, толкованием и выполнением всего или какой-либо части такого соглашения, применимым средством правовой защиты какого-либо обязательства, установленного в соответствии с ним, а также суммой или способом исчисления убытков, которые могут быть присуждены.

Any action or proceeding subsequent to any Award rendered by the arbitrator in the Member Dispute, including, but not limited to, any action to confirm, vacate, modify, challenge or enforce the arbitrator's decision or award shall be filed in a court of competent jurisdiction in the same county where the arbitration of the Member Dispute was conducted, and New Jersey law shall apply in any such subsequent action or proceeding.

Любой иск или разбирательство после какого-либо арбитражного решения, вынесенного арбитром в Споре между Участниками, включая, но не ограничиваясь только этим, любой иск для подтверждения, освобождения, изменения, оспаривания или приведения в исполнение решения арбитра или арбитражной комиссии, подается в суд компетентной юрисдикции в том же округе, где проводилось арбитражное слушание Спора между Участниками, и к какому-либо такому последующему иску или разбирательству применяется закон штата Нью-Джерси.

## ARTICLE XI
## MISCELLANEOUS

11.1 *Authority*. This Agreement constitutes a legal, valid and binding agreement of the Member, enforceable against the Member in accordance with its terms. The Member is empowered and duly authorized to enter into this Agreement (including the power of attorney herein) under every applicable governing document, partnership agreement, trust instrument, pension plan, charter, certificate of incorporation, bylaw provision or the like. The Person, if any, signing this Agreement on behalf of the Member is empowered and duly authorized to do so by the governing document or trust instrument, pension plan, charter, certificate of incorporation, bylaw provision, board of directors or stockholder resolution or the like.

## СТАТЬЯ XI
## ПРОЧИЕ ПОЛОЖЕНИЯ

11.1 *Полномочия*. Настоящий Договор представляет собой юридическое, действительное и обязательное согласие Участника, подлежащее исполнению в отношении Участника в соответствии с его условиями. Участник имеет полное право на подписание настоящего Договора (в том числе доверенности) в соответствии с любым применимым регулирующим документом, соглашением о партнерстве, актом учреждения доверительной собственности, пенсионным планом, уставом, свидетельством о регистрации, внутренним положением и подобными документами. Лицо, если таковое имеется, подписывающее настоящий Договор от имени Участника, имеет полное право и должным образом уполномочено на такое подписание в соответствии с регулирующим документом или актом учреждения доверительной собственности, пенсионным планом, уставом, свидетельством о регистрации, внутренним положением, решением совета директоров или акционеров и подобными документами.

11.2 *Indemnification by the Members*. Each Member hereby agrees to indemnify and defend the Company, the other Members and each of their respective employees, agents, partners, members, shareholders, officers and directors and hold them harmless from and against any and all claims, liabilities, damages, costs and expenses (including, without limitation, court costs and attorneys' fees and expenses) suffered or incurred on account of or arising out of any breach of this Agreement by that Member.

11.2 *Возмещение ущерба Участниками*. Каждый Участник настоящим соглашается возместить ущерб и освободить Компанию, других Участников и каждого из их соответствующих сотрудников, агентов, партнеров, членов, акционеров, должностных лиц и директоров от каких-либо и всех требований, обязательств, убытков, расходов и затрат (включая, но не ограничиваясь только этим, судебные издержки, а также гонорары и расходы адвокатов), понесенные в связи или вследствие какого-либо нарушения настоящего Договора этим Участником..

11.3 *Notices*. Except as otherwise expressly provided herein, any notice, consent, authorization or other communication to be given hereunder shall be in writing and shall be deemed duly given and received when delivered personally, when transmitted by facsimile if receipt is acknowledged by the addressee, one business day after being deposited for next-day delivery with a nationally recognized overnight delivery service, or three business days after being mailed by first class mail, charges and postage

11.3 *Уведомления*. Если настоящим Договором прямо не предусмотрено иное, любое уведомление, согласие, разрешение или другое сообщение, которое должно быть предоставлено по настоящему Договору, должно быть оформлено в письменной форме и считается должным образом предоставленным и полученным, если оно вручено лично, передано по факсу с подтверждением получения адресатом, на следующий рабочий день после его передачи национально признанной

prepaid, properly addressed to the party to receive such notice at the address set forth in the Company's records.

курьерской службе, осуществляющей доставку на следующий день, или через три рабочих дня после отправки заказным почтовый отправлением с оплаченным почтовым сбором, и надлежащим образом адресовано стороне, которая должна получить такое уведомление, по адресу, указанному в документах Компании.

11.4   *Severability*. If any provision of this Agreement, or the application of such provision to any Person or circumstance, shall be held by a court of competent jurisdiction to be invalid or unenforceable, the remainder of this Agreement, or the application of such provision to Persons or circumstances other than those to which it is held to be invalid or unenforceable, shall not be affected thereby.

11.4   *Делимость положений Договора*. Если какое-либо положение настоящего Договора или применение такого положения к какому-либо Лицу или обстоятельствам считается судом компетентной юрисдикции недействительным или лишенным исковой силы, остальные положения настоящего Договора или применение такого положения к Лицам или обстоятельствам, кроме тех, в отношении которых суд компетентной юрисдикции признал его недействительным или не имеющим исковой силы, остаются в силе.

11.5   *Binding Effect*. This Agreement shall bind and inure to the benefit of the parties and their respective Successors.

11.5   *Обязывающее действие*. Настоящий Договор имеет обязательную силу для сторон и их соответствующих Правопреемников.

11.6   *Counterparts*. This Agreement may be

11.6   *Экземпляры*. Настоящий Договор может

executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

быть подписан в одном или нескольких экземплярах, каждый из которых считается оригиналом, но все они вместе составляют один и тот же документ.

11.7 *Entire Agreement*. This Agreement contains the entire agreement of the parties and supersedes all prior or contemporaneous written or oral negotiations, correspondence, understandings and agreements between or among the parties, regarding the subject matter hereof.

11.7 *Целостность Договора*. Настоящий Договор содержит в себе целостное соглашение сторон и заменяет собой все предшествующие или одновременные письменные, или устные переговоры, переписку, договоренности и соглашения между сторонами в отношении предмета настоящего Договора.

11.8 *Further Assurances*. Each Member shall provide such further information with respect to the Member as the Company may reasonably request, and shall execute such other and further certificates, instruments and other documents, as may be necessary and proper to implement, complete and perfect the transactions contemplated by this Agreement.

11.8 *Дополнительные заверения*. Каждый Участник предоставляет такую дополнительную информацию в отношении Участника, которую Компания может разумно требовать, и оформляет такие другие, и дополнительные свидетельства, инструменты, и прочие документы, которые могут быть необходимы, и целесообразны для осуществления операций, предусмотренных настоящим Договором.

11.9 *Headings; Gender; Number; References*. The headings of the Sections hereof are solely for convenience of reference and

11.9 *Заголовки; пол; число; ссылки*. Заголовки пунктов настоящего Договора предназначены

are not part of this Agreement. As used herein, each gender includes each other gender, the singular includes the plural and vice versa, as the context may require. All references to Sections and subsections are intended to refer to Sections and subsections of this Agreement, except as otherwise indicated.

11.10 _Parties in Interest_. Except as expressly provided in the Act, nothing in this Agreement shall confer any rights or remedies under or by reason of this Agreement on any Persons other than the Members and their respective Successors nor shall anything in this Agreement relieve or discharge the obligation or liability of any third Person to any party to this Agreement, nor shall any provision give any third Person any right of subrogation or action over or against any party to this Agreement.

исключительно для удобства ссылок и не являются частью настоящего Договора. В контексте настоящего Договора какой-либо пол включает в себя другой пол, единственное число включает в себя множественное число и наоборот, в зависимости от контекста. Все ссылки на пункты и подпункты предназначены для ссылки на пункты, и подпункты настоящего Договора, если не указано иное.

11.10 _Заинтересованные стороны_. Если в Законе четко не предусмотрено иное, ничто в настоящем Договоре не предоставляет каких-либо прав или средств правовой защиты в соответствии с настоящим Договором или в силу настоящего Договора каким-либо Лицам, кроме Участников и их соответствующих Правопреемников, и ничто в настоящем Договоре не освобождает от обязательства, и не снимает ответственности какого-либо третьего Лица перед какой-либо стороной настоящего Договора, и ни одно положение не предоставляет какому-либо третьему Лицу никаких прав суброгации или исковых прав в отношении какой-либо стороны настоящего Договора.

11.11   _Restrictive Covenant:_ Members agree that for as long as they own interest in the Company and for a period of eighteen (18) months from the date that Members either voluntary or involuntary transfer their Membership Interest in the Company, they shall not engage in any business similar to or competitive with the business of the Company, either as an owner, principal, proprietor, partner, shareholder, director, officer, consultant, independent contractor or consultant; shall not solicit or accept business or compensation from, deal with in any manner whatsoever or represent, any accounts of the Company.  As used herein, "accounts of the Company" shall mean any person or entity to whom or to which the Company licensed the right to operate under Company's name, any of the Company's franchisees, Accounts of the Company shall also include any prospective account of the Company, to whom the Company has made a written proposal or correspondence seeking to provide services, or any person or entity with which the Company is negotiating to perform services, form partnerships, license its name, sell a franchise, etc. Members also agree that for as long as they own interest in the Company and for

11.11   _Ограничительное   условие._   Участники согласны, что пока они владеют собственной долей участия в Компании и в течение 18 (восемнадцати) месяцев от даты, когда Участники добровольно либо принудительно передают свою Долю участия в капитале Компании, они не должны участвовать в какой-либо деятельности, аналогичной или конкурирующей с деятельность Компании, будь то в качестве владельца, принципала, собственника, партнера, акционера, директора, должностного лица, консультанта, независимого подрядчика или консультанта; а также они не должны требовать или получать бизнес либо вознаграждение, заключать сделки каким-либо образом или представлять каких-либо клиентов Компании. В контексте настоящего Договора термин «клиенты Компании» означает любое физическое или юридическое лицо, которому Компания лицензировала право действовать под наименованием Компании, любой из франшиз Компании, клиенты Компании также включают в себя любого перспективного клиента Компании, которому Компания отправила

a period of eighteen (18) months from the date that Members either voluntary or involuntary transfer their Membership Interest in the Company, Member shall not solicit, hire or otherwise engage or contact any employees of the Company for the purpose of hiring or retaining the services of such employees as an employee, consultant, partner, independent contractor or otherwise.   Nothing contained herein shall preclude Yevgeniy Kaban from operating any soccer school or related business outside the US.   Nothing contained herein shall preclude Alexander Berkovsky and Alexey Vitashkevich from operating regular, nor preschool soccer schools.

письменное предложение или письмо о предоставлении услуг, или любое физическое или юридическое лицо, с которым Компания ведет переговоры о предоставлении услуг, учреждает партнерские отношения, лицензирует свое наименование, продает франшизу и т.д. Участники также согласны, что пока они владеют долей участия в Компании и в течение 18 (восемнадцати) месяцев от даты, когда Участники добровольно либо принудительно передают свою Долю участия в Компании, Участник не должен подстрекать, нанимать или иным образом привлекать или контактировать с какими-либо сотрудниками Компании в целях найма или удержания услуг таких сотрудников в качестве служащего, консультанта, партнера, независимого подрядчика и т.д. Ни одно положение настоящего Договора не исключает, что Евгений Кабан может управлять какой-либо футбольной школой или связанным с ней бизнесом за пределами США. Ни одно положение настоящего Договора не исключает, что Александр Берковский и Алексей Виташкевич могут работать в обычных школах футбола не для детей дошкольного возраста.

11.12 _Amendments_. All amendments to this Agreement shall be in writing and signed by all of the Members to the agreement at the time of the amendment.

11.13 _Attorneys' Fees_. In any dispute between or among the Company and one or more of the Members, including, but not limited to, any Member Dispute, the prevailing party or parties in such dispute shall be entitled to recover from the non-prevailing party or parties all reasonable fees, costs and expenses including, without limitation, attorneys' fees, costs and expenses, all of which shall be deemed to have accrued on the commencement of such action, proceeding or arbitration. Attorneys' fees shall include, without limitation, fees incurred in any post-award or post-judgment motions or proceedings, contempt proceedings, garnishment, levy, and debtor and third party examinations, discovery, and bankruptcy litigation, and prevailing party shall mean the party that is determined in the arbitration, action or proceeding to have prevailed or who prevails by dismissal, default or otherwise.

11.12 _Поправки_. Все поправки к настоящему Договору должны быть оформлены в письменной форме и подписаны всеми Участниками на момент внесения поправок.

11.13 _Гонорары адвокатов_. В каком-либо споре между Компанией и одним или несколькими Участниками, в том числе, но не ограничиваясь только этим, любом Споре между Участниками, выигравшая спор сторона или стороны имеют право взыскать с проигравшей стороны или сторон все разумные сборы, расходы и затраты, в том числе, но не ограничиваясь только этим, гонорары адвокатов, издержки и расходы, которые считаются наложенными на момент начала такого иска, судебного разбирательства или арбитражного слушания. Гонорары адвокатов включают в себя, помимо прочего, сборы, понесенные в каких-либо ходатайствах или разбирательствах после принятия арбитражного или судебного решения, разбирательствах по делу о неисполнении постановления суда, неуплаты штрафов, сборов, судебных разбирательств должника и третьих лиц, разбирательств по делу о

разглашении и банкротстве, и выигравшая спор сторона означает сторону, которая признана в арбитражном разбирательстве, иске или производстве, выигравшей спор или которая выиграла спор в результате отказа, дефолта или прочего.

11.14 *Remedies Cumulative*. Subject to relative provisions of this Agreement, remedies under this Agreement are cumulative and shall not exclude any other remedies to which any Member may be lawfully entitled.

11.15 *Взаимодополняющий характер мер правовой защиты*. С учетом соответствующих положений настоящего Договора, средства правовой защиты по настоящему Договору являются взаимодополняющими и не исключают каких-либо других средств правовой защиты, на которые может иметь законное право любой Участник.

11.16 *Jurisdiction and Venue/Equitable Remedies*. The Company and each Member hereby expressly agrees that if, under any circumstances, any dispute or controversy arising out of or relating to or in any way connected with this Agreement shall, notwithstanding Article X, be the subject of any court action at law or in equity, such action shall be filed exclusively in the courts of the State of New Jersey. Each Member agrees irrevocably and unconditionally consents and submits to the personal and exclusive jurisdiction of such courts for the purposes of litigating any such action, and hereby grants jurisdiction to such courts and to any appellate courts having jurisdiction over appeals from such courts or review of such proceedings. Because the breach of the provisions of this Section would cause irreparable harm and significant injury to the Company and the other Members, which would be difficult to ascertain and which may not be compensable by damages alone, each Member agrees that the Company and the other Members will have the right to enforce the provisions of this Section by injunction, specific performance or other equitable relief in addition to any and all other remedies available to such party or parties without showing or proving any actual damage to such parties. Members will be entitled to

11.16 *Юрисдикция и место осуществления правосудия/ Средства правовой защиты по праву справедливости*. Компания и каждый Участник настоящим выражают свое согласие с тем, что, при любых обстоятельствах любой спор или разногласие, возникающие вследствие, касательно или в связи с настоящим Договором, независимо от положений Статьи X, является предметом какого-либо судебного разбирательства по закону или по праву справедливости, такой иск подается исключительно в суды штата Нью-Джерси. Каждый Участник безоговорочно соглашается и подчиняется личной и исключительной юрисдикции таких судов в целях судебного рассмотрения какого-либо такого иска и настоящим предоставляет юрисдикцию таким судам и каким-либо апелляционным судам, обладающим юрисдикцией в отношении апелляций, поданных такими судами, или рассмотрения таких дел. Поскольку нарушение положений настоящего пункта может нанести непоправимый вред и значительный ущерб Компании и другим Участникам, который было бы трудно установить и который может не подлежать возмещению одним только ущербом, каждый Участник соглашается

recover all reasonable costs and expenses, including but not limited to all reasonable attorneys' fees, expert and consultants' fees, incurred in connection with the enforcement of this Section.

11.17 _Personal Guarantee_. Although only Alexander Berkovsky signed the personal guarantee for the lease agreement of Footbik premises, it is understood and agreed that ALL the members are responsible personally for that guarantee as per their Percentage Voting Rights in the Company that are identified in Exhibit A.

11.18 _Unanimous Decisions_. The following decisions made by the Voting Members must be by unanimous vote only:

- Any capital allocation or expense greater than $25,000;
- Expense of $25,000 or more within any 30 day period;
- Return of the Capital Contribution;
- Any sale, lease, disposition, mortgage grant, deed of trust, on or related to any of the Company's property or real estate assets, including the granting of options and rights of first refusal or incurring indebtedness for borrowed money and

с тем, что Компания и другие Участники будут иметь право на приведение в исполнение положений настоящего пункта путем судебного запрета, судебного решения об исполнении договорных обязательств или другого справедливого средства правовой защиты, помимо каких-либо и всех других средств правовой защиты, доступных такой стороне или сторонам, без необходимости доказывания какого-либо фактического ущерба для таких сторон. Участники будут иметь право на взыскание всех разумных расходов и издержек, включая, но не ограничиваясь только этим, все разумные гонорары адвокатов, комиссионные экспертов и консультантов, понесенные в связи с приведением в исполнением положений настоящего пункта.

11.17 _Личная гарантия._ Хотя только Александр Берковский подписал личную гарантию договора аренды помещений Footbik, понимается и соглашается, что ВСЕ участники ответственны лично за эту гарантию в соответствии с их процентными правами голоса в Компании, которые указаны в Приложении А.

refinancing existing indebtedness, whether secured or unsecured, for borrowed money, except in the ordinary course of business;

- Any loan or guarantee of debts or other obligations of any Member or any other person;
- Any loans taken out on behalf of the Company;
- Any lease entered into on behalf of the Company;
- Any acquisition of real property, whether improved or unimproved, or any interest therein;
- Any issue of additional Membership Interests or sale of existing Membership Interests in the Company;
- Any change in the ownership percentage of any Member;
- Any bankruptcy filing, appointment of a receiver or trustee or transfer for the benefit of creditors;
- Any amendment to the Agreement or the Articles of the Company.

11.19 *Prevailing Language*. This Agreement is made in English and Russian. In the event of a dispute as to the terms of this Agreement the English version shall prevail.

11.18 *Единогласные решения. Следующие решения, принятые Участниками голосования, должны быть единогласно:*

• Любое распределение капитала или расходы более 25,000 долларов США;

• Расходы в размере 25,000 долл. США или более в течение 30 дней;

• Возврат капитала;

• Любая продажа, сдача в аренду, распоряжение, предоставление ипотечного кредита, доверительное управление, связанная с каким-либо имуществом или имущественными активами Компании или связанная с ним, включая предоставление опционов и прав на первый отказ или возникновение задолженности по заемным средствам и рефинансирование существующей задолженности, будь то обеспеченные или необеспеченные, за заемные деньги, за исключением обычной хозяйственной деятельности;

• Любая ссуда или гарантия долгов или других обязательств любого Участника или любого другого лица;

• Любые займы, полученные от имени Компании;

• Любая аренда, заключенная от имени Компании;

• Любое приобретение недвижимого

имущества, будь то совершенное или неусовершенствованное, или любые проценты в нем;

• Любой выпуск дополнительных Членских долей или продажа существующих Членских интересов в Компании;

• Любое изменение доли собственности любого Участника;

• Любая регистрация банкротства, назначение получателя или доверенного лица или передача в пользу кредиторов;

• Любая поправка к Соглашению или статьям Компании.

11.19 *Преобладающий язык*. Настоящее Соглашение составлено на английском и русском языках. В случае возникновения спора относительно условий настоящего Соглашения преимущественную силу имеет английская версия.

**IN WITNESS WHEREOF, this Limited Liability Company Operating Agreement has been duly executed by or on behalf of the parties hereto as of the date first above written.**

**В УДОСТОВЕРЕНИЕ ЧЕГО** настоящий Учредительный договор компании с ограниченной ответственностью был надлежащим образом подписан сторонами или от имени сторон на дату, указанную выше.

Alexander Berkovsky

_____ **10** / **15** /**2018**

Александр Берковский

_____ **10** /**15** **2018**

Alexey Vitashkevich

_____ **10** / **15** /**2018**

Алексей Виташкевич

_____ **10** / **15** /**2018**

Yevgeniy Kaban

_____ **10** / **15** /**2018**

Евгений Кабан

_____ **10** /**15** /**2018**

EXHIBIT "A"                          ПРИЛОЖЕНИЕ А

LLC MEMBERS, OWNERSHIP            УЧАСТНИКИ КОМПАНИИ С

ОГРАНИЧЕННОЙ

ОТВЕТСТВЕННОСТЬЮ, ДОЛИ

УЧАСТИЯ

| NAME/ ИМЯ | OWNERSHIP/ ДОЛЯ УЧАСТИЯ | VOTING RIGHTS/ ПРАВА ГОЛОСА | PROFIT DISTRIBUTION / РАСПРЕДЕЛЕНИЕ ПРИБЫЛИ | INITIAL CONTRIBUTION / ПЕРВОНАЧАЛЬНЫЙ ВЗНОС |
|---|---|---|---|---|
| Alexander Berkovsky/ Александр Берковский | 46.25% | 46.25% | 46.25% | ███████ |
| Alexey Vitashkevich/ Алексей Виташкевич | 7.5% | 7.5% | 7.5% | ███████ |
| Yevgeniy Kaban/ Евгений Кабан | 46.25% | 46.25% | 46.25% | ███████ |

Alexander Berkovsky

_____  10 / 15 /2018

Александр Берковский

_____  10 / 15 /2018

Alexey Vitashkevich

_____  10 / 15 /2018

Алексей Виташкевич

_____  10 / 15 /2018

Yevgeniy Kaban

_____  10/ 15 / 2018

Евгений Кабан

_____  10 / 15 / 2018

| | |
|---|---|
| **EXHIBIT "B"** | **ПРИЛОЖЕНИЕ B** |
| **RESPONSIBILITIES OF MEMBERS** | **ОБЯЗАННОСТИ УЧАСТНИКОВ** |

| | |
|---|---|
| **Alexander Berkovsky** | **Александр Берковский** |
| <ul><li>Manage all day to day operations of the Company</li><li>Promote and market the Company and its services</li></ul> | <ul><li>Управление ежедневными операциями Компании</li><li>Продвижение и реклама Компании, и ее услуг</li></ul> |
| **Yevgeniy Kaban** | **Евгений Кабан** |
| <ul><li>Develop management strategies</li><li>Develop marketing strategies</li></ul> | <ul><li>Разработка стратегий менеджмента</li><li>Разработка стратегий маркетинга</li></ul> |

# EXHIBIT C

# FOOTBIK SI, LLC

**Entity Id # 0450181687**

### LIMITED LIABILITY COMPANY OPERATING AGREEMENT

This Operating Agreement (the "Agreement") is made effective as of October 1st, 2018, by and among and those Persons (the "Members") identified in Exhibit A. In consideration of the mutual covenants and conditions herein, the Members agree as follows:

## ARTICLE I
## ORGANIZATION

1.1 _Formation and Qualification_. The Members have formed a limited liability company (the "Company") under the New Jersey Revised Uniform Limited Liability Company Act by filing Articles of Organization with the New Jersey Department of Treasury, Division of Revenue, on or about July 4, 2017.

1.2 _Governing Law_. This Agreement shall be governed by and construed and interpreted in

# «ФУТБИК ЭсАй, ЭлЭлСи»

**Идентификационный номер 0450181687**

### УЧРЕДИТЕЛЬНЫЙ ДОГОВОР КОМПАНИИ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

Настоящий Учредительный договор (далее – «Договор») заключен 1 Октября 2018 года между Лицами, указанными в Приложении А (далее – «Участники»). С учетом взаимных обязательств и условий, изложенных в настоящем Договоре, Участники договорились о нижеследующем:

## СТАТЬЯ I
## УЧРЕЖДЕНИЕ

1.1 _Учреждение_. Участники учредили компанию с ограниченной ответственностью (далее – «Компания») в соответствии с пересмотренным единым Законом о компаниях с ограниченной ответственностью штата Нью-Джерси, предоставив Устав Компании в Налоговое управление Департамента казначейства штата Нью-Джерси 4 июля 2017 года.

1.2 _Применимое право_. Настоящий Договор регулируется, толкуется и

accordance with the laws of the State of New Jersey, including the New Jersey Revised Uniform Limited Liability Company Act, (the "Act") as amended from time to time, without regard to New Jersey's conflicts of laws principles. The rights and liabilities of the Members shall be determined pursuant to the Act and this Agreement. To the extent that any provision of this Agreement is inconsistent with any provision of the Act, this Agreement shall govern to the extent permitted by the Act.

интерпретируется в соответствии с законодательством штата Нью-Джерси, включая пересмотренный единый Закон о компаниях с ограниченной ответственностью штата Нью-Джерси (далее – «Закон»), с поправками, которые вносятся время от времени, независимо от принципов коллизионного права штата Нью-Джерси. Права и обязанности Участников определяются в соответствии с Законом, и настоящим Договором. В случае если какое-либо положение настоящего Договора противоречит какому-либо положению Закона, настоящий Договор применяется в той мере, насколько это разрешено Законом.

1.3 _Name_. The name of the Company shall be "Footbik SI, LLC." The business of the Company may be conducted under that name or, on compliance with applicable laws, any other name that the Voting Members deem appropriate or advisable. The Voting Members on behalf of the Company shall file any certificates, articles, fictitious business name statements and the like, and any amendments and supplements thereto, as the voting Members consider appropriate or advisable.

1.3 _Наименование_. Наименование Компании – «Футбик ЭсАй, ЭлЭлСи». Деятельность Компании может осуществляться под таким наименованием или же, согласно действующему законодательству, под любым другим наименованием, которое Участники с правом голоса считают соответствующим или целесообразным. Участники с правом голоса должны подавать от имени Компании любые свидетельства, уставы, заявления о вымышленном наименовании компании и аналогичные документы, с какими-либо поправками и дополнениями к ним,

которые Участники с правом голоса считают соответствующими или целесообразными.

1.4 _Term_. The term of the Company commenced on the filing of the Articles of Organization and shall be perpetual unless dissolved as provided in this Agreement.

1.4 _Срок действия_. Срок действия Компании начался с момента подачи Устава и является бессрочным, если не будет расторгнут в соответствии с условиями настоящего Договора.

1.5 _Office and Agent_. The principal office of the Company shall be at such place or places of business within or without the State of New Jersey as the Voting Members may determine. The Company shall continuously maintain a registered agent in the State of New Jersey as required by the Act. The registered agent shall be as stated in the Certificate or as otherwise determined by the Voting Members.

1.5 _Головной офис и зарегистрированный агент_. Головной офис Компании должен находиться по такому местонахождению или местонахождениям Компании в штате или за пределами штата Нью-Джерси, которое или которые могут определять Участники с правом голоса. Компания должна иметь постоянного зарегистрированного агента в штате Нью-Джерси в соответствии с требованиями Закона. Зарегистрированный агент должен быть указан в Свидетельстве или иным образом определен Участниками с правом голоса.

1.6 _Purpose of Company_. The purpose of the Company is to engage in all lawful activities, including, but not limited to soccer lessons to preschool children.

1.6 _Цель Компании_. Целью Компании является участие в какой-либо законной деятельности, включая, но не ограничиваясь только этим, уроки футбола для детей дошкольного возраста.

**ARTICLE II**
**MEMBERSHIP INTERESTS, VOTING,**
**MANAGEMENT AND RESPONSIBILITIES**

**СТАТЬЯ II**
**ДОЛЯ УЧАСТИЯ, ГОЛОСОВАНИЕ,**
**УПРАВЛЕНИЕ КОМПАНИЕЙ И**
**ОБЯЗАТЕЛЬСТВА**

2.1 <u>Initial Members</u>. The Members of the Company are the Members who are identified in Exhibit A.

2.1 <u>Первоначальные Участники</u>. Участниками Компании являются Участники, указанные в Приложении А.

2.2 <u>*Percentage Ownership and Voting Interests*</u>. The Members shall have the initial Percentage Ownership and Percentage Voting Rights in the Company that are identified in Exhibit A, immediately following the making of the capital contributions set forth therein.

2.2 <u>*Доля участия и права голоса*</u>. Участникам назначается их первоначальная Доля участия и Права голоса в процентном содержании, указанные в Приложении А, непосредственно после осуществления ими взноса в уставный капитал в соответствии с положениями настоящего Договора.

2.3 <u>*Management by Voting Members*</u>. The Voting Members shall manage the Company and shall have the right to vote, in their capacity as Managers, upon all matters upon which Managers have the right to vote under the Act or under this Agreement, in proportion to their respective Percentage Voting Rights in the Company. Voting Members need not identify whether they are acting in their capacity as Members or Managers when they act.

2.3 <u>*Управление Компанией Участниками с правом голоса*</u>. Участники с правом голоса управляют Компанией и имеют право голосовать в качестве Директоров по всем вопросам, по которым имеют право голосовать Директоры согласно Закону или настоящему Договору, пропорционально их Правам голоса в процентном содержании, которыми они владеют в Компании. Участники с правом голоса в своих действиях не обязаны указывать, действуют ли они в качестве Участников или Директоров.

The Nonvoting Members shall have no right to vote or otherwise participate in the management of the Company. No Nonvoting Member shall, without the prior written consent of all of the Voting Members, take any action on behalf of, or in the name of, the Company, or enter into any contract, agreement, commitment or obligation binding upon the Company, or perform any act in any way relating to the Company or the Company's assets.

2.4 <u>Voting</u>. Except as otherwise provided or permitted by this Agreement, Voting Members shall in all cases, in their capacity as Members or Managers of the Company, act collectively, and, unless otherwise specified or permitted by this Agreement, unanimously. Except as otherwise provided or permitted by this Agreement, no Voting Member acting individually, in his capacity as a Member or Manager of the Company, shall have any power or authority to sign for, bind or act on behalf of the Company in any way, to pledge the Company's credit, or to render the Company liable for any purpose. Unless the context requires otherwise, in this Agreement, the terms "Member" or "Members," without the qualifiers "Voting"

Участники без права голоса не имеют права голосовать или иным образом участвовать в управлении Компанией. Ни один Участник без права голоса не должен без предварительного письменного согласия всех Участников с правом голоса предпринимать какие-либо действия от имени Компании, или заключать какие-либо договора, соглашения, а также брать на себя обязательства, обязательные для Компании, либо совершать какие-либо действия в отношении Компании или активов Компании.

2.4 <u>Голосование</u>. Кроме случаев, когда в настоящем Договоре предусмотрено или разрешено иное, Участники с правом голоса, действуя в качестве Участников или Директоров Компании, в любом случае действуют коллективно и, если настоящим Договором не предусмотрено, или не разрешено иное, единогласно. Кроме случаев, когда в настоящем Договоре предусмотрено или разрешено иное, ни один Участник с правом голоса, действующий индивидуально в качестве Участника, или Директора Компании, не имеет прав, или полномочий подписывать, связывать обязательствами, или действовать от имени Компании каким-либо образом, обременять

or "Nonvoting," refer to the Voting and Nonvoting Members collectively; and the terms "Manager" or "Managers" refers to the Voting Members.

имущественными обязательствами Компанию, или возлагать на Компанию ответственность для каких-либо целей. Если контекстом не предусмотрено иное, в настоящем Договоре термины «Участник» или «Участники», используемые без таких определяющих слов, как «с правом голоса» или «без права голоса», относятся к Участникам с правом голоса и Участникам без права голоса коллективно; а термины «Директор», или «Директора» относятся к Участникам с правом голоса.

2.5 _Liability of Members_. All debts, obligations and liabilities of the Company, whether arising in contract, tort or otherwise, shall be solely the debts, obligations and liabilities of the Company, and no Member shall be obligated personally for any such debt, obligation or liability of the Company solely by reason of being a Member.

2.5 _Ответственность Участников_. Все задолженности и обязательства Компании, возникающие по договору, деликту или иным образом, являются исключительно задолженностью и обязательствами Компании, и ни один Участник не несет личной ответственности за какую-либо такую задолженность или обязательства Компании только в силу того, что он является Участником.

_New Members_. The Voting Members may agree to redistribute the Percentage Voting Rights and thereby admit a new Voting Member or Members, to the Company, only if such new Member (i) is approved unanimously by the Voting Members; (ii) delivers to the Company his required capital contribution; (iii) agrees in writing to be bound by

_Новые Участники_. Участники с правом голоса могут соглашаться на перераспределение Прав голоса в процентном содержании и тем самым принять в Компанию нового Участника или Участников с правом голоса, только если такой новый Участник (i) будет единогласно одобрен Участниками с правом голоса; (ii) предоставит

the terms of this Agreement by becoming a party hereto; and (iv) delivers such additional documentation as the Voting Members shall reasonably require to so admit such new Member to the Company.

Upon the admission of a new Member or Members, as the case may be, to the Company, the Ownership of Members and the Percentage Voting Rights of Members shall be adjusted appropriately.

2.6 Responsibilities of Members shall be outlined in Exhibit "B"

### ARTICLE III
### CAPITAL ACCOUNTS

3.1 *Initial Capital Contributions*. Each original Member to this Agreement shall make an initial Capital Contribution to the Company in accordance with Exhibit A, at the time of each Member's execution of this Agreement.

3.2 *Additional Contributions*. If, at any time or times hereafter, the Voting Members shall determine that additional capital is required

Компании необходимый взнос в уставный капитал; (iii) даст письменное согласие соблюдать условия настоящего Договора, став его стороной; и (iv) предоставит такую дополнительную документацию, которую обоснованно требуют Участники с правом голоса для принятия такого нового Участника в Компанию.

После принятия в Компанию нового Участника или Участников, в зависимости от случая, Доля участия и Права голоса Участников в процентном содержании корректируются соответствующим образом.

2.6 Обязанности Участников изложены в Приложении В.

### СТАТЬЯ III
### СЧЕТА КАПИТАЛА

3.1 *Первоначальные взносы в уставный капитал*. Каждый первоначальный Участник настоящего Договора осуществляет первоначальный взнос в уставный капитал Компании в соответствии с Приложением А на момент подписания ним настоящего Договора.

3.2 *Дополнительные взносы*. Если в какое-либо время или в дальнейшем Участники с правом голоса решат, что Компании

by the Company, the Voting Members shall determine the amount of such additional capital and the anticipated time such additional capital will be required; whether such additional capital shall be provided by the Members by way of additional Capital Contributions or by way of loans from Members. No Member shall be obligated, at any time, to guarantee or otherwise assume or become liable for any obligations of the Company or to make any additional Capital Contributions advances or loans to the Company, unless such obligations are specifically accepted and agreed to by such Member.

нужен дополнительный капитал, Участники с правом голоса должны определить размер такого дополнительного капитала и приблизительный срок его обеспечения, независимо от того, будет ли такой дополнительный капитал предоставлен Участниками в виде дополнительных Взносов в уставный капитал или в виде предоставленных Участниками займов. Ни один Участник не обязан когда-либо гарантировать или иным образом брать на себя обязательства либо возлагать на себя ответственность за какие-либо обязательства Компании, или вносить какие-либо дополнительные авансовые платежи, или займы в качестве Взноса в уставный капитал Компании, если такие обязательства не были специально приняты и согласованы таким Участником.

## ARTICLE IV
## MANNER OF ACTING

## СТАТЬЯ IV
## СПОСОБ ДЕЙСТВИЙ

4.1 *Officers and Agents of the Company*. The Voting Members may authorize any Member or Members of the Company, or other individuals or entities, whether or not a Member, to take action on behalf of the Company, as the Voting Members deem

4.1 *Должностные лица и агенты Компании*. Участники с правом голоса могут уполномочивать какого-либо Участника или Участников Компании либо других физических или юридических лиц, независимо от того, являются ли они

appropriate. Any Member may lend money to and receive loans from the Company, act as an employee, independent contractor, lessee, lessor, or surety of the company, and transact any business with the Company that could be carried out by someone who is not a Member; and the Company may receive from or pay to any Member remuneration, in the form of wages, salary, fees, rent, interest, or any form that the Voting Members deem appropriate.

Участниками или нет, действовать от имени Компании, если, по мнению Участников с правом голоса, это является целесообразным. Какой-либо Участник может предоставлять денежные средства в долг и получать займы от Компании, выступать в качестве служащего, независимого подрядчика, лицензиата, лицензиара или поручителя Компании, и заключать какие-либо сделки с Компанией, которые могут заключать лица, не являющиеся Участниками; и Компания может получать или выплачивать какому-либо Участнику вознаграждение в виде заработной платы, оклада, гонорара, арендой платы, процентов, или в какой-либо другой форме, которая, по мнению Участников с правом голоса, является целесообразной.

The Voting Members may appoint officers of the Company who, to the extent provided by the Voting Members, may have and may exercise all the powers and authority of the Members or Managers in the conduct of the business and affairs of the Company. The officers of the Company may consist of a President, a Treasurer, a Secretary, or other officers or agents as may be elected or appointed by the Voting Members. The Voting Members may provide rules for the appointment, removal, supervision and

Участники с правом голоса могут назначать должностных лиц Компании, которые в предусмотренных Участниками с правом голоса пределах могут иметь и осуществлять все права и полномочия Участников или Директоров при ведении дел и осуществлении деятельности Компании. Должностными лицами Компании могут быть Президент, Казначей, Секретарь или другие должностные лица или агенты, которые могут избираться или назначаться Участниками с правом голоса.

| | |
|---|---|
| compensation of such officers, the scope of their authority, and any other matters relevant to the positions. The officers shall act in the name of the Company and shall supervise its operation, within the scope of their authority, under the direction and management of the Voting Members. | Участники с правом голоса могут устанавливать правила назначения, устранения, контроля и вознаграждения таких должностных лиц, сферу их полномочий и любые другие вопросы, касающиеся занимаемой ими должности. Должностные лица действуют от имени Компании и контролируют ее деятельность в пределах своих полномочий под руководством Участников с правом голоса. |
| Any action taken by a duly authorized officer, pursuant to authority granted by the Voting Members in accordance with this Agreement, shall constitute the act of and serve to bind the Company, and each Member hereby agrees neither to dispute such action nor the obligation of the Company created thereby. | Какие-либо действия, предпринятые должным образом уполномоченным должностным лицом в соответствии с полномочиями, предоставленными Участниками с правом голоса согласно настоящему Договору, представляют собой акт и связывают Компанию обязательствами, и каждый Участник настоящим обязуется не оспаривать возникшие таким образом акты или обязательства Компании. |
| 4.2  _Meetings of Voting Members_. No regular, annual, special or other meetings of Voting Members are required to be held. Any action that may be taken at a meeting of Voting Members may be taken without a meeting by written consent in accordance with the Act. Meetings of the Voting Members, for any purpose or purposes, may be called at any time by a majority of the Voting Members, or | 4.2  _Собрания Участников с правом голоса_. Не требуется проведение каких-либо очередных, ежегодных, внеочередных или прочих собраний Участников с правом голоса. Какие-либо акты, которые могут быть приняты на собрании Участников с правом голоса, могут быть приняты без его проведения по письменному согласию в соответствии с требованиями Закона. |

by the President of the Company, if any. The Voting Members may designate any place as the place of meeting for any meeting of the Voting Members. If no designation is made, the place of meeting shall be the principal place of business of the Company.

Собрания Участников с правом голоса для какой-либо цели или целей могут созываться в любое время большинством Участников с правом голоса или Президентом Компании, если таковой имеется. Участники с правом голоса могут назначать любое место в качестве места проведения какого-либо собрания Участников с правом голоса. Если такое место не будет назначено, тогда местом проведения собрания является основное место деятельности Компании.

4.3 _Notice of Meetings_. In the event that a meeting of the Voting Members is called, written notice stating the place, day and hour of the meeting and the purpose or purposes for which the meeting is called shall be delivered not less than five nor more than sixty business days before the date of the meeting unless otherwise provided, either personally, by mail or e-mail, by or at the direction of the Members calling the meeting, to each Voting Member. Notice of a meeting need not be given to any Voting Member who signs a waiver of notice or a consent to holding the meeting or an approval of the minutes thereof, whether before or after the meeting, or who attends the meeting without protesting, prior thereto or at its commencement, the lack of notice to such

4.3 _Уведомление о проведении собраний_. В случае созыва собрания Участников с правом голоса, письменное уведомление с указанием места, даты и времени проведения собрания, а также цели или целей, для которой или которых оно созывается, предоставляется не менее чем за пять и не более чем за шестьдесят рабочих дней до даты проведения собрания, если не предусмотрено иное, лично в руки, почтовым сообщением, по электронной почте, по указанию Участников, созывающих собрание, каждому Участнику с правом голоса. Уведомление о проведении собрании не предоставляется какому-либо Участнику с правом голоса, который подписывает отказ от получения уведомлений, согласие

Voting Member.

на проведение собраний или утверждение протоколов таких собраний, будь то до или после проведения таких собраний, или который присутствует на собрании, не протестуя, будь то до проведения такого собрания или в начале его проведения, против непредоставления уведомления такому Участнику с правом голоса.

4.4 _Record Date_. For the purpose of determining Voting Members entitled to notice of or to vote at any meeting of Voting Members or any adjournment thereof, the date on which notice of the meeting is provided shall be the record date for such determination of the Voting Members. When a determination of Voting Members has been made as provided in this Section, such determination shall apply to any adjournment thereof.

4.4 _Дата регистрации_. В целях определения Участников с правом голоса, имеющих право на получение уведомления о проведении какого-либо собрания Участников с правом голоса или на голосование на таком собрании либо на какие-либо отсрочки проведения такого собрания, датой уведомления о проведении собрании является дата регистрации определенных таким образом Участников с правом голоса. Если Участники с правом голоса были определены в соответствии с положениями настоящего пункта, это является действительным и для каких-либо перенесенных собраний.

4.5 _Quorum_. Members holding 100% of the Voting Rights in the Company represented in person, by telephonic participation, or by proxy, shall constitute a quorum at any meeting of Voting Members. In the absence

4.5 _Кворум_. Кворум составляют Участники, владеющие 100 % Прав голоса в Компании, присутствующие на каком-либо собрании Участников с правом голоса лично, посредством телефонной

of a quorum at any such meeting, a majority of the Voting Members so represented may adjourn the meeting from time to time for a period not to exceed sixty days without further notice.

However, if the adjournment is for more than sixty days, or if after the adjournment a new record date is fixed for another meeting, a notice of the adjourned meeting shall be given to each Voting Member. The Voting Members present at a duly organized meeting may continue to transact business only as previously provided on the agenda until adjournment, notwithstanding the withdrawal during such meeting of that number of Voting Members whose absence would cause less than a quorum.

4.6 *Voting*. If a quorum is present, a unanimous vote of the Voting Members so represented shall be the act of the Members or Managers, unless the vote of a lesser proportion or number is otherwise required by the Act, by the Certificate or by this Agreement.

связи или через доверенное лицо. В случае отсутствии кворума на каком-либо таком собрании, большинство представленных таким образом Участников с правом голоса могут перенести собрание на период, не превышающий шестьдесят дней, без предоставления дополнительного уведомления об этом.

Однако, если собрание переносится на более чем шестьдесят дней, или если после отсрочки будет установлена новая дата регистрации для другого собрания, уведомление о перенесении собрания предоставляется каждому Участнику с правом голоса. Участники с правом голоса, присутствующие на должным образом организованном собрании, могут продолжать заключать сделки, только если это было ранее предусмотрено в повестке дня до перенесения собрания, несмотря на отказ в ходе такого собрания такого количества Участников с правом голоса, отсутствие которых приведет к отсутствию кворума.

4.6 *Голосование*. Если кворум присутствует, единодушное голосование представленных таким образом Участников с правом голоса является актом Участников или Директоров, если Законом, Свидетельством или настоящим Договором не требуется меньшее

количество голосов.

| ARTICLE V | СТАТЬЯ V |
|---|---|
| **ALLOCATIONS AND DISTRIBUTIONS** | **РАСПРЕДЕЛЕНИЕ ПРИБЫЛИ И УБЫТКОВ** |

5.1 *Allocations of Profits and Losses*. Profits and Losses, after deducting Guaranteed Payments, shall be allocated among the Members in proportion to their Percentage Profits indicated in Exhibit «A». Any special allocations necessary to comply with the requirements set forth in Internal Revenue Code Section 704 and the corresponding Regulations, including, without limitation, the qualified income offset and minimum gain chargeback provisions contained therein, shall be made if the Voting Members deem these actions to be appropriate.

5.1 *Распределение прибыли и убытков*. Прибыль и убытки после вычета Гарантированных платежей распределяются между Участниками пропорционально их Долям прибыли в соответствии с Приложением «А». Какие-либо специальные ассигнования, необходимые для соблюдения требований, изложенных в Разделе 704 Налогового кодекса, и соответствующих Регламентах, включая, помимо прочего, предусмотренные в нем положения о зачете условного дохода и возмещении минимальной прибыли, осуществляются, если Участники с правом голоса считают эти действия целесообразными.

5.2 *Distributions*. Subject to applicable law and any limitations elsewhere in this Agreement, the Voting Members shall determine the amount and timing of all distributions of cash, or other assets, by the Company. Except as otherwise provided in this Agreement, all distributions shall be made to all of the Members, in proportion to their

5.2 *Распределения.* В соответствии с применимым правом и с учетом каких-либо ограничений, предусмотренных другими положениями настоящего Договора, Участники с правом голоса определяют сумму и сроки всех распределений денежных средств или других активов Компанией. За

Profit Distribution Percentage listed in Exhibit "A". Except as otherwise provided in this Agreement, the decision as to whether to make distributions shall be within the sole discretion of the Voting Members.

исключением случаев, предусмотренных в настоящем Договоре, все распределения осуществляются всем Участникам пропорционально их Доле участия в распределении прибыли, указанной в Приложении А. Если в настоящем Договоре не предусмотрено иное, решение об осуществлении распределения принимают только Участники с правом голоса.

All such distributions shall be made only to the Members who, according to the books and records of the Company, are the holders of record on the actual date of distribution. The Voting Members may base a determination that a distribution of cash may be made on a balance sheet, profit and loss statement, cash flow statement of the Company or other relevant information. Neither the Company nor the Members shall incur any liability for making distributions.

Все такие распределения осуществляться только в пользу Участников, которые в соответствии с бухгалтерскими книгами и документами Компании являются зарегистрированными владельцами акций Компании по состоянию на фактическую дату распределения. Участники с правом голоса могут принять решение о том, что распределение денежных средств может быть произведено в балансе, отчете о прибылях и убытках, отчете о движении денежных средств Компании или другом соответствующем документе. Ни Компания, ни Участники не несут ответственности за осуществление распределения.

5.3 _Form of Distribution_. No Member has the right to demand and receive any distribution from the Company in any form other than money. No Member may be compelled to

5.3 _Форма распределения_. Ни один Участник не имеет права требовать или получать какие-либо распределения средств от Компании в какой-либо иной форме,

accept from the Company a distribution of any asset in kind in lieu of a proportionate distribution of money being made to other Members except on the dissolution and winding up of the Company.

кроме денежной. Ни один Участник не может быть принужден принимать от Компании распределение каких-либо активов в натуральной форме вместо пропорционального распределения денежных средств, осуществляемого другим Участникам, за исключением случаев роспуска и ликвидации Компании.

## ARTICLE VI
## TRANSFER AND ASSIGNMENT OF INTERESTS

## СТАТЬЯ VI
## ПЕРЕДАЧА И ПЕРЕХОД ДОЛИ УЧАСТИЯ

6.1 _Resignation of Membership and Return of Capital_. For a period of one (1) year after the Articles of Organization for the Company are filed ("the filing"), no Member may voluntarily resign his membership in the Company, and no Member shall be entitled to any return of capital from the company, except upon the written consent of all of the other Voting Members. During the second year after the filing, a Member may voluntarily resign his membership, but such Member shall be entitled to receive from the Company only the book value of his Ownership Interest, adjusted for profits and losses to the date of resignation, unless otherwise agreed by written consent of all of the other Voting Members. Subsequent to the second year

6.1 _Выход из Компании и возврат капитала._ В течение 1 (одного) года после подачи Устава Компании (далее – «подача») ни один из Участников не может добровольно отказаться от своего членства в Компании, и ни один Участник не имеет права на возврат капитала от Компании, если не будет предоставлено письменное согласие всех других Участников с правом голоса. В течение второго года после подачи Участник может добровольно отказаться от своего членства, но такой Участник имеет право получить от Компании только балансовую стоимость своей Доли участия, скорректированную на прибыль и убытки до даты выхода из членства, если не согласовано иное по

after filing, a Member may voluntarily resign his membership and shall be entitled to receive from the Company the fair market value of his Ownership Interest, adjusted for profits and losses to the date of resignation. Fair market value may be determined informally by unanimous agreement of all of the Voting Members, including the resigning Member. In the absence of an informal agreement as to fair market value, the Voting Members shall hire an appraiser to determine fair market value. The cost of any appraisal shall be deducted from the fair market value to which the resigning Member is entitled. The other Voting Members may elect, by written notice that is provided to the resigning Member within thirty (30) days after the resignation date, for the Company to purchase the resigning Member's Interest (whether the interest is being purchased at book value or fair market value) in four (4) equal annual installments, with the first installment being due sixty (60) days after the Member's resignation.

письменному согласию всех других Участников с правом голоса. По истечении второго года после подачи Участник может добровольно отказаться от своего членства и имеет право получить от Компании справедливую рыночную стоимость своей Доли участия, скорректированную на прибыль и убытки до даты выхода из членства. Справедливая рыночная стоимость может быть определена неофициально единогласным согласием всех Участников с правом голоса, включая Участника, который выходит из членства. В случае отсутствия неофициального согласия касательно справедливой рыночной стоимости, Участники с правом голоса должны обратиться к услугам оценщика для определения справедливой рыночной стоимости. Стоимость какой-либо оценки вычитается из справедливой рыночной стоимости, на которую имеет право Участник, который отказывается от членства в Компании. Другие Участники с правом голоса могут путем предоставления письменного уведомления Участнику, который отказывается от членства в Компании, в течение 30 (тридцати) дней с момента выхода из членства принять решение о приобретении Доли участия Участника,

который отказывается от членства в Компании (независимо от того, будет ли такая Доля участия приобретена по балансовой стоимости или по справедливой рыночной стоимости), посредством 4 (четырех) равных годовых платежей, причем первый платеж должен быть осуществлен не позднее 60 (шестидесяти) дней после выхода Участника из Компании.

6.2 _Death of a Member_. Upon the death of a Member, the Member's estate or beneficiary or beneficiaries, as the case may be, shall be entitled to receive from the Company, in exchange for all of the deceased Member's Ownership Interest, the fair market value of the deceased Member's Ownership Interest, adjusted for profits and losses to the date of death. Fair market value may be determined informally by a unanimous good-faith agreement of all of the Voting Members. In the absence of an informal agreement as to fair market value, the Voting Members shall hire an appraiser to determine fair market value. The cost of any appraisal shall be deducted from the fair market value to which the deceased Member's estate or beneficiary or beneficiaries is or are entitled. The Voting Members may elect, by written notice that is provided to the deceased

6.2 _Смерть Участника._ В случае смерти Участника, наследник Участника либо бенефициарий или бенефициары, в зависимости от случая, имеют право на получение от Компании в обмен на все Доли участия умершего Участника справедливой рыночной стоимости Доли участия умершего Участника, скорректированную на прибыли и убытки до даты смерти. Справедливая рыночная стоимость может быть определена неофициально единогласным согласием всех Участников с правом голоса. В случае отсутствия неофициального согласия касательно справедливой рыночной стоимости, Участники с правом голоса должны обраться к услугам оценщика для определения справедливой рыночной стоимости. Стоимость какой-либо оценки вычитается

Member's estate or beneficiary or beneficiaries, within thirty (30) days after the Member's death, to purchase the deceased Member's Ownership Interest over a one-year (1 year) period, in four (4) equal installments, with the first installment being due sixty (60) days after the Member's date of death. Unless otherwise agreed unanimously by the Voting Members, prior to the completion of such purchase, the Member's estate or beneficiary or beneficiaries, shall have no right to become a Member or to participate in the management of the business and affairs of the Company as a Member or Manager, and shall only have the rights of an Assignee and be entitled only to receive the share of profits and the return of capital to which the deceased Member would otherwise have been entitled. The Company, or the other Voting Members, in its or their discretion, may purchase insurance on the lives of any of the Members, with the company or the purchasing Member named as the beneficiary, as the purchaser may decide, and use all or any of the proceeds from such insurance as a source of proceeds from which the deceased Member's Membership Ownership Interest may be purchased by the Company.

из справедливой рыночной стоимости, на которую имеет право наследник умершего Участника либо бенефициар или бенефициары. Участники с правом голоса могут путем предоставления письменного уведомления наследнику умершего Участника либо бенефициару или бенефициарам в течение 30 (тридцати) дней с момента смерти Участника принять решение о приобретении Доли участия умершего Участника в течение 1 (одного) года посредством 4 (четырех) равных платежей, причем первый платеж должен быть осуществлен не позднее 60 (шестидесяти) дней с момента смерти Участника. Если Участниками с правом голоса единогласно не согласовано иное, до завершения такой покупки наследник Участника либо его бенефициар или бенефициары не имеют права на членство или участие в управлении деятельностью и делами Компании в качестве Участника или Директора и пользуются только правами Цессионария и могут получать только ту долю прибыли и возврата капитала, на которую в противном случае мог бы иметь право умерший Участник. Компания или другие Участники с правом голоса могут, на свое собственное усмотрение, приобрести страховку на

случай смерти какого-либо Участника, в случае чего Компания или Участник, который приобретает такую страховку, указываются в качестве бенефициара, в зависимости от того, как решит покупатель, и получать какие-либо и все доходы от такого страхования в качестве источника прибыли, у которого Компания может приобрести Долю участия умершего Участника.

6.3 _Restrictions on Transfer_. Except (i) as otherwise provided in this Article or (ii) upon the unanimous consent of all of the other Voting Members, no Member shall sell, hypothecate, pledge, assign or otherwise transfer, with or without consideration, any part or all of his Ownership Interest in the Company to any other person or entity (a "Transferee"), without first offering (the "Offer") that portion of his or her Ownership Interest in the Company subject to the contemplated transfer (the "Offered Interest") first to the Company, and secondly, to the other Voting Members, at the purchase price (hereinafter referred to as the "Transfer Purchase Price") and in the manner as prescribed in the Offer.

6.3 _Ограничения на передачу_. Если (i) в настоящем Договоре не предусмотрено иное, или (ii) не будет предоставлено единодушного согласия всех других Участников с правом голоса, ни один Участник не должен продавать, передавать в ипотеку, закладывать, переуступать или иным образом передавать за вознаграждение или без какую-либо часть или всю свою Долю участия в Компании какому-либо другому физическому или юридическому лицу (далее – «Получатель») без предварительного предложения (далее – «Предложение») такой части его или ее Доли участия в Компании, подлежащей предполагаемой передаче (далее – «Предлагаемая доля участия») сначала Компании, а потом другим Участникам с правом голоса по цене покупки (далее –

«Цена покупки в случае передачи») и в порядке, предусмотренном в Предложении.

The Offering Member shall make the Offer first to the Company by written notice (hereinafter referred to as the "Offering Notice"). Within twenty (20) days (the "Company Offer Period") after receipt by the Company of the Offering Notice, the Company shall notify the Offering Member in writing (the "Company Notice"), whether or not the Company shall accept the Offer and shall purchase all but not less than all of the Offered Interest. If the Company accepts the Offer to purchase the Offered Interest, the Company Notice shall fix a closing date not more than twenty-five (25) days (the "Company Closing Date") after the expiration of the Company Offer Period.

Участник, предлагающий свою Долю участия, делает Предложение сначала Компании путем предоставления письменного уведомления (далее – «Уведомление о предложении»). В течение 20 (двадцати) дней (далее – «Период действия предложения для Компании») после получения Компанией Уведомления о предложении Компания должна уведомить Участника, предлагающего свою Долю участия, в письменной форме (далее – «Уведомление Компании») о том, принимает ли Компания данное Предложение и приобретает ли всю, однако не менее чем всю, Предлагаемую долю участия. Если Компания принимает Предложение о приобретении Предлагаемой доли участия, в Уведомлении Компании должен быть указан конечный срок, не превышающий 25 (двадцати пяти) дней (далее – «Конечный срок для Компании») по истечении Периода действия предложения для Компании.

In the event the Company decides not to accept the Offer, the Offering Member shall, by written notice (the "Remaining Member Notice") make the Offer of the Offered Interest to the other Voting Members, each of whom shall then have a

В случае если Компания решит не принимать Предложение, Участник, предлагающий свою Долю участия, должен посредством предоставления письменного уведомления (далее – «Уведомление для остальных

period of twenty-five (25) days (the "Member Acceptance Period") after the expiration of the Member Offer Period within which to notify in writing the Offering Member whether or not he or she intends to purchase all but not less than all of the Offered Interest. If two (2) or more Voting Members of the Company desire to accept the Offer to purchase the Offered Interest, then, in the absence of an agreement between them, such Voting Members shall have the right to purchase the Offered Interest in proportion to their respective Percentage Voting Rights. If the other Voting Members intend to accept the Offer and to purchase the Offered Interest, the written notice required to be given by them shall fix a closing date not more than sixty (60) days after the expiration of the Member Acceptance Period (hereinafter referred to as the "Member Closing Date").

The aggregate dollar amount of the Transfer Purchase Price shall be payable in cash on the

Участников») сделать Предложение о приобретении Предлагаемой доли участии другим Участникам с правом голоса, которые должны в течение 25 (двадцати пяти) дней (далее – «Период принятия предложения для Участников») по истечении Периода действия предложения для Участников в письменной форме уведомить Участника, предлагающего свою Долю участия, о том, намерен ли он или она приобрести всю, но не менее чем всю, Предлагаемую долю участия. Если 2 (два) или более Участника с правом голоса изъявляют желание принять Предложение о приобретении Предлагаемой доли участия, тогда в случае отсутствия согласия между ними такие Участники с правом голоса имеют право приобрести Предлагаемую долю участия пропорционально своим соответствующим Правам голоса в процентном содержании. Если другие Участники с правом голоса намерены принять Предложение и приобрести Предлагаемую долю участия, они должны предоставить письменное уведомление, в котором указать конечный срок, не превышающий 60 (шестидесяти) дней после истечения Периода принятия предложения для Участников (далее – «Конечный срок для Участников»).

Совокупная сумма в долларовом эквиваленте Цены покупки в случае передачи

Company Closing Date or on the Member Closing Date, as the case may be, unless the Company or the purchasing Voting Members shall elect by written notice that is delivered to the Offering Member, prior to or on the Company Closing Date or the Member Closing Date, as the case may be, to purchase such Offered Interest in four (4) equal annual installments, with the first installment being due on the Closing Date.

выплачивается в денежной форме после наступления Конечного срока для Компании или Конечного срока для Участников, в зависимости от случая, если Компания или Участники с правом голоса, которые приобретают Предлагаемую долю участия, не примут решения посредством предоставления письменного уведомления Участнику, предлагающему свою Долю участия, до наступления Конечного срока для Компании или Конечного срока для Участников, в зависимости от случая, приобрести такую Предлагаемую долю участия посредством 4 (четырех) равных годовых платежей, при этом первый платеж должен быть осуществлен в день наступления Конечного срока.

If the Company or the other Voting Members fail to accept the Offer or, if the Offer is accepted by the Company or the other Voting Members and the Company or the other Voting Members fail to purchase all of the Offered Interest at the Transfer Purchase Price within the time and in the manner specified, then the Offering Member shall be free, for a period (hereinafter referred to as the "Free Transfer Period") of sixty (60) days from the occurrence of such failure, to transfer the Offered Interest to a Transferee; provided, however, that if all of the other Voting Members other than the Offering Member do not approve of the proposed transfer by unanimous written consent, the

Если Компания или другие Участники с правом голоса не принимают Предложение, или Предложение принимается Компанией или другими Участниками с правом голоса, однако Компания или другие Участники с правом голоса не приобретают всю Предлагаемую долю участия по Цене покупки в случае передачи в течение указанного периода и в соответствии с указанным порядком, Участник, предлагающий свою Долю участия, может в течение 60 (шестидесяти) дней с момента такого неприобретения (далее – «Период свободной передачи») передать Предлагаемую долю участия Получателю;

Transferee of the Offered Interest shall have no right to become a Member or to participate in the management of the business and affairs of the Company as a Member or Manager, and shall only have the rights of an Assignee and be entitled to receive the share of profits and the return of capital to which the Offering Member would otherwise have been entitled. A Transferee shall be admitted as a Member of the Company, and as a result of which he or she shall become a substituted Member, with the rights that are consistent with the Membership Interest that was transferred, only if such new Member (i) is approved unanimously by the Voting Members; (ii) delivers to the Company his required capital contribution; (iii) agrees in writing to be bound by the terms of this Agreement by becoming a party hereto.

однако, если все остальные Участники с правом голоса, кроме Участника, предлагающего свою Долю участия, не одобряют предлагаемую передачу единогласным письменным решением, Получатель Предлагаемой доли участия не имеет права на членство или участие в управлении деятельностью и делами Компании в качестве Участника или Директора и имеет только права Цессионария и может получать долю прибыли и возврат капитала, на которые в противном случае имел бы право Участник, предлагающий свою Долю участия. Получатель может быть принят в качестве Участника Компании, в результате чего стать замещенным Участником с правами, согласующимися с Долей участия, которая была передана, только если такой новый Участник (i) будет единогласно одобрен Участниками с правом голоса; (ii) предоставит Компании необходимый взнос в уставный капитал; (iii) предоставит письменное согласие на соблюдение условий настоящего Договора, став его стороной.

If the Offering Member shall not transfer the Offered Interest within the Free Transfer Period, his or her right to transfer the Offered Interest free of the foregoing restrictions shall thereupon cease and terminate.

Если Участник, предлагающий свою Долю участия, не передаст Предлагаемой доли участия в течение Периода свободной передачи, он или она теряет свое право на передачу Предлагаемой доли участия без вышеуказанных ограничений.

6.4   _Involuntary Transfer of a Membership Interest_. A creditor's charging order or lien on a Member's Membership Interest, bankruptcy of a Member, or other involuntary transfer of Member's Membership Interest, shall constitute a material breach of this Agreement by such Member. The creditor, transferee or other claimant, shall only have the rights of an Assignee, and shall have no right to become a Member, or to participate in the management of the business and affairs of the Company as a Member or Manager under any circumstances, and shall be entitled only to receive the share of profits and losses, and the return of capital, to which the Member would otherwise have been entitled. The Voting Members, including a Voting Member whose interest is the subject of the charging order, lien, bankruptcy, or involuntary transfer, may unanimously elect, by written notice that is provided to the creditor, transferee or other claimant, at any time, to purchase all or any part of Membership Interest that was the subject of the creditor's charging order, lien, bankruptcy, or other involuntary transfer, at a price that is equal to one-half (1/2) of the book value of such interest, adjusted for profits and losses to the date of purchase.

6.4   _Принудительная передача Доли участия_. Обращение взыскания кредиторами или залоговое право на Долю участия Участника, банкротство Участника или другая принудительная передача Доли участия Участника представляют собой существенное нарушение данного Договора таким Участником. Кредитор, получатель или другой заявитель имеют права только Цессионария и не имеют права на членство или участие в управлении деятельностью и делами Компании в качестве Участника или Директора ни при каких обстоятельствах, и имеет право только на получение доли прибыли и убытков, а также возврат капитала, на которые в противном случае имел бы право такой Участник. Участники с правом голоса, в том числе Участник с правом голоса, чья Доля участия является предметом обращения взыскания, залогового удержания, банкротства или принудительной передачи, могут единогласно путем предоставления письменного уведомления кредитору, получателю или другому заявителю в любое время приобрести всю или любую часть Доли участия, которая была предметом обращения взыскания кредиторами,

The Members agree that such valuation is a good-faith attempt at fixing the value of the interest, after taking into account that the interest does not include all of the rights of a Member or Manager, and after deducting damages that are due to the material breach of this Agreement.

залогового удержания, банкротства или другой принудительной передачи, по цене, равной ½ (половине) балансовой стоимости такой доли участия, скорректированной на прибыль и убытки до даты приобретения. Участники согласны с тем, что такая оценка является добросовестной попыткой установить стоимость Доли участия с учетом того, что Доля участия не включает в себя все права Участника или Директора, и после вычета убытков, связанных с существенным нарушением настоящего Договора.

## ARTICLE VII
## ACCOUNTING, RECORDS AND REPORTING

## СТАТЬЯ VII
## БУХГАЛТЕРСКИЙ УЧЕТ И ОТЧЕТНОСТЬ

7.1   _Books and Records_. The Company shall maintain complete and accurate accounts in proper books of all transactions of or on behalf of the Company and shall enter or cause to be entered therein a full and accurate account of all transactions on behalf of the Company. The Company's books and accounting records shall be kept in accordance with such accounting principles (which shall be consistently applied throughout each accounting period) as the Voting Members may determine to be

7.1   _Бухгалтерские книги и записи_. Компания должна вести полный и точный учет в надлежащих бухгалтерских книгах касательно всех операций, осуществляемых Компанией и от ее имени, а также вносить или распоряжаться о внесении в такие бухгалтерские книги полных и точных записей обо всех операциях от имени Компании. Бухгалтерские книги и учетные записи Компании должны храниться в соответствии с такими

convenient and advisable. The Company shall maintain at its principal office all of the following:

принципами бухгалтерского учета (которые должны согласованно применяться в течение каждого отчетного периода), которые, по мнению Участников с правом голоса, являются удобными и целесообразными. Компания в своем головном офисе должна хранить всю нижеуказанную информацию:

A current list of the full name and last known business or residence address of each Member in the Company set forth in alphabetical order; Percentage Ownership and Voting Interests; Percentage Profit Distribution Interests; copies of the Company's federal, state and local income tax or information returns and reports, if any, for the six most recent taxable years; a copy of this Agreement and any and all amendments hereto together with executed copies of any powers of attorney pursuant to which this Agreement or any amendments thereto have been executed; copies of the financial statements of the Company, if any, for the six most recent Fiscal Years; the Company's books and records as they relate to the internal affairs of the Company for at least the current and past four Fiscal Years; true and full information regarding the status of the business and financial condition of the Company; and true and full information regarding the amount of cash and a description and statement of the agreed value of any other property or services

Текущий список полного наименования и последнего известного служебного адреса или адреса фактического проживания каждого Участника Компании, указанного в алфавитном порядке; Доля участия и Права голоса в процентном содержании; Доля распределения прибыли в процентном содержании; копии деклараций и отчетов об уплате федерального, государственного и местного подоходного налога Компании, если таковые имеются, за шесть последних налогооблагаемых лет; копия настоящего Договора с какими-либо поправками к нему вместе с подписанными копиями каких-либо доверенностей, на основании которых был подписан настоящий Договор с какими-либо поправками к нему; копии финансовой отчетности Компании, если таковая имеется, за шесть последних финансовых лет; бухгалтерские книги и записи Компании касательно внутренних дел Компании, на текущий момент и, по крайней мере, за

contributed by each Member and which each Member has agreed to contribute in the future, and the date on which each became a Member.

последние четыре финансовых года; достоверную и полную информацию о состоянии коммерческой и финансового деятельности Компании; достоверную и полную информацию о сумме наличных средств, а также описание и заявление о согласованной стоимости какого-либо другого имущества или услуг, вносимых каждым Участником, и которые каждый Участник согласился внести в будущем, с указанием даты, на которую каждый из них стал Участником,

7.2 _Inspection of Books and Records_. Each Member has the right, on reasonable request for purposes reasonably related to the interest of the person as a Member or a Manager, to: (a) inspect and copy during normal business hours any of the Company's records described in Section 7.1; and (b) obtain from the Company promptly after their becoming available a copy of the Company's federal, state and local income tax or information returns for each Fiscal Year.

7.2 _Проверка бухгалтерских книг и записей_. Каждый Участник имеет право по обоснованному требованию и в целях, связанных с долей участия лица в качестве Участника или Директора, на: (a) проверку и копирование в течение обычных рабочих часов любой из записей Компании, описанных в пункте 7.1; и (b) получение от Компании немедленно после того, как они станут доступными, копии деклараций об уплате федерального, государственного и местного подоходного налога Компании за каждый финансовый год.

7.3 _Accountings_. As soon as is reasonably practicable after the close of each Fiscal Year, the Voting Members shall make or

7.3 _Отчетность_. Как только станет практически возможным по окончании каждого Финансового года, Участники с

cause to be made a full and accurate accounting of the affairs of the Company as of the close of that Fiscal Year and shall prepare or cause to be prepared a balance sheet as of the end of such Fiscal Year, a profit and loss statement for that Fiscal Year and a statement of Members' equity showing the respective distributions, if any, to Members during such Fiscal Year, and any other statements and information necessary for a complete and fair presentation of the financial condition of the Company, all of which the Manager shall furnish to each Member. In addition, the Company shall furnish to each Member information regarding the Company necessary for such Member to complete such Member's federal and state income tax returns. The Company shall also furnish a copy of the Company's tax returns to any Member requesting the same. On such accounting being made, profits and losses during such Fiscal Year shall be ascertained and credited or debited, as the case may be, in the books of account of the Company to the respective Members as herein provided.

правом голоса должны вести или обеспечить ведение полного и точного учета деятельности Компании по состоянию на конец такого Финансового года и подготовить или распорядиться о подготовке балансового отчета по состоянию на конец такого Финансового года, отчета о прибылях и убытках за такой Финансовый год и отчета об изменениях собственного капитала Участников, отображающего соответствующие распределения, если таковые имеются, в пользу Участников в течение такого Финансового года, а также какие-либо другие отчеты и информацию, необходимые для полного и достоверного представления финансового состояния Компании, которые Директор предоставляет каждому Участнику. Кроме того, Компания предоставляет каждому Участнику информацию о Компании, необходимую такому Участнику для заполнения федеральных и государственных подоходных налоговых деклараций такого Участника. Компания также предоставляет копию налоговых деклараций Компании любому Участнику, запрашивающему их. При ведении такого бухгалтерского учета, прибыль и убытки в течение такого Финансового года должны быть

подтверждены и зачислены в кредит или дебетованы, в зависимости от случая, в бухгалтерских книгах Компании для соответствующих Участников, как предусмотрено в настоящем документе.

7.4 *Filings*. The Voting Members, at Company expense, shall cause the income tax returns for the Company to be prepared and timely filed with the appropriate authorities. The Voting Members, at Company expense, shall also cause to be prepared and timely filed with appropriate federal and state regulatory and administrative bodies amendments to, or restatements of, the Certificate and all reports required to be filed by the Company with those entities under the Act or other then current applicable laws, rules, and regulations. If the Company is required by the Act to execute or file any document and fails, after demand, to do so within a reasonable period of time or refuses to do so, any Member may prepare, execute and file that document.

7.4 *Подача*. Участники с правом голоса должны обеспечить за счет Компании подготовку и своевременную подачу налоговых деклараций в соответствующие органы. Участники с правом голоса также должны обеспечить за счет Компании подготовку и своевременную подачу в соответствующие федеральные и государственные регулятивные и административные органы поправок или пересмотренных редакций Свидетельства и всех отчетов, которые должны подаваться Компанией в такие органы согласно Закону или другим действующим на тот момент законам, нормам и положениям. Если Компания обязана в соответствии с Законом подготовить или подать какой-либо документ и не сможет, по требованию, сделать это в течение разумного периода времени или отказываться подавать такой документ, такой документ может быть подготовлен и подан любым Участником.

7.5 _Bank Accounts_. The Company shall maintain its funds in one or more separate bank accounts in the name of the Company, and shall not permit the funds of the Company to be co-mingled in any fashion with the funds of any other Person.

7.5 _Банковские счета_. Компания хранит свои денежные средства на одном или нескольких отдельных банковских счетах от имени Компании и не допускает совместного использования денежных средств Компании каким-либо образом с денежными средствами любого другого Лица.

7.6 _Tax Matters Partner_. The Voting Members may, in their exclusive discretion, appoint, remove and replace a Tax Matters Partner at any time or times. The Voting Members shall from time to time cause the Company to make such tax elections as they deem to be in the interests of the Company and the Members generally. The Tax Matters Partner, as defined in Internal Revenue Code Section 6231, shall represent the Company (at the Company's expense) in connection with all examinations of the Company's affairs by tax authorities, including resulting judicial and administrative proceedings, and shall expend the Company funds for professional services and costs associated therewith.

7.6 _Налоговый партнер_. Участники с правом голоса могут в любое время, по своему собственному усмотрению, назначать, устранять и заменять Налогового партнера. Участники с правом голоса время от времени просят Компанию проводить такие налоговые выборы, которые, по их мнению, являются в интересах Компании и Участников в целом. Налоговый партнер, определенный в Разделе 6231 Налогового кодекса, представляет Компанию (за счет Компании) в связи с какими-либо проверками состояния дел Компании налоговыми органами, включая судебные и административные процедуры, и расходует денежные средства Компании для оплаты связанных с этим профессиональных услуг и затрат.

## ARTICLE VIII
## DISSOLUTION AND WINDING UP

8.1 *Dissolution*. The Company shall be dissolved, its assets shall be disposed of, and its affairs wound up on the first to occur of: the entry of a decree of judicial dissolution pursuant to the Act; or the unanimous approval of the Voting Members.

8.2 *Winding Up*. On the occurrence of an event specified in Section 8.1, the Company shall continue solely for the purpose of winding up its affairs in an orderly manner, liquidating its assets and satisfying the claims of its creditors. The Voting Members shall be responsible for overseeing the winding up and liquidation of Company, shall take full account of the assets and liabilities of Company, shall cause such assets to be sold or distributed, and shall cause the proceeds there from, to the extent sufficient therefore, to be applied and distributed as provided in Section 8.4. The Voting Members shall give written notice of the commencement of winding up by mail to all known creditors and claimants whose addresses appear on the records of the

## СТАТЬЯ VIII
## ЛИКВИДАЦИЯ И РОСПУСК

8.1 *Ликвидация*. Компания должна быть ликвидирована, ее активы должны быть проданы, а ее деятельность прекращена в случае наступления чего-либо из нижеуказанного: вступление в силу судебного решения о ликвидации в соответствии с Законом; или единогласное решение Участников с правом голоса.

8.2 *Роспуск*. При наступлении события, указанного в пункте 8.1 выше, Компания продолжает деятельность исключительно с целью своего роспуска в соответствии с установленным порядком, ликвидации своих активов и удовлетворения требований своих кредиторов. Участники с правом голоса в пределах своих полномочий несут ответственность за осуществление контроля над процессом роспуска и ликвидации Компании, ведут полный учет активов и обязательств Компании, организовывают продажу или распределение таких активов, а также применение и распределение доходов от такой продажи или распределения, как предусмотрено в пункте 8.4. Участники с правом голоса направляют письменное

Company. The Members shall be entitled to reasonable compensation for such services.

8.3 _Distributions in Kind_. Any noncash assets distributed to the Members shall first be valued at their fair market value to determine the profit or loss that would have resulted if such assets were sold for such value. Such profit or loss shall then be allocated pursuant to this Agreement, and the Members' Capital Accounts shall be adjusted to reflect such allocations. The amount distributed and charged against the Capital Account of each Member receiving an interest in a distributed asset shall be the fair market value of such interest (net of any liability secured by such asset that such Member assumes or takes subject to). The fair market value of such asset shall be determined by the Voting Members, or if any Voting Member objects, by an independent appraiser (and any such appraiser must be recognized as an expert in valuing the type of asset involved) selected by a Majority of the Voting Members.

уведомление о начале роспуска по почте всем известным кредиторам и заявителям, адреса которых указаны в документах Компании. Участники имеют право на получение разумной компенсации за такие услуги.

8.3 _Распределение в натуральном выражении._ Какие-либо неденежные активы, распределенные Участникам, сначала оцениваются по их справедливой рыночной стоимости для определения прибыли или убытка, которые могли бы возникнуть, если бы такие активы были проданы за такую стоимость. После этого такая прибыль или убыток распределяется в соответствии с настоящим Договором, а Счета капитала Участников корректируются с учетом таких ассигнований. Сумма, распределенная и начисленная на Счет капитала каждого Участника, получающего долю участия в распределяемом активе, представляет собой справедливую рыночную стоимость такой доли участия (за вычетом какого-либо обязательства, обеспеченного таким активом, которое берет на себя или несет такой Участник). Справедливая рыночная стоимость такого актива определяется Участниками с

правом голоса, а в случае возражения какого-либо Участника с правом голоса, независимым оценщиком (причем какой-либо такой оценщик должен быть признан экспертом в сфере оценивания данного типа актива), выбранным большинством Участников с правом голоса.

8.4 _Order of Payment of Liabilities on Dissolution_. After a determination that all known debts and liabilities of the Company in the process of winding up, including, without limitation, debts and liabilities to Members who are creditors of the Company, have been paid or adequately provided for, the remaining assets shall be distributed to the Members in proportion to their positive Capital Account balances, after taking into account profit and loss allocations for the Company's taxable year during which liquidation occurs.

8.4 _Порядок оплаты обязательств в случае ликвидации_. После того, как будет установлено, что все известные долги и обязательства Компании, находящейся в процессе роспуска, в том числе, но не ограничиваясь только этим, долги и обязательства перед Участниками, которые являются кредиторами Компании, были погашены или надлежащим образом обеспечены, остальные активы распределяются в пользу Участников пропорционально их положительных сальдо на Счете капитала с учетом распределенной прибыли и убытков за налогооблагаемый год Компании, в котором имеет место ликвидация.

8.5 _Adequacy of Payment_. The payment of a debt or liability, whether the whereabouts of the creditor is known or unknown, shall have been adequately provided for if

8.5 _Достаточность платежа_. Погашение долга или обязательства, независимо от того, известно ли местонахождение кредитора или нет, должно быть

payment thereof shall have been assumed or guaranteed in good faith by one or more financially responsible Persons or by the United States government or any agency thereof, and the provision, including the financial responsibility of the Person, was determined in good faith and with reasonable care by the Members to be adequate at the time of any distribution of the assets pursuant to this Section. This Section shall not prescribe the exclusive means of making adequate provision for debts and liabilities.

надлежащим образом обеспечено, если такое погашение должно быть добросовестно взято на себя или гарантировано одним или несколькими финансово ответственными Лицами или правительством Соединенных Штатов Америки или каким-либо его ведомством, и если такое обеспечение, в том числе финансовая ответственность Лица, было добросовестно и с разумной осторожностью определено Участниками как достаточное на момент какого-либо распределения активов в соответствии с настоящим пунктом. Настоящий пункт не предусматривает исключительных средств для достаточного обеспечения долгов и обязательств.

8.6   *Compliance with Regulations*. All payments to the Members on the winding up and dissolution of Company shall be strictly in accordance with the positive capital account balance limitation and other requirements of Regulations Section 1.704-1(b)(2)(ii)(d), as the voting Members deem appropriate.

8.6   *Соблюдение Регламента*. Все платежи в пользу Участников в случае роспуска и ликвидации Компании должны осуществляться строго в соответствии с ограничением положительного сальдо на счету капитала и другими требованиями, предусмотренными в Разделе 1.704-1(b)(2)(ii)(d) Регламента, которые по мнению Участников с правом голоса являются целесообразными.

8.7   *Limitations on Payments Made in Dissolution*. Except as otherwise specifically

8.7   *Ограничения на платежи, осуществляемые в случае ликвидации*. За

provided in this Agreement, each Member shall only be entitled to look solely to the assets of the Company for the return of such Member's positive Capital Account balance and shall have no recourse for such Member's Capital Contribution or share of profits (on dissolution or otherwise) against any other Member.

исключением случаев, специально предусмотренных настоящим Договором, каждый Участник имеет право только на активы Компании для возврата положительного сальдо на Счете капитала такого Участника и не имеет права регресса на Взнос в уставный капитал или долю участия в прибылях (при ликвидации или в другом случае) такого Участника по отношению к какому-либо другому Участнику.

## ARTICLE IX
## EXCULPATION AND INDEMNIFICATION

## СТАТЬЯ IX
## ОГРАНИЧЕНИЕ ЛИЧНОЙ ОТВЕТСТВЕННОСТИ И ВОЗМЕЩЕНИЕ УЩЕРБА

9.1   *Exculpation of Members*. No Member shall be liable to the Company or to the other Members for damages or otherwise with respect to any actions taken or not taken in good faith and reasonably believed by such Member to be in or not opposed to the best interests of the Company, except to the extent any related loss results from fraud, gross negligence or willful or wanton misconduct on the part of such Member or the material breach of any obligation under this Agreement or of the fiduciary duties owed to the Company or the other Members by such Member.

9.2   *Ограничение личной ответственности Участников*. Ни один Участник не несет ответственности перед Компанией или другими Участниками за ущерб или иным образом в отношении каких-либо действий, предпринятых или не предпринятых добросовестно и разумно, которые по мнению такого Участника являются в интересах или не противоречат интересам Компании, за исключением случаев, когда какие-либо связанные с этим убытки возникли в результате мошенничества, грубой небрежности или умышленных или

бессмысленных неправомерных действий со стороны такого Участника или существенного нарушения таким Участником каких-либо обязательств по настоящему Договору или фидуциарных обязательств перед Компанией или другими Участниками.

9.2 *Indemnification by Company*. The Company shall indemnify, hold harmless and defend the Members, in their capacity as Members, Managers, or Officers, from and against any loss, expense, damage or injury suffered or sustained by them by reason of any acts or omissions arising out of their activities on behalf of the Company or in furtherance of the interests of the Company, including but not limited to any judgment, award, settlement, reasonable attorneys' fees and other costs or expenses incurred in connection with the defense of any actual or threatened action, proceeding or claim, if the acts or omissions were not performed or omitted fraudulently or as a result of gross negligence or willful misconduct by the indemnified party. Reasonable expenses incurred by the indemnified party in connection with any such proceeding relating to the foregoing matters may be paid or reimbursed by the Company in advance of the final disposition of such

9.2 *Возмещение ущерба Компанией*. Компания возмещает и освобождает от ответственности Участников, выступающих в качестве Участников, Директоров или Должностных лиц, от каких-либо убытков, расходов, потерь или ущерба, понесенных ими в результате каких-либо действий или бездействия, возникающих в связи с их деятельностью от имени Компании или в интересах Компании, включая, но не ограничиваясь только этим, какие-либо судебные решения, арбитражные решения, компромиссные соглашения, разумные гонорары адвокатов и прочие расходы или издержки, понесенные в связи с защитой каких-либо фактических или угрожаемых действий, процедур или исков, если такие действия или бездействие не были выполнены или допущены мошенническим путем или в результате грубой небрежности или умышленного неправомерного поведения

proceeding upon receipt by the Company of (i) written affirmation by the Person requesting indemnification of its good-faith belief that it has met the standard of conduct necessary for indemnification by the Company and (ii) a written undertaking by or on behalf of such Person to repay such amount if it shall ultimately be determined by a court of competent jurisdiction that such Person has not met such standard of conduct, which undertaking shall be an unlimited general obligation of the indemnified party but need not be secured.

со стороны ограждаемой от ответственности стороны. Разумные затраты, понесенные ограждаемой от ответственности стороной в связи с какими-либо такими процедурами, связанными с вышеуказанными вопросами, могут быть оплачены или возмещены Компанией до вынесения окончательного решения в такой процедуре после получения Компанией (i) письменного подтверждения Лицом, запрашивающим освобождение от ответственности, своего добросовестного убеждения в том, что оно придерживалось норм поведения, необходимых для освобождения от ответственности Компанией, и (ii) письменного обязательства такого Лица или от его имени касательно погашения такой суммы, если в конечном итоге судом соответствующей юрисдикции будет определено, что такое Лицо не соблюдало таких норм поведения, соблюдение которых является неограниченным общим обязательством ограждаемой от ответственности стороны, но необязательно должно быть обеспечено.

9.3  *Insurance*. The Company shall have the power to purchase and maintain insurance

9.3  *Страхование*. Компания имеет право приобрести и поддерживать в силе

on behalf of any Person who is or was a Member or an agent of the Company against any liability asserted against such Person and incurred by such Person in any such capacity, or arising out of such Person's status as a Member or an agent of the Company, whether or not the Company would have the power to indemnify such Person against such liability under Section 10.1 or under applicable law.

страховку от имени какого-либо Лица, являющегося или являвшегося Участником или агентом Компании, от какой-либо ответственности, предъявленной такому Лицу и понесенной таким Лицом в какой-либо такой роли, или возникающей в связи со статусом такого Лица как Участника или представителя Компании, независимо от того, имеет ли Компания право освободить такое Лицо от такой ответственности в соответствии с положениями пункта 10.1 или применимого права.

## ARTICLE X
## DISPUTE RESOLUTION

## СТАТЬЯ X
## РАЗРЕШЕНИЕ СПОРОВ

10.1 *Disputes Among Members*. The Members agree that in the event of any dispute or disagreement solely between or among any of them arising out of, relating to or in connection with this Agreement or the Company or its organization, formation, business or management ("Member Dispute"), the Members shall use their best efforts to resolve any dispute arising out of or in connection with this Agreement by good-faith negotiation and mutual agreement. The Members shall meet at a mutually convenient time and

10.1 *Споры между Участниками.* Участники обязуются, что в случае возникновения какого-либо спора или разногласия исключительно между кем-либо из них вследствие, касательно или в связи с настоящим Договором или Компанией, а также ее учреждением, формированием, деятельностью или управлением (далее – «Спор между Участниками»), Участники должны приложить все усилия для разрешения какого-либо спора, возникающего вследствие или в связи с настоящим

place to attempt to resolve any such dispute.

Договором, посредством добросовестных переговоров и достижения взаимного согласия. Участники должны встретиться в удобное для них время и месте для урегулирования какого-либо такого спора.

However, in the event that the Members are unable to resolve any Member Dispute, such parties shall first attempt to settle such dispute through a non-binding mediation proceeding. In the event any party to such mediation proceeding is not satisfied with the results thereof, then any unresolved disputes shall be finally settled in accordance with an arbitration proceeding. In no event shall the results of any mediation proceeding be admissible in any arbitration or judicial proceeding.

Однако, в случае если Участники не могут разрешить какой-либо Спор между Участниками, стороны должны сначала попытаться разрешить такой спор посредством процедуры медиации, результат которой не является обязывающим для сторон. В случае если какая-либо сторона такой процедуры медиации не будет удовлетворена ее результатами, тогда любые неразрешенные споры должны быть окончательно урегулированы посредством арбитражного разбирательства. Ни в коем случае результаты какой-либо процедуры медиации не принимаются ни в каких арбитражных или судебных разбирательствах.

10.2 *Mediation*. Mediation proceedings shall be conducted in accordance with the Commercial Mediation Rules of the American Arbitration Association (the "AAA") in effect on the date the notice of mediation was served, other than as specifically modified herein, and shall be

10.2 *Процедура медиации*. Процедура медиации должна осуществляться в соответствии с Регламентом коммерческой медиации Американской арбитражной ассоциации (далее – «ААА»), действующим на дату вручения уведомления о медиации,

non-binding on the parties thereto.

Any Member may commence a mediation proceeding by serving written notice thereof to the other Members, by mail or otherwise, designating the issue(s) to be mediated and the specific provisions of this Agreement under which such issue(s) and dispute arose. The initiating party shall simultaneously file two copies of the notice with the AAA, along with a copy of this Agreement. A Member may withdraw from the Member Dispute by signing an agreement to be bound by the results of the mediation, to the extent the mediation results are accepted by the other Members as provided herein. A Member who withdraws shall have no further right to participate in the Member Dispute.

The Members shall select one neutral third party AAA mediator (the "Mediator") with expertise in the area that is in dispute. If a Mediator has not been selected within five (5) business days thereafter, then a Mediator shall be selected by the AAA in accordance with the Commercial Mediation Rules of the AAA.

кроме случаев, специально оговоренных в данном Договоре, и не имеет обязательной силы для сторон.

Любой Участник может начать процедуру медиации посредством предоставления письменного уведомления об этом другим Участникам по почте или иным образом, с указанием вопроса(-ов), подлежащего(-их) медиации, а также конкретных положений настоящего Договора, в соответствии с которыми возник(-ли) такой(-ие) вопрос(-ы) и спор. Инициирующая сторона должна одновременно подать две копии уведомления в ААА вместе с копией настоящего Договора. Участник может отказаться от участия в Споре между Участниками, подписав согласие на то, что он связан результатами процедуры медиации, если результаты процедуры медиации принимаются другими Участниками, как предусмотрено в настоящем документе. Участник, который отказывается от участия в споре, в дальнейшем не имеет права участвовать в данном споре.

Участники выбирают одного нейтрального стороннего медиатора ААА (далее – «Медиатор») с опытом работы в оспариваемом вопросе. Если Медиатор не будет выбран в течение 5 (пяти) рабочих дней после этого, Медиатора выбирает ААА в соответствии с Регламентом коммерческой медиации ААА.

The Mediator shall schedule sessions, as necessary, for the presentation by all Members of their respective positions, which, at the option of the Mediator, may be heard by the Mediator jointly or in private, without any other members present. The mediation proceeding shall be held in the city that is the company's principal place of business or such other place as agreed by the Mediator and all of the Members. The Members may submit to the Mediator, no later than ten (10) business days prior to the first scheduled session, a brief memorandum in support of their position.

The Mediator shall make written recommendations for settlement in respect of the dispute, including apportionment of the mediator's fee, within ten (10) business days of the last scheduled session. If any Member involved is not satisfied with the recommendation for settlement, he may commence an arbitration proceeding.

10.3  Arbitration. Arbitration proceedings shall be conducted under the Rules of Commercial Arbitration of the AAA (the "Rules"). A Member may withdraw from

---

По мере необходимости, Медиатор назначает заседания для представления всеми Участниками своих соответствующих позиций, которые, на усмотрение Медиатора, могут быть заслушаны Медиатором коллективно или в частном порядке, без присутствия каких-либо других Участников. Процедура медиации проводится в городе, являющемся основным местом деятельности компании, или в другом месте, согласованном Медиатором и всеми Участниками. Участники могут представить Медиатору не позднее, чем за 10 (десять) рабочих дней до первого запланированного заседания, краткий меморандум в поддержку своей позиции.

Медиатор должен предоставить письменные рекомендации для урегулирования спора, включая распределение вознаграждения Медиатора, в течение 10 (десяти) рабочих дней после последнего запланированного заседания. Если какой-либо участвующий Участник не удовлетворен рекомендацией относительно урегулирования спора, он может инициировать арбитражное разбирательство.

10.3  Арбитраж.         Арбитражное разбирательство проводится в соответствии с Регламентом коммерческого арбитража ААА (далее –

the Member Dispute by signing an agreement to be bound by the results of the arbitration. A Member who withdraws shall have no further right to participate in the Member Dispute.

«Регламент»). Участник может отказаться от участия в Споре между Участниками, подписав согласие на то, что он связан результатами арбитражного разбирательства. Участник, который отказывается от участия в Споре между Участниками, в дальнейшем не имеет права участвовать в Споре между Участниками.

The arbitration panel shall consist of one arbitrator. The Members shall select one neutral third party AAA arbitrator (the "Arbitrator") with expertise in the area that is in dispute. If an Arbitrator has not been selected within five (5) business days thereafter, then an Arbitrator shall be selected by the AAA in accordance with the Commercial Arbitration Rules of the AAA. The arbitration proceeding shall be held in the city that is the company's principal place of business or such other place as agreed by the Arbitrator and all of the Members. Any arbitrator who is selected shall disclose promptly to the AAA and to both parties any financial or personal interest the arbitrator may have in the result of the arbitration and/or any other prior or current relationship, or expected or discussed future relationship, with the Members or their representatives. The arbitrator shall promptly conduct proceedings to resolve the dispute in question pursuant to the then existing Rules. To the extent any provisions of the Rules

Арбитражная комиссия состоит из одного арбитра. Участники выбирают одного нейтрального стороннего арбитра ААА (далее – «Арбитр») с опытом урегулирования подобных споров. Если Арбитр не будет выбран в течение 5 (пяти) рабочих дней после этого, тогда Арбитра выбирает ААА в соответствии с Регламентом коммерческого арбитража ААА. Арбитражное разбирательство проводится в городе, являющемся основным местом деятельности компании, или в другом месте, согласованном Арбитром и всеми Участниками. Любой выбранный арбитр должен незамедлительно сообщать ААА и обеим сторонам о какой-либо финансовой или личной заинтересованности, которую такой арбитр может иметь в результате осуществления арбитража, и/или о каких-либо других предыдущих или текущих отношениях либо ожидаемых или обсуждаемых будущих отношениях с

conflict with any provision of this Section, the provisions of this Section shall control.

Участниками или их представителями. Арбитр должен незамедлительно провести разбирательство, чтобы разрешить спор, о котором идет речь, в соответствии с действующим Регламентом. Если какие-либо положения Регламента противоречат какому-либо положению настоящего пункта, преимущественную силу имеют положения настоящего пункта.

In any final award and/or order, the arbitrator shall apportion all the costs (other than attorney's fees which shall be borne by the party incurring such fees) incurred in conducting the arbitration in accordance with what the arbitrator deems just and equitable under the circumstances.

В любом окончательном арбитражном решении и/или приказе арбитр распределяет все расходы (за исключением гонораров адвоката, которые несет сторона, принимающая на себя такие расходы), понесенные при проведении арбитража, в соответствии с тем, что арбитр считает справедливым при данных обстоятельствах.

Discovery shall not be permitted in such arbitration except as allowed by the rules of arbitration, or as otherwise agreed to by all the parties of the Member Dispute. Notwithstanding, the Members agree to make available to one another and to the arbitrator, for inspection and photocopying, all documents, books and records, if determined by the arbitration panel to be relevant to the dispute, and by making available to one another and to the arbitration panel personnel directly or indirectly under their control, for testimony during hearings if determined by the

Разглашение не допускается в таком арбитраже, за исключением случаев, когда это разрешено арбитражным регламентом или иначе согласовано всеми сторонами Спора между Участниками. Несмотря на это, Участники соглашаются предоставлять друг другу и арбитру, в целях проверки и фотокопирования, все документы, бухгалтерские книги и записи, если по мнению арбитражной комиссии они имеют отношение к спору, а также предоставлять такие документы друг другу и членам арбитражной

arbitration panel to be relevant to the dispute. The Members agree, unless undue hardship exists, to conduct arbitration hearings to the greatest extent possible on consecutive business days and to strictly observe time periods established by the Rules or by the arbitrator for the submission of evidence and of briefs. Unless otherwise agreed to by the Members, a stenographic record of the arbitration proceedings shall be made and a transcript thereof shall be ordered for each Member, with each party paying an equal portion of the total cost of such recording and transcription.

The arbitrator shall have all powers of law and equity, which it can lawfully assume, necessary to resolve the issues in dispute including, without limiting the generality of the foregoing, making awards of compensatory damages, issuing both prohibitory and mandatory orders in the nature of injunctions and compelling the production of documents and witnesses for presentation at the arbitration hearings on the merits of the case. The arbitration panel shall neither have nor exercise any power to act as amicable compositeur or ex aequo et bono; or to award special, indirect, consequential or punitive damages. The decision

комиссии, прямо или косвенно находящимся под их контролем, для показаний в ходе слушаний, если по мнению арбитражной комиссии такие документы имеют отношение к спору. Участники соглашаются, при отсутствии каких-либо чрезмерных трудностей, проводить арбитражные слушания в максимально быстрые строки и в течение последовательных рабочих дней и строго соблюдать сроки, установленные Регламентом или арбитром для представления доказательств и инструкций. Если Участниками не согласовано иное, делается стенографическая запись арбитражного разбирательства, которая заказывается для каждого Участника, причем каждая сторона оплачивает равную часть от общей стоимости такой записи и стенограммы.

Арбитр обладает всеми полномочиями по закону и праву справедливости, которыми он может обладать на законных основаниях, необходимые для разрешения спорных вопросов, в том числе, без ограничения общего смысла вышеизложенного, присуждение компенсационных убытков, выдача запретительных и обязательных приказов в виде судебных запретов и принудительное предоставление документов и свидетелей для предоставления на арбитражных слушаниях по существу дела. Арбитражная комиссия не имеет и не может иметь каких-либо

of the arbitration panel shall be in written form and state the reasons upon which it is based. The statutory, case law and common law of the State of New Jersey shall govern in interpreting their respective rights, obligations and liabilities arising out of or related to the transactions provided for or contemplated by this Agreement, including without limitation, the validity, construction and performance of all or any portion of this Agreement, and the applicable remedy for any liability established thereunder, and the amount or method of computation of damages which may be awarded, but such governing law shall not include the law pertaining to conflicts or choice of laws of New Jersey; provided however, that should the parties refer a dispute arising out of or in connection with an ancillary agreement or an agreement between some or all of the Members which specifically references this Article, then the statutory, case law and common law of the State whose law governs such agreement (except the law pertaining to conflicts or choice of law) shall govern in interpreting the respective rights, obligations and liabilities of the parties arising out of or related to the transactions provided for or contemplated by such agreement, including, without limitation, the validity, construction and performance of all or any portion of such agreement, and the applicable remedy for any liability established thereunder, and the amount or method of computation of damages which may be

полномочий действовать в качестве дружеского посредника или по справедливости; а также присуждать специальные, косвенные или штрафные убытки. Решение арбитражной комиссии должно быть оформлено в письменной форме с указанием причин, на которых оно основано. Законодательство, прецедентное право и общее право штата Нью-Джерси регулируют толкование ее соответствующих прав и обязательств, возникающих вследствие или в связи с операциям, предусмотренными настоящим Договором, в том числе, но не ограничиваясь только этим, юридической силой, толкованием и выполнением всего или какой-либо части настоящего Договора, применимыми средствами правовой защиты какого-либо обязательства, установленными в соответствии с ним, а также суммой или способом исчисления убытков, которые могут быть присуждены, однако такое регулирующее законодательство не включает в себя закон, касающийся коллизионного права штата Нью-Джерси, но если стороны направляют спор, возникающий вследствие или в связи с дополнительным соглашением или соглашением между некоторыми или всеми Участниками, в котором есть конкретное указание на данное положение, тогда законодательство, прецедентное право и общее право штата, законодательство которого

awarded.

регулирует такое соглашение (за исключением закона, касающегося коллизионного права), применяются при толковании соответствующих прав и обязательств сторон, возникающих вследствие или в связи с операциями, предусмотренными таким соглашением или связанными с ними, в том числе, но не ограничиваясь только этим, юридической силой, толкованием и выполнением всего или какой-либо части такого соглашения, применимым средством правовой защиты какого-либо обязательства, установленного в соответствии с ним, а также суммой или способом исчисления убытков, которые могут быть присуждены.

Any action or proceeding subsequent to any Award rendered by the arbitrator in the Member Dispute, including, but not limited to, any action to confirm, vacate, modify, challenge or enforce the arbitrator's decision or award shall be filed in a court of competent jurisdiction in the same county where the arbitration of the Member Dispute was conducted, and New Jersey law shall apply in any such subsequent action or proceeding.

Любой иск или разбирательство после какого-либо арбитражного решения, вынесенного арбитром в Споре между Участниками, включая, но не ограничиваясь только этим, любой иск для подтверждения, освобождения, изменения, оспаривания или приведения в исполнение решения арбитра или арбитражной комиссии, подается в суд компетентной юрисдикции в том же округе, где проводилось арбитражное слушание Спора между Участниками, и к какому-либо такому последующему иску или разбирательству применяется закон штата Нью-Джерси.

## ARTICLE XI
## MISCELLANEOUS

11.1 *Authority*. This Agreement constitutes a legal, valid and binding agreement of the Member, enforceable against the Member in accordance with its terms. The Member is empowered and duly authorized to enter into this Agreement (including the power of attorney herein) under every applicable governing document, partnership agreement, trust instrument, pension plan, charter, certificate of incorporation, bylaw provision or the like. The Person, if any, signing this Agreement on behalf of the Member is empowered and duly authorized to do so by the governing document or trust instrument, pension plan, charter, certificate of incorporation, bylaw provision, board of directors or stockholder resolution or the like.

## СТАТЬЯ XI
## ПРОЧИЕ ПОЛОЖЕНИЯ

11.1 *Полномочия*. Настоящий Договор представляет собой юридическое, действительное и обязательное согласие Участника, подлежащее исполнению в отношении Участника в соответствии с его условиями. Участник имеет полное право на подписание настоящего Договора (в том числе доверенности) в соответствии с любым применимым регулирующим документом, соглашением о партнерстве, актом учреждения доверительной собственности, пенсионным планом, уставом, свидетельством о регистрации, внутренним положением и подобными документами. Лицо, если таковое имеется, подписывающее настоящий Договор от имени Участника, имеет полное право и должным образом уполномочено на такое подписание в соответствии с регулирующим документом или актом учреждения доверительной собственности, пенсионным планом, уставом, свидетельством о регистрации, внутренним положением, решением совета директоров или акционеров и подобными документами.

11.2 *Indemnification by the Members*. Each Member hereby agrees to indemnify and defend the Company, the other Members and each of their respective employees, agents, partners, members, shareholders, officers and directors and hold them harmless from and against any and all claims, liabilities, damages, costs and expenses (including, without limitation, court costs and attorneys' fees and expenses) suffered or incurred on account of or arising out of any breach of this Agreement by that Member.

11.2 *Возмещение ущерба Участниками*. Каждый Участник настоящим соглашается возместить ущерб и освободить Компанию, других Участников и каждого из их соответствующих сотрудников, агентов, партнеров, членов, акционеров, должностных лиц и директоров от каких-либо и всех требований, обязательств, убытков, расходов и затрат (включая, но не ограничиваясь только этим, судебные издержки, а также гонорары и расходы адвокатов), понесенные в связи или вследствие какого-либо нарушения настоящего Договора этим Участником..

11.3 *Notices*. Except as otherwise expressly provided herein, any notice, consent, authorization or other communication to be given hereunder shall be in writing and shall be deemed duly given and received when delivered personally, when transmitted by facsimile if receipt is acknowledged by the addressee, one business day after being deposited for next-day delivery with a nationally recognized overnight delivery service, or three business days after being mailed by first class mail, charges and postage

11.3 *Уведомления*. Если настоящим Договором прямо не предусмотрено иное, любое уведомление, согласие, разрешение или другое сообщение, которое должно быть предоставлено по настоящему Договору, должно быть оформлено в письменной форме и считается должным образом предоставленным и полученным, если оно вручено лично, передано по факсу с подтверждением получения адресатом, на следующий рабочий день после его передачи национально признанной

prepaid, properly addressed to the party to receive such notice at the address set forth in the Company's records.

курьерской службе, осуществляющей доставку на следующий день, или через три рабочих дня после отправки заказным почтовый отправлением с оплаченным почтовым сбором, и надлежащим образом адресовано стороне, которая должна получить такое уведомление, по адресу, указанному в документах Компании.

11.4 *Severability*. If any provision of this Agreement, or the application of such provision to any Person or circumstance, shall be held by a court of competent jurisdiction to be invalid or unenforceable, the remainder of this Agreement, or the application of such provision to Persons or circumstances other than those to which it is held to be invalid or unenforceable, shall not be affected thereby.

11.4 *Делимость положений Договора*. Если какое-либо положение настоящего Договора или применение такого положения к какому-либо Лицу или обстоятельствам считается судом компетентной юрисдикции недействительным или лишенным исковой силы, остальные положения настоящего Договора или применение такого положения к Лицам или обстоятельствам, кроме тех, в отношении которых суд компетентной юрисдикции признал его недействительным или не имеющим исковой силы, остаются в силе.

11.5 *Binding Effect*. This Agreement shall bind and inure to the benefit of the parties and their respective Successors.

11.5 *Обязывающее действие*. Настоящий Договор имеет обязательную силу для сторон и их соответствующих Правопреемников.

11.6 *Counterparts*. This Agreement may be

11.6 *Экземпляры*. Настоящий Договор может

executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

быть подписан в одном или нескольких экземплярах, каждый из которых считается оригиналом, но все они вместе составляют один и тот же документ.

11.7   _Entire Agreement_.   This Agreement contains the entire agreement of the parties and supersedes all prior or contemporaneous written or oral negotiations, correspondence, understandings and agreements between or among the parties, regarding the subject matter hereof.

11.7   _Целостность Договора_.   Настоящий Договор содержит в себе целостное соглашение сторон и заменяет собой все предшествующие или одновременные письменные, или устные переговоры, переписку, договоренности и соглашения между сторонами в отношении предмета настоящего Договора.

11.8   _Further Assurances_. Each Member shall provide such further information with respect to the Member as the Company may reasonably request, and shall execute such other and further certificates, instruments and other documents, as may be necessary and proper to implement, complete and perfect the transactions contemplated by this Agreement.

11.8   _Дополнительные заверения_.   Каждый Участник предоставляет такую дополнительную информацию в отношении Участника, которую Компания может разумно требовать, и оформляет такие другие, и дополнительные свидетельства, инструменты, и прочие документы, которые могут быть необходимы, и целесообразны для осуществления операций, предусмотренных настоящим Договором.

11.9   _Headings; Gender; Number; References_.   The headings of the Sections hereof are solely for convenience of reference and

11.9   _Заголовки; пол; число; ссылки_.   Заголовки пунктов настоящего Договора предназначены

are not part of this Agreement. As used herein, each gender includes each other gender, the singular includes the plural and vice versa, as the context may require. All references to Sections and subsections are intended to refer to Sections and subsections of this Agreement, except as otherwise indicated.

исключительно для удобства ссылок и не являются частью настоящего Договора. В контексте настоящего Договора какой-либо пол включает в себя другой пол, единственное число включает в себя множественное число и наоборот, в зависимости от контекста. Все ссылки на пункты и подпункты предназначены для ссылки на пункты, и подпункты настоящего Договора, если не указано иное.

11.10 *Parties in Interest*. Except as expressly provided in the Act, nothing in this Agreement shall confer any rights or remedies under or by reason of this Agreement on any Persons other than the Members and their respective Successors nor shall anything in this Agreement relieve or discharge the obligation or liability of any third Person to any party to this Agreement, nor shall any provision give any third Person any right of subrogation or action over or against any party to this Agreement.

11.10 *Заинтересованные стороны*. Если в Законе четко не предусмотрено иное, ничто в настоящем Договоре не предоставляет каких-либо прав или средств правовой защиты в соответствии с настоящим Договором или в силу настоящего Договора каким-либо Лицам, кроме Участников и их соответствующих Правопреемников, и ничто в настоящем Договоре не освобождает от обязательства, и не снимает ответственности какого-либо третьего Лица перед какой-либо стороной настоящего Договора, и ни одно положение не предоставляет какому-либо третьему Лицу никаких прав суброгации или исковых прав в отношении какой-либо стороны настоящего Договора.

11.11   _Restrictive Covenant:_ Members agree that for as long as they own interest in the Company and for a period of eighteen (18) months from the date that Members either voluntary or involuntary transfer their Membership Interest in the Company, they shall not engage in any business similar to or competitive with the business of the Company, either as an owner, principal, proprietor, partner, shareholder, director, officer, consultant, independent contractor or consultant; shall not solicit or accept business or compensation from, deal with in any manner whatsoever or represent, any accounts of the Company.  As used herein, "accounts of the Company" shall mean any person or entity to whom or to which the Company licensed the right to operate under Company's name, any of the Company's franchisees, Accounts of the Company shall also include any prospective account of the Company, to whom the Company has made a written proposal or correspondence seeking to provide services, or any person or entity with which the Company is negotiating to perform services, form partnerships, license its name, sell a franchise, etc. Members also agree that for as long as they own interest in the Company and for

11.11   _Ограничительное условие._ Участники согласны, что пока они владеют собственной долей участия в Компании и в течение 18 (восемнадцати) месяцев от даты, когда Участники добровольно либо принудительно передают свою Долю участия в капитале Компании, они не должны участвовать в какой-либо деятельности, аналогичной или конкурирующей с деятельностью Компании, будь то в качестве владельца, принципала, собственника, партнера, акционера, директора, должностного лица, консультанта, независимого подрядчика или консультанта; а также они не должны требовать или получать бизнес либо вознаграждение, заключать сделки каким-либо образом или представлять каких-либо клиентов Компании. В контексте настоящего Договора термин «клиенты Компании» означает любое физическое или юридическое лицо, которому Компания лицензировала право действовать под наименованием Компании, любой из франшиз Компании, клиенты Компании также включают в себя любого перспективного клиента Компании, которому Компания отправила

a period of eighteen (18) months from the date that Members either voluntary or involuntary transfer their Membership Interest in the Company, Member shall not solicit, hire or otherwise engage or contact any employees of the Company for the purpose of hiring or retaining the services of such employees as an employee, consultant, partner, independent contractor or otherwise.   Nothing contained herein shall preclude Yevgeniy Kaban from operating any soccer school or related business outside the US.   Nothing contained herein shall preclude Alexander Berkovsky and Alexey Vitashkevich from operating regular, nor preschool soccer schools.

письменное предложение или письмо о предоставлении услуг, или любое физическое или юридическое лицо, с которым Компания ведет переговоры о предоставлении услуг, учреждает партнерские отношения, лицензирует свое наименование, продает франшизу и т.д. Участники также согласны, что пока они владеют долей участия в Компании и в течение 18 (восемнадцати) месяцев от даты, когда Участники добровольно либо принудительно передают свою Долю участия в Компании, Участник не должен подстрекать, нанимать или иным образом привлекать или контактировать с какими-либо сотрудниками Компании в целях найма или удержания услуг таких сотрудников в качестве служащего, консультанта, партнера, независимого подрядчика и т.д. Ни одно положение настоящего Договора не исключает, что Евгений Кабан может управлять какой-либо футбольной школой или связанным с ней бизнесом за пределами США. Ни одно положение настоящего Договора не исключает, что Александр Берковский и Алексей Виташкевич могут работать в обычных школах футбола не для детей дошкольного возраста.

11.12 _Amendments_. All amendments to this Agreement shall be in writing and signed by all of the Members to the agreement at the time of the amendment.

11.13 _Attorneys' Fees_. In any dispute between or among the Company and one or more of the Members, including, but not limited to, any Member Dispute, the prevailing party or parties in such dispute shall be entitled to recover from the non-prevailing party or parties all reasonable fees, costs and expenses including, without limitation, attorneys' fees, costs and expenses, all of which shall be deemed to have accrued on the commencement of such action, proceeding or arbitration. Attorneys' fees shall include, without limitation, fees incurred in any post-award or post-judgment motions or proceedings, contempt proceedings, garnishment, levy, and debtor and third party examinations, discovery, and bankruptcy litigation, and prevailing party shall mean the party that is determined in the arbitration, action or proceeding to have prevailed or who prevails by dismissal, default or otherwise.

11.12 _Поправки_. Все поправки к настоящему Договору должны быть оформлены в письменной форме и подписаны всеми Участниками на момент внесения поправок.

11.13 _Гонорары адвокатов_. В каком-либо споре между Компанией и одним или несколькими Участниками, в том числе, но не ограничиваясь только этим, любом Споре между Участниками, выигравшая спор сторона или стороны имеют право взыскать с проигравшей стороны или сторон все разумные сборы, расходы и затраты, в том числе, но не ограничиваясь только этим, гонорары адвокатов, издержки и расходы, которые считаются наложенными на момент начала такого иска, судебного разбирательства или арбитражного слушания. Гонорары адвокатов включают в себя, помимо прочего, сборы, понесенные в каких-либо ходатайствах или разбирательствах после принятия арбитражного или судебного решения, разбирательствах по делу о неисполнении постановления суда, неуплаты штрафов, сборов, судебных разбирательств должника и третьих лиц, разбирательств по делу о

разглашении и банкротстве, и выигравшая спор сторона означает сторону, которая признана в арбитражном разбирательстве, иске или производстве, выигравшей спор или которая выиграла спор в результате отказа, дефолта или прочего.

11.14 *Remedies Cumulative*. Subject to relative provisions of this Agreement, remedies under this Agreement are cumulative and shall not exclude any other remedies to which any Member may be lawfully entitled.

11.15 *Взаимодополняющий характер мер правовой защиты*. С учетом соответствующих положений настоящего Договора, средства правовой защиты по настоящему Договору являются взаимодополняющими и не исключают каких-либо других средств правовой защиты, на которые может иметь законное право любой Участник.

11.16 *Jurisdiction and Venue/Equitable Remedies*. The Company and each Member hereby expressly agrees that if, under any circumstances, any dispute or controversy arising out of or relating to or in any way connected with this Agreement shall, notwithstanding Article X, be the subject of any court action at law or in equity, such action shall be filed exclusively in the courts of the State of New Jersey. Each Member agrees irrevocably and unconditionally consents and submits to the personal and exclusive jurisdiction of such courts for the purposes of litigating any such action, and hereby grants jurisdiction to such courts and to any appellate courts having jurisdiction over appeals from such courts or review of such proceedings. Because the breach of the provisions of this Section would cause irreparable harm and significant injury to the Company and the other Members, which would be difficult to ascertain and which may not be compensable by damages alone, each Member agrees that the Company and the other Members will have the right to enforce the provisions of this Section by injunction, specific performance or other equitable relief in addition to any and all other remedies available to such party or parties without showing or proving any actual damage to such parties. Members will be entitled to

11.16 *Юрисдикция и место осуществления правосудия/ Средства правовой защиты по праву справедливости*. Компания и каждый Участник настоящим выражают свое согласие с тем, что, при любых обстоятельствах любой спор или разногласие, возникающие вследствие, касательно или в связи с настоящим Договором, независимо от положений Статьи X, является предметом какого-либо судебного разбирательства по закону или по праву справедливости, такой иск подается исключительно в суды штата Нью-Джерси. Каждый Участник безоговорочно соглашается и подчиняется личной и исключительной юрисдикции таких судов в целях судебного рассмотрения какого-либо такого иска и настоящим предоставляет юрисдикцию таким судам и каким-либо апелляционным судам, обладающим юрисдикцией в отношении апелляций, поданных такими судами, или рассмотрения таких дел. Поскольку нарушение положений настоящего пункта может нанести непоправимый вред и значительный ущерб Компании и другим Участникам, который было бы трудно установить и который может не подлежать возмещению одним только ущербом, каждый Участник соглашается

recover all reasonable costs and expenses, including but not limited to all reasonable attorneys' fees, expert and consultants' fees, incurred in connection with the enforcement of this Section.

11.17 _Personal Guarantee_. Although only Alexander Berkovsky signed the personal guarantee for the lease agreement of Footbik premises, it is understood and agreed that ALL the members are responsible personally for that guarantee as per their Percentage Voting Rights in the Company that are identified in Exhibit A.

11.18 _Unanimous Decisions_. The following decisions made by the Voting Members must be by unanimous vote only:

- Any capital allocation or expense greater than $25,000;
- Expense of $25,000 or more within any 30 day period;
- Return of the Capital Contribution;
- Any sale, lease, disposition, mortgage grant, deed of trust, on or related to any of the Company's property or real estate assets, including the granting of options and rights of first refusal or incurring indebtedness for borrowed money and

с тем, что Компания и другие Участники будут иметь право на приведение в исполнение положений настоящего пункта путем судебного запрета, судебного решения об исполнении договорных обязательств или другого справедливого средства правовой защиты, помимо каких-либо и всех других средств правовой защиты, доступных такой стороне или сторонам, без необходимости доказывания какого-либо фактического ущерба для таких сторон. Участники будут иметь право на взыскание всех разумных расходов и издержек, включая, но не ограничиваясь только этим, все разумные гонорары адвокатов, комиссионные экспертов и консультантов, понесенные в связи с приведением в исполнением положений настоящего пункта.

11.17 _Личная гарантия._ Хотя только Александр Берковский подписал личную гарантию договора аренды помещений Footbik, понимается и соглашается, что ВСЕ участники ответственны лично за эту гарантию в соответствии с их процентными правами голоса в Компании, которые указаны в Приложении А.

refinancing existing indebtedness, whether secured or unsecured, for borrowed money, except in the ordinary course of business;

- Any loan or guarantee of debts or other obligations of any Member or any other person;
- Any loans taken out on behalf of the Company;
- Any lease entered into on behalf of the Company;
- Any acquisition of real property, whether improved or unimproved, or any interest therein;
- Any issue of additional Membership Interests or sale of existing Membership Interests in the Company;
- Any change in the ownership percentage of any Member;
- Any bankruptcy filing, appointment of a receiver or trustee or transfer for the benefit of creditors;
- Any amendment to the Agreement or the Articles of the Company.

11.19 *Prevailing Language*. This Agreement is made in English and Russian. In the event of a dispute as to the terms of this Agreement the English version shall prevail.

11.18 *Единогласные решения. Следующие решения, принятые Участниками голосования, должны быть единогласно:*

• Любое распределение капитала или расходы более 25,000 долларов США;

• Расходы в размере 25,000 долл. США или более в течение 30 дней;

• Возврат капитала;

• Любая продажа, сдача в аренду, распоряжение, предоставление ипотечного кредита, доверительное управление, связанная с каким-либо имуществом или имущественными активами Компании или связанная с ним, включая предоставление опционов и прав на первый отказ или возникновение задолженности по заемным средствам и рефинансирование существующей задолженности, будь то обеспеченные или необеспеченные, за заемные деньги, за исключением обычной хозяйственной деятельности;

• Любая ссуда или гарантия долгов или других обязательств любого Участника или любого другого лица;

• Любые займы, полученные от имени Компании;

• Любая аренда, заключенная от имени Компании;

• Любое приобретение недвижимого

имущества, будь то совершенное или неусовершенствованное, или любые проценты в нем;

• Любой выпуск дополнительных Членских долей или продажа существующих Членских интересов в Компании;

• Любое изменение доли собственности любого Участника;

• Любая регистрация банкротства, назначение получателя или доверенного лица или передача в пользу кредиторов;

• Любая поправка к Соглашению или статьям Компании.

11.19 *Преобладающий язык*. Настоящее Соглашение составлено на английском и русском языках. В случае возникновения спора относительно условий настоящего Соглашения преимущественную силу имеет английская версия.

**IN WITNESS WHEREOF, this Limited Liability Company Operating Agreement has been duly executed by or on behalf of the parties hereto as of the date first above written.**

**В УДОСТОВЕРЕНИЕ ЧЕГО** настоящий Учредительный договор компании с ограниченной ответственностью был надлежащим образом подписан сторонами или от имени сторон на дату, указанную выше.

Alexander Berkovsky

_____ **10** / **01** / **2018**

Александр Берковский

_____ **10** / **01** / **2018**

Alexey Vitashkevich

_____ **10** / **01** / **2018**

Алексей Виташкевич

_____ **10** / **01** / **2018**

Yevgeniy Kaban

_____ **10** / **01** / **2018**

Евгений Кабан

_____ **10** / **01** / **2018**

**EXHIBIT "A"**
**LLC MEMBERS, OWNERSHIP**

**ПРИЛОЖЕНИЕ А**
**УЧАСТНИКИ КОМПАНИИ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ, ДОЛИ УЧАСТИЯ**

| NAME/ ИМЯ | OWNERSHIP/ ДОЛЯ УЧАСТИЯ | VOTING RIGHTS/ ПРАВА ГОЛОСА | PROFIT DISTRIBUTION / РАСПРЕДЕЛЕНИЕ ПРИБЫЛИ | INITIAL CONTRIBUTION / ПЕРВОНАЧАЛЬНЫЙ ВЗНОС |
|---|---|---|---|---|
| Alexander Berkovsky/ Александр Берковский | 46.25% | 46.25% | 46.25% | ██████ |
| Alexey Vitashkevich/ Алексей Виташкевич | 7.5% | 7.5% | 7.5% | ██████ |
| Yevgeniy Kaban/ Евгений Кабан | 46.25% | 46.25% | 46.25% | ██████ |

Alexander Berkovsky

_____ __10__ / __01__ /__2018__

Александр Берковский

_____ __10__ / __01__ /__2018__

Alexey Vitashkevich

_____ __10__ / __01__ /__2018__

Алексей Виташкевич

_____ __10__ / __01__ /__2018__

Yevgeniy Kaban

_____ __10__ / __01__ /__2018__

Евгений Кабан

_____ __10__ / __01__ /__2018__

| | |
|---|---|
| **EXHIBIT "B"** | **ПРИЛОЖЕНИЕ В** |
| **RESPONSIBILITIES OF MEMBERS** | **ОБЯЗАННОСТИ УЧАСТНИКОВ** |
| **Alexander Berkovsky** | **Александр Берковский** |

| | |
|---|---|
| - Manage all day to day operations of the Company<br>- Promote and market the Company and its services | - Управление ежедневными операциями Компании<br>- Продвижение и реклама Компании, и ее услуг |

| | |
|---|---|
| **Yevgeniy Kaban** | **Евгений Кабан** |
| - Develop management strategies<br>- Develop marketing strategies | - Разработка стратегий менеджмента<br>- Разработка стратегий маркетинга |

# EXHIBIT D

**TRADEMARK LICENSE AGREEMENT**

THIS AGREEMENT is entered into the last date written below by and between Yevhenii Yevheniiovych Kaban an individual residing at Danilevskogo, st 40, app 32, Kharkiv, 61058, Ukraine ("LICENSOR"), and Footbik USA, LLC a NJ Limited Liability Company with its principal place of business at 47 Annette Dr, Marlboro, NJ 07746 ("LICENSEE").

WHEREAS, LICENSOR is the sole and exclusive owner of the following trademark and registration: FOOTBIK and other intellectual property attached as Exhibit "A" (the "Trademark"); and

WHEREAS, LICENSOR has the power and authority to grant to LICENSEE the right, privilege and license to use the Trademark on or in association with soccer schools or any related services and/or goods covered by the registrations (the "Licensed Products"); and

WHEREAS, LICENSEE has represented that it has the ability to manufacture, market and distribute the Licensed Products in United States of America (the "Territory") and to use the Trademarks on or in association with the Licensed Products; and

WHEREAS, LICENSEE desires to obtain from LICENSOR a license to use, manufacture, have manufactured and sell Licensed Products in the Territory and to use

**ЛИЦЕНЗИОННОЕ СОГЛАШЕНИЕ НА ИСПОЛЬЗОВАНИЕ ТОРГОВОЙ МАРКИ**

НАСТОЯЩЕЕ СОГЛАШЕНИЕ заключено на указанную ниже дату между Евгением Евгеньевичем Кабаном, физическим лицом, проживающим по адресу: ул. Данилевского 40, кв. 32, Харьков, 61058, Украина (далее – «ЛИЦЕНЗИАР»), и «Футбик ЮЭсЭй, ЭлЭлСи», компанией с ограниченной ответственностью в штате Нью-Джерси, головной офис которой находится по адресу: 47 Annette Dr, Marlboro, NJ 07746 (далее – «ЛИЦЕНЗИАТ»).

ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО ЛИЦЕНЗИАР является единственным и исключительным владельцем нижеуказанной торговой марки и регистрации: «ФУТБИК», а также другой интеллектуальной собственности, как описано в Приложении А (далее – «Торговая марка»); и

ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО ЛИЦЕНЗИАР обладает всеми полномочиями на предоставление ЛИЦЕНЗИАТУ права, привилегии и лицензии на использование Торговой марки для или в связи с футбольными школами, или какими-либо связанными с ними услугами, и/или товарами, на которые распространяется действие регистрации (далее – «Лицензионная продукция»), и

ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО ЛИЦЕНЗИАТ заявил о своей возможности производить, продавать и распространять Лицензионную продукцию в Соединенных Штатах Америки (далее – «Территория»), а также использовать Торговые марки для или в связи с Лицензионной продукцией; и

ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО ЛИЦЕНЗИАТ намерен получить от ЛИЦЕНЗИАРА лицензию на использование, производство и продажу Лицензионной

the Trademark on or in association with the Licensed Products; and

WHEREAS, both LICENSEE and LICENSOR are in agreement with respect to the terms and conditions upon which LICENSEE shall use the Trademark;

NOW, THEREFORE, in consideration of the promises and agreements set forth herein, the parties, each intending to be legally bound hereby, do promise and agree as follows.

## 1.  LICENSE GRANT

A.  LICENSOR hereby grants to LICENSEE a exclusive license to use the Trademark on or in association with the Licensed Products in United States of America (Territory), as well as on promotional and advertising material associated therewith.

B.  LICENSOR hereby grants to LICENSEE the exclusive right and license to use, manufacture, have manufactured, sell, distribute, and advertise the Licensed Products in the Territory.  It is understood and agreed that this license shall pertain only to the Trademark and the Licensed Products and does not extend to any other mark, product or service.

C.    LICENSEE may not grant any sublicenses to any third party without the prior express written consent of the LICENSOR which may be withheld for any reason.

## 2.  TERM OF THE AGREEMENT

This Agreement and the provisions hereof,

продукции на Территории, а также на использование Торговой марки для или в связи с Лицензионной продукцией; и

ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО ЛИЦЕНЗИАТ И ЛИЦЕНЗИАР согласны с условиями, на которых ЛИЦЕНЗИАТ должен использовать Торговую марку;

С учетом обещаний и договоренностей, изложенных в настоящем Соглашении, стороны, каждая из которых готова быть юридически обязанной настоящим Соглашением, обещают и договариваются о нижеследующем.

## 1. ПРЕДОСТАВЛЕНИЕ ЛИЦЕНЗИИ

А. ЛИЦЕНЗИАР настоящим предоставляет ЛИЦЕНЗИАТУ исключительную лицензию на использование Торговой марки для или в связи с Лицензионной продукцией в Соединенных Штатах Америки (Территория), а также для рекламных материалов, связанных с такой продукцией.

Б. ЛИЦЕНЗИАР настоящим предоставляет ЛИЦЕНЗИАТУ исключительное право и лицензию на использование, изготовление, продажу, распространение и рекламу Лицензионной продукции на Территории. Стороны понимают и согласны, что такая лицензия касается только Торговой марки, и Лицензионной продукции, и не распространяется на какие-либо другие марки, продукцию или услуги.

С. ЛИЦЕНЗИАТ не может предоставлять какие-либо сублицензии какой-либо третьей стороне без предварительного письменного согласия ЛИЦЕНЗИАРА, в котором может быть отказано по какой-либо причине.

## 2. СРОК ДЕЙСТВИЯ СОГЛАШЕНИЯ

Настоящее Соглашение и его положения,

except as otherwise provided, shall be in full force and effect commencing on the last the date of execution below and shall extend for 12 months (the "Term"). Provided the LICENSEE is not in default this Agreement shall auto renew at the end of every 12 months for an additional 12 months term.

если не предусмотрено иное, вступают в силу с указанной ниже даты подписания Соглашения и могут продлеваются на 12 месяцев (далее – «Срок действия»). При условии, что ЛИЦЕНЗИАТ не нарушил обязательств по настоящему Соглашению, оно продлевается автоматически в конце каждого 12-месячного периода на дополнительные 12 месяцев.

## 3. COMPENSATION

A. In consideration for the licenses granted hereunder, LICENSEE agrees to pay to LICENSOR $2,000 per year ("Fixed Fee") plus $600 per year for each location ("Location Fee"). Payment for Fixed Fee is due upon execution of this agreement and Payment for Location Fee is due upon opening a new location. Opening of any new location shall require a written approval from the LICENSOR, which may be withheld for any reason.

## 3. ВОЗНАГРАЖДЕНИЕ

A. В качестве вознаграждения за предоставленные лицензии по настоящему Соглашению, ЛИЦЕНЗИАТ обязуется выплачивать ЛИЦЕНЗИАРУ 2 000 долларов США в год (далее – «Фиксированный сбор») плюс 600 долларов США в год для каждой локации (далее – «Плата за локацию»). Фиксированный сбор подлежит оплате после подписания настоящего Соглашения, а Сбор за локацию – после открытия новой локации. Открытие какой-либо новой локации требует письменного одобрения ЛИЦЕНЗИАРА, в котором может быть отказано по какой-либо причине.

## 4. AUDIT

A. LICENSOR shall have the right, upon at least five (5) days written notice to inspect LICENSEE's books and records and all other documents and material in the possession of or under the control of LICENSEE with respect to the subject matter of this Agreement at a location in the United States. LICENSOR shall have free and full access thereto for such purposes and shall be permitted to make copies thereof and extracts therefrom.

## 4. АУДИТ

A. ЛИЦЕНЗИАР имеет право, предоставив письменное уведомление не менее чем за 5 (пять) дней, на проверку бухгалтерских книг и записей ЛИЦЕНЗИАТА и каких-либо других документов и материалов, находящихся во владении или под контролем ЛИЦЕНЗИАТА, касающихся предмета настоящего Соглашения, по местонахождению в США. ЛИЦЕНЗИАР должен иметь свободный и полный доступ к таким документам для этих целей, и может делать копии и выписки из таких документов.

B. All books and records relative to LICENSEE's obligations hereunder shall be maintained and kept accessible and available to LICENSOR for inspection in the United

Б. Все бухгалтерские книги и записи, касающиеся обязательств ЛИЦЕНЗИАТА по настоящему Соглашению, должны храниться и быть доступными для проверки

States for at least three (3) years after termination of this Agreement.

ЛИЦЕНЗИАРОМ в Соединенных Штатах Америки в течение как минимум 3 (трех) лет после прекращения действия настоящего Соглашения.

## 5. WARRANTIES AND OBLIGATIONS

## 5. ГАРАНТИИ И ОБЯЗАННОСТИ

A.  LICENSOR represents and warrants that it has the right and power to grant the licenses granted herein and that there are no other agreements with any other party in conflict herewith.

А. ЛИЦЕНЗИАР заявляет и гарантирует, что он имеет право и полномочия предоставлять лицензии, предоставляемые по настоящему Соглашению, и что он не заключал никаких других соглашений с какой-либо другой стороной, которые противоречат настоящему Соглашению.

B.   LICENSOR further represents and warrants that to the best of its knowledge, the Trademark do not infringe any valid right of any third party.

В. ЛИЦЕНЗИАР также заявляет и гарантирует, что, насколько ему известно, Торговая марка не нарушает какие-либо действительные права каких-либо третьих сторон.

C.  LICENSEE represents and warrants that it will use its best efforts to promote, market, sell, and distribute the Licensed Products.

С. ЛИЦЕНЗИАТ заявляет и гарантирует, что он будет прилагать все усилия для продвижения, рекламирования, продажи и распространения Лицензионной продукции.

D.  LICENSEE shall be solely responsible for the promotion, sale, and marketing of the Licensed Products and will bear all related costs associated therewith.

D. ЛИЦЕНЗИАТ несет исключительную ответственность за продвижение, продажу и маркетинг Лицензионной продукции и оплачивает все связанные с этим расходы.

## 6.   NOTICES, QUALITY CONTROL AND SAMPLES

## 6.   УВЕДОМЛЕНИЯ, КОНТРОЛЬ КАЧЕСТВА И ОБРАЗЦЫ

A.   The licenses granted hereunder are conditioned upon LICENSEE's full and complete compliance with the marking provisions of the patent, trademark and copyright laws of the United States and other countries in the Territory.

А. Лицензии, предоставляемые по настоящему Соглашению, зависят от строгого соблюдения ЛИЦЕНЗИАТОМ условий о маркировке, содержащихся в законах о патентах, торговых марках и авторских правах, действующих в США, и других странах на Территории.

B.   The Licensed Products, as well as all promotional, packaging, and advertising material relative thereto, shall include all appropriate legal notices as required by

В. Лицензионная продукция, а также все рекламные и упаковочные материалы, касающиеся такой продукции, должны включать в себя все соответствующие

LICENSOR.

C.  The LICENSEE shall operate the soccer schools in a respectable and professional manner.   LICENSEE shall insure that its conduct does not negatively impact the LICENSOR and/or its Trademark.

D.  If the quality of services by LICENSEE falls below reasonably required quality, LICENSEE shall use its best efforts to restore such quality.   In the event that LICENSEE has not taken appropriate steps to restore such quality within thirty (30) days after notification by LICENSOR, LICENSOR shall have the right to terminate this Agreement and require that the LICENSEE cease using the Trademarks.

E.  The LICENSEE agrees to permit LICENSOR or its representative to inspect all of its locations which operate under the Trademark.

## 7.  NOTICE AND PAYMENT

A.  Any notice required to be given pursuant to this Agreement shall be in writing and delivered personally to the other designated party at the above stated address or mailed by certified or registered mail, return receipt requested or delivered by a recognized national overnight courier service, except e-mail may be used for day-to-day operations and contacts but not for 'notice' or other communications required under this agreement or by law.

---

законные предупреждения, требуемые ЛИЦЕНЗИАРОМ.

C.   ЛИЦЕНЗИАТ должен управлять футбольными школами на профессиональном уровне. ЛИЦЕНЗИАТ должен гарантировать, что его деятельность не будет оказывать отрицательного воздействия на ЛИЦЕНЗИАРА и/или его Торговую марку.

D. Если качество услуг ЛИЦЕНЗИАТА будет ниже разумно требуемого уровня, ЛИЦЕНЗИАТ должен приложить все усилия для повышения такого качества. В случае если ЛИЦЕНЗИАТ не предпримет надлежащих мер для повышения такого качества в течение 30 (тридцати) дней после предоставления уведомления ЛИЦЕНЗИАРОМ, ЛИЦЕНЗИАР имеет право расторгнуть настоящее Соглашение и потребовать прекращения использования ЛИЦЕНЗИАТОМ Торговых марок.

E.   ЛИЦЕНЗИАТ обязуется разрешать ЛИЦЕНЗИАРУ или его представителю проверять все свои локации, работающие под Торговой маркой.

## 7. УВЕДОМЛЕНИЯ И ПЛАТЕЖИ

A.  Какое-либо уведомление, которое должно быть предоставлено в соответствии с настоящим Соглашением, предоставляется в письменной форме и вручается лично другой назначенной стороне по вышеуказанному адресу или отправляется заказным почтовым отправлением или ценным письмом с уведомлением о вручении либо признанной национальной курьерской службой доставки на следующий день. Электронная почта может использоваться для повседневных операций и контактов, но не может использоваться для вручения уведомлений или других сообщений, требуемых по настоящему Соглашению или в соответствии с законом.

B.  Either party may change the address to which notice or payment is to be sent by written notice to the other in accordance with the provisions of this paragraph.

## 8.   PATENTS, TRADEMARKS AND COPYRIGHTS

A.    LICENSOR shall seek, obtain and, during the Term of this Agreement, maintain in its own name and at its own expense, appropriate protection for the Trademarks, and LICENSOR shall retain all right, title and interest in the Trademarks as well as any modifications made to the Trademarks by LICENSEE.  LICENSEE agrees that its use of the Trademarks inures to the benefit of LICENSOR and that the LICENSEE shall not acquire any rights in the Trademarks.

B.   The parties agree to execute any documents reasonably requested by the other party to effect any of the above provisions.

C.  LICENSEE acknowledges LICENSOR's exclusive rights in the Trademarks and, further, acknowledges that the Trademarks are unique and original to LICENSOR and that LICENSOR is the owner thereof. LICENSEE shall not, at any time during or after the effective Term of the Agreement dispute or contest, directly or indirectly, LICENSOR's exclusive right and title to the Trademarks or the validity thereof. LICENSOR, however, makes no representation or warranty with respect to the validity of any patent, trademark or copyright which may issue or be granted therefrom.

---

B. Любая из сторон может изменить адрес, по которому должно быть отправлено уведомление или платеж, предоставив письменное уведомление другой стороне в соответствии с положениями настоящего пункта.

## 8. ПАТЕНТЫ, ТОРГОВЫЕ МАРКИ И АВТОРСКИЕ ПРАВА

А. ЛИЦЕНЗИАР должен подать заявление, получить и в течение Срока действия настоящего Соглашения поддерживать в силе от своего собственного имени, и за свой собственный счет надлежащую защиту для Торговых марок, и сохраняет за собой все права, права собственности, и доли участия в Торговых марках, с какими-либо изменениями, вносимыми в Торговые марки ЛИЦЕНЗИАТОМ. ЛИЦЕНЗИАТ обязуется, что использование им Торговых марок будет осуществляться в интересах ЛИЦЕНЗИАРА, и что ЛИЦЕНЗИАТ не приобретает никаких прав на Торговые марки.

В. Стороны обязуются подписывать какие-либо документы, разумно запрашиваемые другой стороной, для приведения в исполнение какого-либо из вышеизложенных положений.

С. ЛИЦЕНЗИАТ признает исключительные права ЛИЦЕНЗИАРА на Торговые марки, а также признает, что Торговые марки являются уникальными и оригинальными для ЛИЦЕНЗИАРА, и что ЛИЦЕНЗИАР является их владельцем. ЛИЦЕНЗИАТ не должен, в какое-либо время в течение или по окончании Срока действия Соглашения, оспаривать, прямо или косвенно, исключительное право и право собственности ЛИЦЕНЗИАТА на Торговые марки, или их юридическую силу. Однако ЛИЦЕНЗИАР не делает никаких заявлений или гарантий касательно юридической силы какого-либо патента,

торговой марки, или авторского права, которые он может выпускать, или получить на их основании.

## 9.  TERMINATION OR EXPIRATION

## 9.  РАСТОРЖЕНИЕ ИЛИ ИСТЕЧЕНИЕ СРОКА ДЕЙСТВИЯ

A.      In addition to the termination rights that may be provided elsewhere in this Agreement, either party may terminate this Agreement upon thirty (30) days written notice to the other party in the event of a breach of a material provision of this Agreement by the other party, provided that, during the thirty (30) day period, the breaching party fails to cure such breach. Upon expiration or termination, all FIXED FEES and LOCATION FEES, including any unpaid portions of such fees, shall be accelerated and shall immediately become due and payable, and LICENSEE's obligations for the payment of a such fees shall survive expiration or termination of this Agreement.

A. В дополнение к правам на расторжение, которые могут быть предусмотрены в других положениях настоящего Соглашения, какая-либо из сторон может расторгнуть настоящее Соглашение, предоставив другой стороне письменное уведомление в течение 30 (тридцати) дней в случае нарушения какого-либо существенного положения настоящего Соглашения другой стороной, при условии, что в течение такого 30-дневного периода нарушающая сторона не сможет исправить такое нарушение. По истечении срока действия или после расторжения, все ФИКСИРОВАННЫЕ СБОРЫ И СБОРЫ ЗА ЛОКАЦИЮ, включая какие-либо неоплаченные части таких сборов, должны быть немедленно оплачены, а обязательства ЛИЦЕНЗИАТА по уплате таких сборов остаются в силе по истечении срока действия или после расторжения настоящего Соглашения.

B.      Upon the expiration or termination of this Agreement, all of the rights of LICENSEE under this Agreement shall terminate and immediately revert to LICENSOR and LICENSEE shall immediately discontinue all use of the Trademarks at no cost whatsoever to LICENSOR, and LICENSEE shall immediately return to LICENSOR all material relating to the Trademarks including at no cost to LICENSOR.

B. По истечении срока действия или после расторжения настоящего Соглашения, все права ЛИЦЕНЗИАТА по настоящему Соглашению прекращаются и немедленно возвращаются к ЛИЦЕНЗИАРУ, и ЛИЦЕНЗИАТ должен немедленно прекратить какое-либо использование Торговых марок без каких-либо затрат со стороны ЛИЦЕНЗИАРА, а также немедленно вернуть ЛИЦЕНЗИАРУ все материалы, касающиеся Торговых марок без затрат со стороны ЛИЦЕНЗИАРА.

## 10.  GOOD WILL

## 10. ГУДВИЛЛ

LICENSEE recognizes the value of the good will associated with the Trademarks and

ЛИЦЕНЗИАТ признает, что ценность товара связана с Торговой маркой, и что Торговые

acknowledges that the Trademarks and all rights therein including the good will pertaining thereto, belong exclusively to LICENSOR.

## 11. INFRINGEMENTS

If an action for infringement of the rights licensed in this Agreement is brought, each party shall execute all papers, testify on all matters, and otherwise cooperate in every way necessary and desirable for the prosecution of any such lawsuit.

## 12. INDEMNITY

LICENSEE agrees to defend and indemnify LICENSOR, its officers, directors, agents and employees, against all costs, expenses and losses (including reasonable attorneys' fees and costs) incurred through claims of third parties against LICENSOR based on the manufacture or sale of the Licensed Products including, but not limited to, actions founded on product liability.

## 13. INSURANCE

LICENSEE shall, throughout the Term of the Agreement, obtain and maintain at its own cost and expense from a qualified insurance company, such insurance policy with such limits as may be reasonably required by the LICENSOR.

## 14. JURISDICTION AND DISPUTES

A.  This Agreement shall be governed in accordance with the laws of the State of New York, United States of America.

марки и все права на них, включая связанный с ними гудвилл, принадлежат исключительно ЛИЦЕНЗИАРУ.

## 11. НАРУШЕНИЯ

В случае предъявления иска о нарушении прав, лицензируемых по настоящему Соглашению, каждая сторона должна подписать все документы, дать показания по всем вопросам и иным образом сотрудничать всеми необходимыми и желательными для судебного преследования мерами в отношении какого-либо такого иска.

## 12. ВОЗМЕЩЕНИЕ УЩЕРБА

ЛИЦЕНЗИАТ обязуется защищать и освобождать ЛИЦЕНЗИАРА, его должностных лиц, директоров, агентов и сотрудников от ответственности за какие-либо расходы, затраты и убытки (включая разумные гонорары адвокатов), понесенные в результате исков третьих лиц, поданных против ЛИЦЕНЗИАРА касательно изготовления или продажи Лицензионной продукции, в том числе, но не ограничиваясь только этим, исков, связанных с ответственностью за качество продукции.

## 13. СТРАХОВАНИЕ

ЛИЦЕНЗИАТ на протяжении всего Срока действия Соглашения должен получить и поддерживать в силе за свой собственный счет от квалифицированной страховой компании, страховой полис с такими ограничениями, которые могут быть разумно требоваться ЛИЦЕНЗИАРОМ.

## 14. ЮРИСДИКЦИЯ И СПОРЫ

A. Настоящее Соглашение регулируется в соответствии с законодательством штата Нью-Йорк, Соединенные Штаты Америки.

B.  Any controversy, claim or dispute arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate (except at the option of either party for any application for injunctive relief) shall be finally settled by arbitration in New York County, New York State under the rules of the American Arbitration Association (AAA) before one arbitrator and judgment upon the award rendered may be entered in any court having jurisdiction.  In this regard, the parties submit to the personal subject matter jurisdiction of the State of New York.  The arbitration provisions of this Section shall be interpreted according to, and governed by, the Federal Arbitration Act, and any action to enforce any rights hereunder shall be brought exclusively in the U.S. District Court in NY State.  **EACH PARTY HERETO KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVES ANY RIGHT TO A TRIAL BY JURY OF ANY DISPUTE RELATING TO THIS AGREEMENT AND AGREES THAT ANY SUCH ACTION SHALL BE ADJUDICATED BY AN ARBITRATOR AND WITHOUT A JURY.**

В.  Какие-либо разногласия, претензии или споры, возникающие вследствие или в связи с настоящим Соглашением или его нарушением, расторжением, приведением в исполнение, толкованием или юридической силой, в том числе с определением сферы применения настоящего Соглашения для арбитража (за исключением, на усмотрение какой-либо из сторон, какого-либо заявления на средство правовой защиты в виде судебного запрета), должны быть окончательно урегулированы арбитражем в округе Нью-Йорк, штат Нью-Йорк, в соответствии с Регламентом Американской арбитражной ассоциации (ААА) одним арбитром, и вынесенное решение может быть передано на рассмотрение какого-либо суда, имеющего соответствующую юрисдикцию. В связи с этим стороны подчиняются личной предметной юрисдикции штата Нью-Йорк. Положения настоящего пункта об арбитраже толкуются и регулируются Федеральным законом об арбитраже, и какие-либо иски касательно приведения в исполнение каких-либо прав по настоящему Соглашению подаются исключительно в Окружной суд США в штате Нью-Йорк. **КАЖДАЯ СТОРОНА НАСТОЯЩЕГО СОГЛАШЕНИЯ СОЗНАТЕЛЬНО, ДОБРОВОЛЬНО И ПРЕДНАМЕРЕННО ОТКАЗЫВАЕТСЯ ОТ КАКОГО-ЛИБО ПРАВА НА РАССМОТРЕНИЕ СУДОМ ПРИСЯЖНЫХ КАКОГО-ЛИБО СПОРА, КАСАЮЩЕГОСЯ НАСТОЯЩЕГО СОГЛАШЕНИЯ, И СОГЛАШАЕТСЯ, ЧТО КАКИЕ-ЛИБО ТАКИЕ ИСКИ ДОЛЖНЫ БЫТЬ УРЕГУЛИРОВАНЫ АРБИТРОМ БЕЗ УЧАСТИЯ СУДА ПРИСЯЖНЫХ.**

C.  The parties may mutually agree upon any procedure for appointing the arbitrator and shall inform the AAA administrator as to such procedure; however, if within 45 days after the commencement of the arbitration,

С.  Стороны могут прийти к взаимному соглашению касательно какой-либо процедуры назначения арбитра и сообщить о такой процедуре администратору ААА. Однако, если в течение 45 дней после начала

all of the parties have not mutually agreed on a procedure for appointing the arbitrator or have not mutually agreed on the designation of the arbitrator, the AAA administrator shall unilaterally appoint and designate the presiding arbitrator.

D.   If a party fails to file a statement of defense within the time established by the tribunal without showing sufficient cause for such failure, as determined by the tribunal, or if a party, duly notified, fails to appear at a hearing without showing sufficient cause for such failure, as determined by the tribunal, the tribunal may proceed with the arbitration; or if a party, duly invited to produce evidence or take any other steps in the proceedings fails to do so within the time established by the tribunal without showing sufficient cause for such failure, as determined by the tribunal, the tribunal may make the award on the evidence before it.

E.   The arbitrator may, in the Award, allocate all or part of the costs of the arbitration, including the fees of the arbitrator and the reasonable attorneys' fees of the prevailing party.

## 15.   AGREEMENT BINDING ON SUCCESSORS

The provisions of this Agreement shall be binding on and shall inure to the benefit of the parties hereto, and their heirs, administrators, successors, and assigns.

---

арбитражного разбирательства все стороны не придут к взаимному согласию касательно процедуры назначения арбитра или не договорятся о его назначении, администратор ААА должен в одностороннем порядке назначить председательствующего арбитра.

D. Если сторона не представит заявление о защите в течение срока, установленного арбитражным судом, и не укажет достаточной причины для такого непредоставления, как требуется арбитражным судом, или если сторона, должным образом уведомленная об этом, не явится на слушание и не укажет достаточную причину для такого отсутствия, как требуется арбитражным судом, арбитражный суд может приступить к осуществлению арбитражного разбирательства; и если сторона, которой было должным образом предложено предоставить доказательства или предпринять какие-либо другие меры в ходе арбитражного разбирательства, не выполнит этого в течение срока, установленного арбитражным судом, и не укажет достаточной причины для такого невыполнения, как требуется арбитражным судом, арбитражный суд может вынести решение о предоставлении ему необходимых доказательств.

E.   Арбитр может в своем решении распределить все или часть затрат по арбитражному разбирательству, включая вознаграждение арбитра и разумные гонорары адвокатов выигравшей спор стороны.

## 15.   ОБЯЗАТЕЛЬНАЯ СИЛА СОГЛАШЕНИЯ ДЛЯ ПРАВОПРЕЕМНИКОВ

Положения настоящего Соглашения являются в интересах его сторон и их наследников, управляющих, правопреемников и цессионариев.

**16.  WAIVER**

No waiver by either party of any default shall be deemed as a waiver of prior or subsequent default of the same or other provisions of this Agreement.

**16. ОТКАЗ**

Отказ какой-либо стороны от какого-либо невыполнения положений настоящего Соглашения не считается отказом от невыполнения таких или других положений настоящего Соглашения в прошлом или в дальнейшем.

**17.  SEVERABILITY**

If any term, clause, or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause or provision and such invalid term, clause or provision shall be deemed to be severed from the Agreement.

**17. ДЕЛИМОСТЬ ПОЛОЖЕНИЙ**

Если какое-либо условие, пункт или положение настоящего Соглашения считается недействительным или лишенным исковой силы судом компетентной юрисдикции, такая недействительность не влияет на юридическую силу или действие какого-либо другого условия, пункта или положения, и такое недействительное условие, пункт или положение считаются отдельными от Соглашения.

**18.  NO JOINT VENTURE**

Nothing contained herein shall constitute this arrangement to be employment, a joint venture or a partnership.

**18.  ОТСУТСТВИЕ СОВМЕСТНОГО ПРЕДПРИЯТИЯ**

Ни одно положение настоящего Соглашения не предусматривает заключение трудового договора, совместного предприятия или партнерства.

**19.  ASSIGNABILITY**

The license granted hereunder is personal to LICENSEE and shall not be assigned by any act of LICENSEE or by operation of law unless in connection with a transfer of substantially all of the assets of LICENSEE or with the consent of LICENSOR.

**19. ВОЗМОЖНОСТЬ ПЕРЕУСТУПКИ**

Лицензия, предоставляемая по настоящему Соглашению, является личной для ЛИЦЕНЗИАТА и не может быть переуступлена ни на основании какого-либо акта ЛИЦЕНЗИАТА, ни в силу закона, кроме как в связи с передачей практически всех активов ЛИЦЕНЗИАТА или с согласия ЛИЦЕНЗИАРА.

**20.  GOVERNMENTAL APPROVAL**

As promptly as possible after execution of this Agreement, LICENSEE agrees to submit

**20. РАЗРЕШЕНИЕ ПРАВИТЕЛЬСТВА**

ЛИЦЕНЗИАТ обязуется как можно скорее после заключения настоящего Соглашения

copies of this Agreement to any governmental agency in any country in the Territory where approval of a license agreement is necessary and agrees to promptly prosecute any such application diligently. This Agreement shall only become effective in such country or countries upon receipt of appropriate approval from the applicable governmental agency.

предоставить копии настоящего Соглашения какому-либо государственному органу в какой-либо стране на Территории, в которой требуется разрешение правительства на лицензионное соглашение, а также своевременно и должным образом добиваться выдачи такого разрешения. Настоящее Соглашение вступает в силу в такой стране или странах только после получения соответствующего разрешения от соответствующего государственного органа.

## 21. INTEGRATION

This Agreement constitutes the entire understanding of the parties, and revokes and supersedes all prior agreements between the parties, including any option agreements which may have been entered into between the parties, and is intended as a final expression of their Agreement. It shall not be modified or amended except in writing signed by the parties hereto and specifically referring to this Agreement. This Agreement shall take precedence over any other documents which may be in conflict with said Agreement.

## 21. ЦЕЛОСТНОСТЬ СОГЛАШЕНИЯ

Настоящее Соглашение представляет собой полное взаимопонимание сторон, а также отменяет и заменяет собой все предыдущие соглашения между сторонами, включая какие-либо опционные соглашения, которые могут быть заключены между сторонами, и считается их окончательной договоренностью. В настоящее Соглашение не могут вноситься какие-либо изменения и поправки, кроме как в письменной форме и за подписью сторон настоящего Соглашения и конкретно в отношении настоящего Соглашения. Настоящее Соглашение имеет приоритет перед какими-либо другими документами, которые могут противоречить указанному Соглашению.

## 22. AMENDMENTS

Any amendment to this Agreement must be in writing and signed by an authorized person of each party.

## 22. ПОПРАВКИ

Какие-либо поправки к настоящему Соглашению должны быть оформлены в письменной форме и подписаны уполномоченным лицом каждой из сторон.

IN WITNESS WHEREOF, the parties hereto, intending to be legally bound hereby, have each caused to be affixed hereto its or his/her hand and seal the day indicated.

В УДОСТОВЕРЕНИЕ ЧЕГО, стороны настоящего Соглашения, с целью быть юридически связанными настоящим Соглашением, распорядились о его подписании и скреплении печатью в указанный день.

Yevgeniy Kaban

Евгений Кабан

_____  30 /08/ 2017

_____  30 /08/ 2017

Footbik USA, LLC

«Футбик ЮЭсЭй, ЭлЭлСи»

_____  30 /08/ 2017

_____  30 /08/ 2017

Name:  Alexander Berkovsky
Title:  Director

Имя:  Александр Берковский
Должность:  Директор